**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |

This Document Relates to the Following:

*County of Angelina v. Purdue Pharma, L.P., et al*
*S.D. Texas, Case No. 19-03590; Div 4*

**PLAINTIFF'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-115)**

Plaintiff, County of Angelina, through undersigned counsel, respectfully move this Panel, pursuant to Rule 7.4(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, for an order vacating its October 8, 2019 order conditionally transferring County of Angelina (CTO-115), in the above-referenced cause of action, and remanding the case to the Southern District of Texas Court for the reasons set forth below.

**I.**

On September 23, 2019, McKesson Corporation filed a notice of removal to the United States District Court for the Southern District of Texas alleging federal officer jurisdiction. On October 21, 2019, Plaintiff filed a motion to remand in the Southern District of Texas.

On October 14, 2019, CVS Health Corporation filed a Supplemental Notice of Removal, asserting two additional bases for federal jurisdiction – federal question and the Class Action

Fairness Act. Plaintiff will be filing a Response in Opposition to Supplemental Notice.[1]

On October 8, 2019, the Panel issued its Conditional Transfer Order (CTO-115), which Plaintiff timely filed its Notice of Opposition to on October 15, 2019.

## II.

As discussed more fully in Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order (CTO-115), the Panel should vacate its prior order conditionally transferring the County of Angelina case to the MDL, as it will not serve the convenience of the parties and witnesses and will not promote the just and efficient conduct of this litigation.

**WHEREFORE,** Plaintiff respectfully requests that the Panel vacate its October 8, 2019 order conditionally transferring County of Angelina to the MDL.

Dated: October 29, 2019

Respectfully Submitted,

  */s/ Jeffrey B. Simon*
Jeffrey B. Simon
Texas Bar No. 00788420
SIMON GREENSTONE PANATIER, PC
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Phone: (214) 276-7680
Fax:  (214) 276-7699
jsimon@sgptrial.com

*ATTORNEY FOR PLAINTIFF*

---

[1] Plaintiff was not served with CVS's Supplemental Notice and only recently became aware of the filing. Plaintiff will be timely filing its opposition to CVS's baseless argument.

**Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-115) – Page 2**