**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE OF ACTIONS

|    | **Short Case Caption** | **Court** | **Civil Action No.** | **Plaintiff Represented** |
|----|------------------------|-----------|----------------------|---------------------------|
| 1. | *County of Angelina v. Purdue Pharma L.P., et al.* | S.D. Texas | 19-03590 | County of Angelina |