# Exhibit 2

## TRIAL CAUSE NO.  CV-00785-18-11

| | | |
|---|---|---|
| **COUNTY OF ANGELINA** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **159TH JUDICIAL DISTRICT** |
| | § | |
| **PURDUE PHARMA, L.P.,** *et al.* | § | |
| | § | |
| *Defendants.* | § | **ANGELINA COUNTY, TEXAS** |


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MDL PRETRIAL CAUSE NO.  _____
## (MDL MASTER CAUSE NO.  2018-63587)

| | | |
|---|---|---|
| | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **IN RE TEXAS OPIOID LITIGATION** | § | **152ND JUDICIAL DISTRICT** |
| | § | |
| | § | |
| | § | |
| | § | **HARRIS COUNTY, TEXAS** |


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF TRANSFER OF TAG-ALONG CASE

To the Honorable Court:

As required by Rule 13.5(e) and Rule 13.5(a), Rules of Judicial Administration, this notice is to inform the Court that this case is transferred as a tag-along action to the 152nd District Court of Harris County, Texas before Judge Schaffer.

On April 20, 2018, Manufacturer Defendants[1] filed a Motion to Transfer six opioid-related Texas cases and all future related Texas cases to a pretrial court under Rule 13 of the Texas Rules of Judicial Administration.  On May 1, 2018, Distributor Defendants[2] joined the Rule 13 Motion with respect to these cases and identified two additional, related Texas cases for transfer.  On May 10, 2018, Manufacturer Defendants and Distributor Defendants filed a joint supplement to the Motion to Transfer, identifying ten additional, related cases for transfer.

On June 13, 2018, the Texas MDL Panel granted the Motions to Transfer in Docket No. 18-0358, styled *In re Texas Opioid Litigation*.  (Order Granting Motions to Transfer, attached at Appendix C.)  On June 18, 2018, the Texas MDL Panel appointed the Honorable David Peeples, senior judge of the 224th District Court of Bexar County, as the pretrial judge for the *Texas Opioid Litigation* MDL and transferred "all pending cases, together with any tagalong cases, to him."  (Appointment of Pretrial Judge, attached at Appendix D.)

On August 25, 2018, Judge Peeples recused himself.  (Order of Voluntary Recusal, attached at Appendix E.)  On September 5, 2018, the MDL Panel reassigned the MDL proceeding to Judge Schaffer, ordering that "the cases listed in the Appendices of the Motions for Transfer and all tag-along cases are transferred to Judge Robert Schaffer of the 152nd District Court of Harris County."  (Order Appointing Pretrial Court, attached at Appendix F.) This case is a tag-along action within the meaning of the Texas Rule of Judicial Administration 13.2(g).

---

[1]   The Manufacturer Defendants that filed the April 20 motion were Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Knoll Pharmaceutical Company, a wholly-owned subsidiary of AbbVie Inc.; AbbVie Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

[2]   The Distributor Defendants that filed the May 1 motion were AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc.

Upon filing this notice of transfer with the Transfer Order, this case is deemed transferred from the trial court to the MDL Pretrial Court pursuant to Rule of Judicial Administration 13.5(e). The effect on a trial court of filing this Notice of Transfer is further discussed in Rule 13.5(b).

As required by Rule 13.5(a), attached at Appendix A to this notice is a list of all parties who have appeared and remain in the case, and the names, addresses, phone numbers, and bar numbers of their attorneys.

Attached at Appendix B to this notice is a list of all parties who have not yet appeared in the case.

