# Exhibit 6

MDL PRETRIAL CAUSE NO. 2018-77098

| | | |
|---|---|---|
| COUNTY OF DALLAS,<br>*Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| PURDUE PHARMA, L.P. ET. AL.,<br>*Defendants*. | § § § | 152nd JUDICIAL DISTRICT |

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| | § § § | IN THE DISTRICT COURT OF |
| IN RE: TEXAS OPIOID LITIGATION | § § § | HARRIS COUNTY, TEXAS |
| | § § § | 152nd JUDICIAL DISTRICT |

## ORDER

Pending before the Court is the First Amended Rule 91A Motion to Dismiss ("Motion") of Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively "Distributors). The Court, having considered the Motion, any responses and replies thereto, the arguments of counsel, the pleadings on file, the applicable law and all other matters properly before the Court, determines that the Motion should be denied.

It is, therefore, Ordered that Distributors' Motion is denied.

SIGNED June 6, 2019.

Robert K. Schaffer
Presiding Judge

**FILED**
Marilyn Burgess
District Clerk

JUN 0 6 2019

Time:_____
Harris County, Texas
By_____
Deputy Katina Williams

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P-1
DISMY

MDL PRETRIAL CAUSE NO. 2018-77104

| | | |
|---|---|---|
| COUNTY OF DELTA, *Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| PURDUE PHARMA, L.P. ET. AL., *Defendants*. | § § § | 152nd JUDICIAL DISTRICT |

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| | § § § | IN THE DISTRICT COURT OF |
| IN RE: TEXAS OPIOID LITIGATION | § § § | HARRIS COUNTY, TEXAS |
| | § § | 152nd JUDICIAL DISTRICT |

ORDER

Pending before the Court is the First Amended Rule 91A Motion to Dismiss ("Motion") of Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively "Distributors). The Court, having considered the Motion, any responses and replies thereto, the arguments of counsel, the pleadings on file, the applicable law and all other matters properly before the Court, determines that the Motion should be denied.

It is, therefore, Ordered that Distributors' Motion is denied.

SIGNED June 6, 2019.

Robert K. Schaffer
Presiding Judge

**FILED**
Marilyn Burgess
District Clerk

JUN 0 6 2019

Time: _____
Harris County, Texas
By _____
Deputy Katina Williams

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P-1
DISMY

MDL PRETRIAL CAUSE NO. 2018-77111

| | | |
|---|---|---|
| COUNTY OF HOPKINS, <br> *Plaintiff*, | § <br> § <br> § | IN THE DISTRICT COURT OF |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PURDUE PHARMA, L.P. ET. AL., <br> *Defendants*. | § <br> § | 152nd JUDICIAL DISTRICT |

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| | § <br> § <br> § | IN THE DISTRICT COURT OF |
| IN RE: TEXAS OPIOID LITIGATION | § | HARRIS COUNTY, TEXAS |
| | § <br> § <br> § | 152nd JUDICIAL DISTRICT |

ORDER

Pending before the Court is the Fourth Amended Rule 91A Motion to Dismiss "Motion") of Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively "Distributors). The Court, having considered the Motion, any responses and replies thereto, the arguments of counsel, the pleadings on file, the applicable law, and all other matters properly before the Court, determines that the Motion should be denied.

It is, therefore, Ordered that Distributors' Motion is denied.

SIGNED June 6, 2019.

Robert K. Schaffer
Presiding Judge

FILED
Marilyn Burgess
District Clerk
JUN 06 2019
Time:_____
Harris County, Texas
By_____
Deputy Katina Williams

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P-1
DISMY

MDL PRETRIAL CAUSE NO. 2018-77106

| | | |
|---|---|---|
| COUNTY OF FALLS, *Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| PURDUE PHARMA, L.P. ET. AL., *Defendants*. | § § § | 152nd JUDICIAL DISTRICT |

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| | § § § | IN THE DISTRICT COURT OF |
| IN RE: TEXAS OPIOID LITIGATION | § § § | HARRIS COUNTY, TEXAS |
| | § § § | 152nd JUDICIAL DISTRICT |

ORDER

Pending before the Court is the First Amended Rule 91A Motion to Dismiss ("Motion") of Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively "Distributors). The Court, having considered the Motion, any responses and replies thereto, the arguments of counsel, the pleadings on file, the applicable law, and all other matters properly before the Court, determines that the Motion should be denied.

It is, therefore, Ordered that Distributors' Motion is denied.

SIGNED June 6, 2019.

Robert K. Schaffer
Presiding Judge

F I L E D
Marilyn Burgess
District Clerk

JUN 0 6 2019

Time:_____
Harris County, Texas
By____Katina Williams
        Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P-1
DISMY

MDL PRETRIAL CAUSE NO. 2018-77144

| | | |
|---|---|---|
| COUNTY OF TRAVIS,<br>*Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| PURDUE PHARMA, L.P. ET. AL.,<br>*Defendants*. | § § § | 152nd JUDICIAL DISTRICT |

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| | § § § | IN THE DISTRICT COURT OF |
| IN RE: TEXAS OPIOID LITIGATION | § § § | HARRIS COUNTY, TEXAS |
| | § § | 152nd JUDICIAL DISTRICT |

ORDER

Pending before the Court is the First Amended Rule 91A Motion to Dismiss ("Motion") of Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively "Distributors). The Court, having considered the Motion, any responses and replies thereto, the arguments of counsel, the pleadings on file, the applicable law, and all other matters properly before the Court, determines that the Motion should be denied.

It is, therefore, Ordered that Distributors' Motion is denied.

SIGNED June 6, 2019.

Robert K. Schaffer
Presiding Judge

FILED
Marilyn Burgess
District Clerk

JUN 06 2019

Time:_____
Harris County, Texas
By_____ Katina Williams
         Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging