# Exhibit 7

Opinion issued August 23, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-19-00550-CV

————————————

**IN RE DISTRIBUTORS, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively "Distributors"), have filed a petition for a writ of mandamus challenging the trial court's orders denying Distributors' first amended motions to dismiss the claims of real parties in

interest, the Counties of Dallas, Delta, Falls, Hopkins, and Travis, under Texas Rule of Civil Procedure 91a.[1]

We deny the petition, vacate our August 2, 2019 order staying the trial court proceedings, and dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.

---

[1] The underlying case is *In re: Texas Opioid Litigation*, Cause No. 2018-63587, in the 152nd District Court of Harris County, Texas, the Honorable Robert K. Schaffer presiding.

2