Dated:  December 11, 2018

Respectfully submitted,

*/s/ Hannah Sibiski*

Hannah Sibiski
State Bar No. 24041373
Hannah.Sibiski@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713-576-2400
Fax: 713-576-2499

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served via email on the following counsel on December 11, 2018:

*County of Bee:*
jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; rick@doddfirm.com

*County of Bexar:*
mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com; spurnell@phippsandersondeacon.com; mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com; kim@kellsto.com; mcwatts@wattsguerra.com; fguerra@wattsguerra.com; ssanford@wattsguerra.com; wjefferson@adjtlaw.com; rekery@adjtlaw.com; nbacarisse@adjtlaw.com; nlahood@bexar.org

*County of Burleson:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Burnet:*
bca@burnetcountytexas.org; rick@doddfirm.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Cameron:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Cass:*
rlee.da@casscountytx.org; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Cooke:*
Ed.zielinski@co.cooke.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Coryell:*
county_attorney@coryellcounty.org ; rick@doddfirm.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Dallas:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; wml@lanierlawfirm.com; reagan.bradford@lanierlawfirm.com; ltaylor@thecochranfirmdallas.com; Russell.roden@dallascounty.org

*County of Delta:*
> countyattorney@deltacountytx.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Dimmit:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; rick@doddfirm.com; rwaii@armstrong-firm.com

*County of Ector:*
> dusty.gallivan@ectorcounty.gov; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; bobwhitetx@mac.com

*County of El Paso:*
> joanne.bernal@epcounty.com; mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; Pamm@gld-law.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com

*County of Falls:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; rick@doddfirm.com; dajodygilliam@gmail.com

*County of Fannin:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Freestone:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; blake@beckham-group.com; Patrick@beckham-group.com

*County of Grayson*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; rsanders@somlaw.net; myoung@somlaw.net

*County of Harrison:*
> cokesolomon@co.harrison.tx.us; kurt@truelovelawfirm.com; mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Hidalgo:*
 mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
 tfibich@fibichlaw.com; jhenderson@fibichlaw.com; jjhinojosa@bizgv.rr.com;
 Pamm@gld-law.com

*County of Hopkins:*
 jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
 rmartin@martinwalkerlaw.com

*County of Houston:*
 daphne.session@co.houston.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
 hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
 rmartin@martinwalkerlaw.com; jodyg@griffithandgriffithpc.com

*County of Johnson*
 mccarley@fnlawfirm.com; fears@fnlawfirm.com; mn@fnlawfirm.com;
 smaclean@macleanfirm.com; mdaniel@lawyerworks.com

*County of Kendall:*
 nicole.bishop@co.kendall.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
 hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
 rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Kerr:*
 mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
 tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Liberty:*
 nhusain@hlalawfirm.com; mcwatts@wattsguerra.com;
 ssanford@wattsguerra.com; mike@gld-law.com; randy@gunterlaw.com;
 tfibich@fibichlaw.com; jhenderson@fibichlaw.com;
 maziz@abrahamwatkins.com

*County of Limestone:*
 rdefriend@co.limestone.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
 hdavis@sgpblaw.com; blake@beckham-group.com; Patrick@beckham-
 group.com

*County of Marion:*
 angela.smoak@co.marion.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
 hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
 rmartin@martinwalkerlaw.com

*County of McMullen:*
> Kimberly.Dusek@mcmullencounty.org; jsimon@sgpblaw.com;
> acarter@sgpblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Milam:*
> daoffice@milamcounty.net; wfisher@fisherboyd.com;
> bjohnson@fisherboyd.com; jsimon@sgpblaw.com; acarter@sgpblaw.com;
> rick@doddfirm.com

*County of Nacogdoches:*
> jfleming@co.nacogdoches.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
> hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com; wml@lanierlawfirm.com;
> reagan.bradford@lanierlawfirm.com

*County of Nueces and Nueces County Hospital District*
> laura.jimemez@nuecesco.com; richard@rs-law.com; wml@lanierlawfirm.com;
> reagan.bradford@lanierlawfirm.com; jimragan13@gmail.com;
> mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com;
> mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com;
> kim@kellsto.com; dreich@reichandbinstock.com;
> bbinstock@reichandbinstock.com; purnell.simon@gmail.com

*County of Orange:*
> jkimbrough@co.orange.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
> hdavis@sgpblaw.com; pdhendersonlaw@aol.com; ddies@dieslaw.com;
> sparkhurst@dieslaw.com

*County of Panola:*
> Danny.davidson@co.panola.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
> hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com; greg@lovetrialfirm.com;
> ron@adkisonlawfirm.com

*County of Parker:*
> john.forrest@parkercountytx.com; rick@doddfirm.com; jsimon@sgpblaw.com;
> acarter@sgpblaw.com

*County of Potter:*
> tadfowler@co.potter.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
> acarter@spgblaw.com; wml@lanierlawfirm.com;
> reagan.bradford@lanierlawfirm.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com; brian@tshhr.com; mlogsdon@mhba.com

*County of Robertson:*
>cotysiegert@robertsoncounty.org; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; blake@beckham-group.com; Patrick@beckham-group.com; rick@doddfirm.com

*County of San Patricio*
>tamara@co.san-patricio.tx.us; jhtlawl@sbcglobal.net; wjefferson@adjtlaw.com;
rekery@adjtlaw.com; nbacarisse@adjtlaw.com;
mphipps@phippsandersondeacon.com;
bdeacon@phippsandersondeacon.com; mtalafuse@phippsandersondeacon.com;
bfisher@phippsandersondeacon.com; kim@kellsto.com

*County of Shelby:*
>rholesgary@yahoo.com; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; ron@adkisonlawfirm.com

*County of Travis:*
>wml@lanierlawfirm.com; reagan.bradford@lanierlawfirm.com;
shendler@hendlerlaw.com; lulu@prismnet.com; rwebber@hendlerlaw.com;
Richard@rs-law.com; dreich@reichandbinstock.com;
david.escamilla@traviscountytx.gov; sherine.thomas@traviscountytx.gov;
sharon.talley@traviscountytx.gov; ryan.fite@traviscountytx.gov

*County of Trinity:*
>tcj@co.trinity.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com

*County of Van Zandt:*
>jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; chrismartin@vanzandtcounty.org

*County of Waller:*
>aoneill@aoneilllaw.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
tfibich@fibichlaw.com; jhenderson@fibichlaw.com; mike@gld-law.com;
Pamm@gld-law.com

*County of Wood:*
>jwheeler@co.wood.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com

*State of Texas:*
>  patrick.sweeten@oag.texas.gov; paul.singer@oag.texas.gov;
>  nanette.dinunzio@oag.texas.gov; stephanie.eberhardt@oag.texas.gov;
>  valeria.sartorio@oag.texas.gov; daniel.zwart@oag.texas.gov

*Abbott Laboratories*
>  JKO'Connor@Venable.com; JAMcCauley@Venable.com;
>  ATErtas@Venable.com

*AbbVie Inc. and Knoll Pharmaceutical Company, a wholly-owned subsidiary of AbbVie Inc.*
>  jlwilkes@jonesday.com; separker@jonesday.com; dbalden@jonesday.com

*Advanced Pharma, Inc. d/b/a Avella of Houston*
>  zfoley@thompsoncoe.com; creed@thompsoncoe.com

*Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; and Allergan USA Inc.*
>  wh@wsfirm.com; jennifer.levy@kirkland.com; donna.welch@kirkland.com;
>  rothm@kirkland.com; tknapp@kirkland.com; zac.ciullo@kirkland.com;
>  andrea@wsfirm.com

*AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*
>  SMcClure@ReedSmith.com; SPerry@ReedSmith.com;
>  MBernick@ReedSmith.com; RBuchhorn@reedsmith.com;
>  ARollins@ReedSmith.com; SRocchino@reedsmith.com;
>  NHlawatsch@reedsmith.com; LSchack@ReedSmith.com;
>  melissa@gillamsmithlaw.com; james@litzlerlaw.com;
>  AEMCH@jacksonkelly.com

*Cardinal Health, Inc.; Cardinal Health 105, Inc.; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health 200, LLC; and Cardinal Health 414, LLC*
>  mmengis@bakerlaw.com; mraley@bakerlaw.com; emainigi@wc.com;
>  lheard@wc.com; spyser@wc.com; ahardin@wc.com; EPistilli@wc.com;

*Depomed, Inc.*
>  kevin.sadler@bakerbotts.com; david.arlington@bakerbotts.com;
>  scott.powers@bakerbotts.com

*Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*
>  John.Lombardo@arnoldporter.com; Sean.Morris@arnoldporter.com;
>  hannah.sibiski@arnoldporter.com; Andrew.Bergman@arnoldporter.com

*Insys Therapeutics, Inc. and Insys Manufacturing, LLC*
>  Joe.Franco@hklaw.com; Nicholas.Sarokhanian@hklaw.com;
>  Matt.Donohue@hklaw.com; Gillian.Phillips@hklaw.com

*Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

> smcconnico@scottdoug.com; agriffin@scottdoug.com; jcardelus@omm.com; kklorfein@omm.com; jzarrow@omm.com; clifland@omm.com; sbrody@omm.com; acollins@scottdoug.com; agoldberg@scottdoug.com; jellis@scottdoug.com

*Mallinckrodt plc and Mallinckrodt LLC*

> Andrew.O'Connor@ropesgray.com; Brien.O'Connor@ropesgray.com; Rocky.Tsai@ropesgray.com; jparsons@pmmclaw.com; Leon.Kotlyar@ropesgray.com; Erin.Macgowan@ropesgray.com

*McKesson Corporation; McKesson Medical-Surgical Inc.; and Walsh Distribution, LLC*

> csmyser@skv.com; disaak@skv.com; razvan@skv.com; kadler@skv.com; tydoyle@skv.com; tmatthies@skv.com; swinner@cov.com; mrodgers@cov.com; russell.jessee@steptoe-johnson.com; crobles@skv.com

*Mission Pharmacal Company*

> jbockus@dykema.com; rsullivan@dykema.com; bjohnson@johnsontrent.com

*Mylan Bertek Pharmaceuticals Inc.; Mylan Inc.; Mylan Institutional Inc.; Mylan Pharmaceuticals Inc.; and Mylan Specialty L.P.*

> maria.boyce@hoganlovells.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; cynthia.grimes@clarkhillstrasburger.com

*Noramco, Inc.*

> jenny.mendelsohn@alston.com; Matt.durfee@alston.com; Cari.Dawson@alston.com; Patrick.Hill@alston.com

*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company; Purdue Pharmaceuticals L.P.; Purdue Pharma Manufacturing L.P;, and Purdue Transdermal Technologies L.P.*

> noelle.reed@skadden.com; Alston.l.walker@skadden.com; Sara.Roitman@dechert.com; Mark.Cheffo@dechert.com; Hayden.Coleman@dechert.com; Daniel.mayerfeld@skadden.com; Lindsey.Cohan@dechert.co,; whitney.wester@skadden.com; chris.halbohn@skadden.com

*Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc. and Actavis Laboratories UT, Inc.*

> christina.vitale@morganlewis.com; stacey.mahoney@morganlewis.com; brian.ercole@morganlewis.com; steven.reed@morganlewis.com; pamela.holly@morganlewis.com; melissa.coates@morganlewis.com; evan.jacobs@morganlewis.com

A true and correct copy was mailed to the following *pro se* parties in one or more of the *Texas Opioid Litigation* MDL cases on December 11, 2018 via certified mail:

Richard Andrews
Inmate #53451-177
FCI-Camp
P.O. Box 9000
Seagoville, Texas 75159

Theodore Okechuku, M.D.
Reg. No. 59813-060
FCI Texarkana Federal Correctional Institution
4001 Leopard Drive
Texarkana, Texas 75505

Dr. Nicolas Padron
Reg. No. 44575-177
FPC Camp Unit GB
P.O. Box 26010
Beaumont, Texas 77720

/s/     *Hannah Sibiski*
Hannah Sibiski