# Exhibit 10

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

REPORTER'S RECORD
REVISED VOLUME 1 OF 1 VOLUMES
TRIAL COURT CAUSE NO. 2018-63587

|                        |   |                          |
|------------------------|---|--------------------------|
|                        | ) | IN THE   DISTRICT   COURT |
| MASTER CASE            | ) |                          |
|                        | ) |                          |
| TEXAS OPIOID LITIGATION | ) | HARRIS   COUNTY,   TEXAS |
|                        | ) |                          |
|                        | ) | 152ND JUDICIAL DISTRICT  |

————————————————————————

**STATUS CONFERENCE HEARING**

————————————————————————

On the 4th day of October, 2019, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable ROBERT K. SCHAFFER, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1                          **APPEARANCES**

2

3  MR. KENNETH T. FIBICH
   SBOT NO. 06952600
4  FIBICH LEEBRON COPELAND BRIGGS
   1150 Bissonnet
5  Houston, Texas 77005
   Telephone:  (713)751-0025
6  Fax:  (713)751-0030
   E-mail:  TFIBICH@FIBICHLAW.COM
7  Counsel for PLAINTIFF COUNTIES

8

9

   MS. AMY M. CARTER
10 SBOT NO. 24004580
   SIMON GREENSTONE PANATIER BARTLETT P.C.
11 3232 McKinney Avenue
   Suite 610
12 Dallas, Texas 75204
   Telephone:  (214)276-7680
13 Fax:  (214)276-7699
   E-mail:  Jsimon@sgpblaw.com
14 Counsel for PLAINTIFF COUNTIES

15

16

   MS. SHELLY SANFORD
17 SBOT NO. 00784904
   WATTS GUERRA
18 811 Barton Springs Road
   Suite 725
19 Austin, Texas 78704
   Telephone:  (512)479-0500
20 Fax:  (512)479-0502
   E-mail:  Mcwatts@wattsguerra.com
21 Counsel for PLAINTIFF COUNTIES

22

23

24

25

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1                        **APPEARANCES**

2

3  MR. CRAIG SMYSER
   SBOT NO. 18777575
   MR. DAVID ISAAK
4  SBOT NO. 24012887
   MS. CRYSTAL N. ROBLES
5  SBOT NO. 24083754
   SMYSER, KAPLAN & VESELKA, LLP
6  700 Louisiana
   Suite 2300
7  Houston, Texas 77002-2740
   Telephone:  (713)221-2300
8  Fax:  (713)221-2320
   E-mail:  Ptilghman@skv.com
9  Counsel for MCKESSON CORPORATION, MCKESSON MEDICAL-SURGICAL INC., and
   WALSH DISTRIBUTION, LLC
10

11

12 MR. PATRICK K. SWEETEN(by telephone)
   SBOT NO. 00798537
13 OFFICE OF THE ATTORNEY GENERAL
   CONSUMER PROTECTION DIVISION
14 P.O. Box 12548 (MC-010)
   Austin, Texas 78711
15 Telephone:  (512)463-4139
   Fax:  (512)936-0545
16 E-mail:  Patrick.sweeten@oag.texas.org
   Counsel for STATE OF TEXAS

17

18 MR. RICHARD SCHECHTER
   SBOT NO. 17735500
19 LAW OFFICE OF RICHARD SCHECHTER, P.C.
   1 Greenway Plaza
20 Suite 740
   Houston, Texas 77046-0102
21 Telephone:  (713)623-8919
   Fax:  (713)622-1680
22 E-mail:  Richard@rs-law.com
   Counsel for TRAVIS COUNTY

23

24

25

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

| STATUS CONFERENCE HEARING |
| OCTOBER 4, 2019 |

**APPEARANCES**

MR. MATT R. RALEY
SBOT NO. 24051224
BAKER & HOSTETLER, LLP
811 Main Street
Suite 1100
Houston, Texas 77002
Telephone:  (713)751-1600
Fax:  (713)751-1717
E-mail:  Mraley@bakerlaw.com
Counsel for CARDINAL HEALTH, INC.


MR. ASHER B. GRIFFIN
SBOT NO. 24036684
MR. STEVE MCCONNNICO (by Telephone)
SBOT NO. 13450300
Mr. Aaron Collins (by Telephone)
SBOT NO. 24093986
SCOTT DOUGLASS MCCONNICO
303 Colorado Street
Suite 2400
Austin, Texas 78701
Telephone:  (512) 495-6338
Fax:  (512) 495-6399
E-mail:  agriffin@scottdoug.com


MS. DARA HEGAR
SBOT NO. 24007280
THE LANIER LAW FIRM
10940 W. Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone:  (713) 659-5200
E-mail:  Dara.Hegar@LanierLawFirm.com
Counsel for PLAINTIFFS

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

```
1                    APPEARANCES

2

3  MR. WESLEY HILL
   SBOT NO. 24032294
4  WARD, SMITH & HILL, PLLC
   1507 Bill Owens
5  PARKWAY LONGVIEW, TEXAS 75604
   Telephone:  (903)212-3937
6  Fax:  (903)757-2323
   E-mail:  Wh@wsfirm.com
7  Counsel for ALLERGAN FINANCE, LLC f/k/a ACTAVIS, INC. f/k/a WATSON
   PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC
8

9  MS. ANN SAUCER
   SBOT NO. 00797885
10 FEARS NACHAWATI
   4925 Greenville Avenue
11 Suite 715
   Dallas, Texas 75206
12 Telephone:  (214)890-0711
   Fax:  (214)890-0712
13 E-mail:  Mccarley@fnlawfirm.com
   Counsel for JOHNSON COUNTY
14

15

16 MR. BRIAN GEORGE BEARD
   SBOT NO. 24057756
17 MCKESSO SPECIALTY HEALTH
   10101 Woodloch Forest Drive
18 The Woodlands, TX 77380
   Telephone:  (281) 863-6444
19

20 MR. MICHAEL W. MENGIS
   SBOT NO. 13941040
21 BAKERHOSTETLER
   811 Main Street
22 Suite 1100
   Houston, Texas 77002-6111
23 Telephone:  (713) 646-1330
   Fax:  (713) 751-1717
24 E-mail:  mmengis@bakerlaw.com
   Counsel for DEFENDANTS
25
```

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1                          **APPEARANCES**

2

3    MS. LINDSEY COHAN
     SBOT NO. 24083903
     300 W. 6TH Street
4    Suite 2010
     Austin, Texas 78701-3902
5    Telephone:  (512) 394-3000
     Fax:  (512) 394-3001
6    E-mail:  lindsey.cohan@dechert.com

7


8
     MR. JIM M. PERDUE, JR.
9    SBOT NO. 00788180
     PERDUE & KIDD
10   777 Post Oak Boulevard
     Suite 450
11   Houston, Texas 77056
     Telephone:  (713) 520-2500
12   Fax:  (713) 520-2525
     E-mail:  JPERDUEJR@PERDUIKIDD.COM
13   Counsel for LOCAL ENTITY PLAINTIFFS

14


15   MS. REBECCA L. PHILLIPS
     SBOT NO. 24079136
16   SIMONGREENSTONEPANATIER
     6810 Cypress Creek Parkway
17   Houston, Texas 77069
     Office:  (713) 659-5200
18   Fax:  (713) 659-2204
     E-mail:  rebecca.phillips@lanierlawfirm.com
19

20   MS. JODEE NEIL
     SBOT NO. 24039848
21   SIMONGREENSTONEPANATIER
     1201 Elm Street
22   Suite 3400
     Dallas, Texas 75270
23   Office:  (214) 276-7680
     Fax:  (214) 276-7699
24   E-mail:  jneil@sgptrial.com

25

                    Cynthia Martinez, CSR
                    152nd Civil District Court
                        (832) 927-2427
                      cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1                              **APPEARANCES**

2

3    MR. ROGER L. MCCLEARY
     SBOT NO. 13393700
     PARSNS MCENTIRE MCCLEARY, PLLC
4    One Riverway
     Suite 1800
5    Houston, Texas 77056
     Telephone:  (713) 960-7305
6    E-mail:  rmccleary@pmmlaw.com
     Counsel for DEFENDANTS
7


8
     MR. CONOR B. O'CROININ (by telephone)
9    ZUCKERMAN SPAEDER
     100 East Pratt Street
10   Suite 2440
     Baltimore, MD 21202-1031
11   Telephone:  (410) 949-1160
     E-mail:  cocroinin@zuckerman.com
12   Counsel for NATIONAL CVS DEFENDANTS

13

14   MR. MICHAEL T. GALLAGHER
     SBOT NO. 07586000
15   MR. BOYD SMITH
     SBOT NO. 18638400
16   MS. PAMELA MCLEMORE
     SBOT NO.
17   THE GALLAGHER LAW FIRM
     2905 Sackett Street
18   Houston, Texas 77098
     Telephone:  (713)222-8080
19   Fax:  (713)222-0066
     E-mail:  Mike@gold-law.com
20   Counsel for PLAINTIFF COUNTIES

21

22   **VIA TELEPHONE:**

23   Ms. Donna Walch

24

25

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          THE COURT BAILIFF:  All rise.  Court come to order.

2                  (Judge enters)

3          THE COURT:  Good morning, everybody -- Good afternoon.

4          Everybody have a seat, please.

5          MR. PERDUE:  Good morning, your Honor.                15

6          MR. SMYSER:  Good afternoon, your Honor.

7          THE COURT:  This is Judge Schaffer.

8          Are there people on the line?

9          MR. SWEETEN:  Yes, sir.

10         Patrick Sweeten for the State of Texas.               15

11         THE COURT:  Good afternoon, Mr. Sweeten.

12         MR. MCCONNNICO:  Your Honor, Steve McConnico and Aaron Collins

13 are also on the phone for Johnson and January and Janssen.

14         We also have people present in the courtroom.

15         THE COURT:  Yes, you do.                              15

16         Thank you, Mr. McConnico.

17         MS. WELCH:  Your Honor, Donna Welch --

18                  (Attorneys speaking at same time)

19         MS. WELCH:  I'm sorry.  Donna Welch from Kirkland and Ellis

20 for Allergan, and we have counsel in the courtroom as well today. 15

21         THE COURT:  Okay.  All right.

22         MR. O'CROININ:  Your Honor, Conor O'Croinin for CVS.

23         We also have counsel present in your courtroom as well.

24         THE COURT:  All right.  Let's get started.

25         What progress was made in regards to the Docket Control Order?

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          MR. SCHECHTER:  Tremendous progress, your Honor.          15

2          THE COURT:  So, you have an Agreed Docket Control Order to

3 present --

4          MR. SCHECHTER:  We are --

5          THE COURT:  -- to the Court?          15

6          MR. SCHECHTER:  We are very close.

7          We have spent 12 hours in negotiations, and -- do you have a

8 hard copy?

9          MR. SMYSER:  We have a hard copy for the Court, your Honor.

10          We have also brought a copy here that we hope, if we have to

11 work on it, we can perhaps work on it -- continue our work on it with

12 the Court.

13          MR. SCHECHTER:  We have highlighted in yellow, your Honor, the

14 areas in which there is a dispute; but, when the Court looks through

15 it, you will notice that much of it has been agreed upon.          15

16          THE COURT:  Okay.  Let's talk about it.

17          What's the issue with the Primary Bellwether Case Two and an

18 Alternative Bellwether Case Two?

19          MR. GRIFFIN:  Your Honor, we would suggest we save that for

20 last.          15

21          The reason is the Defendants have now removed both of the

22 cases that they selected as Bellwethers; and our position is those

23 were their choices, they removed them, time to move two Plaintiffs'

24 choices in their stead.

25          THE COURT:  That's not going to happen, though, Mr. Schechter.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   Nice try.                                                   15

2          I don't think I've seen these two get up quicker to respond to

3   that.

4          MR. SCHECHTER:  In which case, your Honor, we have no idea

5   what's going to happen to the cases that were moved.          15

6          Both would be fought.  We don't think there's proper federal

7   jurisdiction for either.

8          We'd like those two set aside until we can see what happens on

9   Motions for Remand, and we can always come back and plug them in and

10  get moving.                                                  15

11         The Plaintiffs were going to propose there would be a 90-day

12  delay anyway between this particular Docket and the Docket entered for

13  the next two cases to reflect the fact that the trial would not start

14  until January 2021.  Whereas, this Docket Control Order is aimed for a

15  trial set to start in October of 2020.                       15

16         MR. SMYSER:  And, as they say, "It's time for the rest of the

17  story," your Honor.

18         What's really happening is that Defendants who are removing

19  cases, who have -- who have removed cases, that, for instance, the

20  pharmacies, are getting added to every case that the Defendants   15

21  designate as a Bellwether, and federal causes of action are being

22  added to those cases.

23         The Plaintiffs are bringing RICO claims and things that make

24  the cases removable by added Defendants or other people who want to

25  remove them.                                                 15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          So, the real question is:                                    15

2          Is that going to continue to happen?

3          In every case, with the exception of Kendall, that we have

4   chosen as the first wave of Bellwethers -- and not "we."

5          The Manufacturers chose three and we chose Burleson.  Burleson

6   got removed today when they added Wal-Mart.  In the middle of one of

7   our meet-and-confer conferences Wal-Mart was added as a Defendant on

8   9/30, and then removed today minutes before we came to the hearing.

9          We didn't do that.  That's people who have been added to the

10  case.                                                               15

11         So, this is a problem that I don't have an immediate solution

12  to; but, if it keeps happening that every case we choose as a

13  potential Bellwether gets removed, we're going to be pedaling a

14  bicycle and going nowhere.

15         THE COURT:  Or we are going to put two more Plaintiffs' cases

16  in there that may or may not be likely to be removed.

17         MR. SMYSER:  Well, your Honor, that's the problem.  That's

18  what's unfair about it.

19         They haven't added anyone to Dallas County or Bexar County who

20  would remove the case.  They've added them only to the cases where the

21  Defendants have designated a Bellwether.

22         So, we -- I mean, in effect, they are in control.  Yes.

23  That's what they want.  That's exactly the outcome they would hope to

24  have, but that leaves us without a remedy.

25         THE COURT:  Do you have other Counties that you would like to

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  slide into those slots?                                          15

2        MR. GRIFFIN:  Your Honor, we -- the Manufacturers on July 26th

3  submitted a total of four:

4        Angelina, Freestone, Kendall and Burleson.

5        And as we've heard today, both Burleson and Angelina were  15

6  removed.

7        The other two Counties that the Manufacturers submitted were

8  Freestone and Kendall.

9        Freestone has been amended to add a RICO cause of action and

10 the Retail Pharmacy Defendants.  So, we don't know what's going to 15

11 happen with that case.

12       Either Kendall has not been amended yet.  The only Defendants

13 in that case are the Johnson and Johnson and Jensen Defendants and the

14 ENDO Defendants.

15       So, we don't know.  We don't have no idea what Plaintiffs are

16 going to do with that case.

17       But if they continue to amend as the Retail Pharmacy

18 Defendants, that hamstrings our ability to pick cases and move

19 forward, as Mr. Smyser said.

20       THE COURT:  Are there any Retail Pharmacy Defendants in the

21 Bexar County and in Dallas County Cases?

22       MR. SCHECHTER:  No, your Honor.

23       THE COURT:  Are there RICO claims in the Dallas County and

24 Bexar County Cases?

25       MR. SCHECHTER:  No, your Honor.                              15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          Just -- just to clarify, the Angelina County Case was removed

2  by McKesson, who was here the day that the Angelina County Case was

3  selected as a Bellwether.

4          MR. SMYSER:  But not a Party.

5          We were added as a Party after the hearing.  We were not a

6  Party to the case when it was chosen by the Manufacturers.

7          THE COURT:  Are the Plaintiffs continuing to amend Pleadings

8  to add claims as we sit here today?

9          MR. SCHECHTER:  Your Honor, I'm not sure.

10          The Plaintiffs, under the current Docket Control Order, have

11  for -- have until October 18th to amend claims and then November 18th

12  in light of any Responsible Third-Party's disclosed by the Defendants.

13          THE COURT:  Okay.  But Mr. Smyser is saying that the

14  Plaintiffs are amending their claim and adding Retail Pharmacy claims

15  and RICO claims in the smaller Counties, but not in the larger

16  Counties.

17          That's essentially what you're saying, correct?

18          MR. SMYSER:  Yes, your Honor.

19          MR. SCHECHTER:  Thus far, that's true, your Honor.

20          THE COURT:  Okay.

21          MR. SCHECHTER:  I'm sorry.  Only in Freestone.  Kendall has

22  not been amended.

23          THE COURT:  What about in Angelina?

24          MR. SCHECHTER:  Angelina was amended, your Honor.

25          That was when it removed by McKesson on federal theory.

```
                      STATUS CONFERENCE HEARING
                          OCTOBER 4, 2019
```

1           THE COURT:  So, which of the four are -- was not removed? 15

2           MR. SCHECHTER:  Kendall.

3           THE COURT:  So, it's Kendall --

4           MR. SCHECHTER:  Actually, I don't think Freestone has been

5  removed yet.                                                    15

6           THE COURT:  Angelina County has been removed?

7           MR. SCHECHTER:  Burleson was removed.

8           THE COURT:  Burleson was removed?

9           And Freestone, yes or no?

10          MR. SCHECHTER:  No.                                    15

11          THE COURT:  Kendall, yes or no?

12          MR. SCHECHTER:  No.

13          However, your Honor, we do think that they're going to file

14 Motions to Remand in both Angelina and Burleson.  And before they get

15 swept away, we'd like to see if those Motions for Remand are granted.

16          We don't think either basis for removal was found, and we

17 intend to file vigorous opposition to both.

18          THE COURT:  All right.

19          MR. GRIFFIN:  Your Honor, one way to know what cases are

20 actually left is to have a global amendment deadline.            15

21          So, we have some 40 some odd cases in the County -- I mean,

22 the MDL and, if we knew everybody that was in front of this Court, we

23 would know which cases would be removed and which cases are available

24 for Bellwether selection by Defendants.

25          And that's just my -- my -- I don't have authority to speak on

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  Manufacturers on that issue, but that's something that we've          15
2  discussed.
3        THE COURT:  Well, I wonder what is it about the smaller
4  Counties that the Retail Pharmacies and RICO claims are being
5  asserted, but they're not being asserted in the larger Counties?     15
6        MR. SCHECHTER:  Because, your Honor, those are -- that's where
7  the distribution is taking place.  Through the pharmacies.
8        They're smaller Counties.  So, that's the entity that has the
9  largest distribution.
10        THE COURT:  Okay.                                              15
11        MR. SCHECHTER:  Whereas in a large County, there are, you
12  know, how many Walgreens are there?  CVS?
13        Independent pharmacies are much harder to select.
14        THE COURT:  Okay.  Have Motions to Remand been prepared?
15        MR. SCHECHTER:  They are in -- the Burleson County removal     15
16  happened 20 minutes ago, your Honor.
17        THE COURT:  And you haven't gotten it done yet?
18        MR. SCHECHTER:  But they're working on it.
19        However, the -- I expect the --
20        MS. NEIL:  It's under construction.                           15
21        MR. SCHECHTER:  The Angelina County Motion to Remand is being
22  draft as we speak.
23        THE COURT:  Okay.  We will hold this off until the next Status
24  Conference to see where we are on whether those cases get remanded,
25  but I do want to plug in two more Counties from the Defendants' side

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  so that we have these two tracks going and we're not going to be    15
2  delayed.

3          What is it about the first paragraph?  What in these two
4  paragraphs here that's not agreed to?

5          MR. GRIFFIN:  Your Honor, I think primarily it was this    15
6  Bellwether-selection issue and which Counties were going to be
7  inserted as Defendants' selection.

8          And, so, we wanted to have this discussion with the Court
9  before plugging Counties into those slots.

10          MR. SCHECHTER:  Can we simply ask, your Honor, in light of₁₅the
11  Court's statements, let's defer the next set -- a Docket Control Order
12  for the next set till we see what happens on the Remand Motions.

13          MR. GRIFFIN:  And the concern, your Honor, is we want to -- as
14  the Court said in our July Hearing, we want one DCO to cover these
15  first four cases simultaneously so we're not doing Discovery in the₁₅
16  second group of Plaintiffs' cases -- or Defendants' cases while we're
17  trying to Dallas and/or Bexar case.

18          So, having cases selected where we can proceed simultaneously
19  in all four first Bellwethers is a concern.

20          THE COURT:  You may be conducting Discovery while you're    15
21  trying the first Bellwether case.

22          The second Bellwether case is tried in January, and the first
23  is in October of '20 -- well, maybe I need to get into this further.

24          MR. SMYSER:  All the language proposed, your Honor, is
25  goose-gander language, which is we select, they select.    15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1     If one of their Counties gets removed for whatever reason or
2  falls out for whatever reason, they select a replacement and we select
3  a replacement back at the back of the line.
4     THE COURT:  Whose language is this on page 2 that's
5  highlighted in the middle?
6     The two paragraphs that are highlighted?
7     MR. GRIFFIN:  That's the Defendants' proposal, your Honor.
8     THE COURT:  And does the Plaintiff have a problem with that?
9     MR. SCHECHTER:  Your Honor, as stated, however the Court
10 appears to have reject, we believe they removed the case and then
11 they've created a vacancy that we should be able to fill.
12    And that was our objection to the first paragraph.
13    The second paragraph is we are -- we thought the Court removed
14 the Stay on these initial Bellwether settings.
15    We don't consider it to be partially removed.
16    MR. GRIFFIN:  And our position, your Honor, as -- at the
17 July 26th Hearing we had a discussion about setting the DCO.  And,
18 your Honor said, well, you can start the Discovery, but there was no
19 Order or ruling related to the remaining status of those cases.
20    So, the Parties served Discovery and responded to Discovery
21 and in the initial Bellwether cases; but the other deadlines, it was
22 our understanding remained stayed until this Court enters a DCO
23 dealing with those deadlines.
24    THE COURT:  Right.  And this is the DCO we're talking about
25 entering.  So, the Stay on the initial Bellwether cases will be

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  lifted.                                                          15

2        MR. GRIFFIN:  And that's our position.  It's lifted as the

3  signing of the DCO.

4        Not as of July 26th, 2019.

5        MR. SCHECHTER:  Our position, your Honor, is it was lifted 15

6  when the Court set these cases on the Docket.

7        THE COURT:  I don't know where this paragraph means a thing.

8  How this means anything.

9        What is -- y'all are doing what the Court has allowed you to

10 do to date, right?                                               15

11       MR. SCHECHTER:  Correct.

12       THE COURT:  And then, after this is entered, then it's going

13 to lift the Stay as it relates to those four cases, right?

14       MR. GRIFFIN:  Yes, your Honor.

15       MR. SCHECHTER:  We believe the Stay is lifted, and this is 15

16 just entering a DCO governing the case since the -- since the cases

17 henceforth.

18       THE COURT:  How does this language hurt the Plaintiffs, or

19 what is your -- what is the issue with this language?

20       MR. SCHECHTER:  Our -- our concern with this, your Honor, is 15

21 there is some Pleading deadlines under -- if the Stay was lifted.

22       THE COURT:  What are the -- I'm not sure I follow you on that

23 one.

24       MR. SCHECHTER:  Deadlines file Bellwether -- deadlines --

25 deadline to file Rule 91a Challenges if the Court lifted the Stay in 15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   July.                                                              15

2       THE COURT:  We've already had the 91a Challenges.  They want

3   to redo them?

4       MR. GRIFFIN:  Your Honor, that is a misstatement of our

5   position.  That is what we're --                                  15

6       THE COURT:  We're not -- you want to file 91a Motions in what

7   cases?

8       MR. GRIFFIN:  The discussion we had with Plaintiffs' Counsel

9   is Bexar County has a claim that is not asserted in any other County's

10  case, and they've taken the position both that the Appeals Court and 15

11  the Supreme Court that their case is different.

12      It should not be governed be the rulings -- whatever rulings

13  are made by both the Appellate Court and the Supreme Court primarily

14  because of the DTPA Claim.

15      And, so, we discussed that with Plaintiffs' Counsel this      15

16  morning, and we thought we had an understanding as to -- at least DTPA

17  Claim and other issues that are raised by the Counties that weren't

18  addressed in the 91a Motions that we have a right to file those.

19      There's also an issue with Defendants haven't been added.

20  There is a whole group of Manufacturing Defendants that have been   15

21  added since the 91a's were heard.  Particularly, Generic Manufacturing

22  Defendants that have different issues that apply to the claims against

23  them.

24      So, we were just wanting to address them and make sure that

25  those Parties haven't waived their right to file a 91a Motion because 15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  of the timing as to when the Stay is lifted.                    15

2       MR. SCHECHTER:  And, your Honor, we had no problem and indeed

3  our language regarding 91a is, if there is a separate cause of action

4  that has not yet been addressed by this Court in a 91a Motion, then,

5  we have no problem with filing a 91a Motion with respect to that cause  15

6  of action because that's what Rule 91a focuses on:

7       Causes of action.

8       But if there's a challenge to causes of action that have

9  already been ruled on by the Court, we don't see that that should

10 be -- that there should be a new round of hearings where they file  15

11 Motions, we have to file Responses and the Court has to rule on.

12      MR. GRIFFIN:  Your Honor, and what we propose is a single

13 deadline to avoid having, your Honor --

14      THE COURT:  A single deadline for what?

15      MR. GRIFFIN:  For any new 91a Challenges.              15

16      Right now, the discussion we've been having about when the

17 Stay is lifted, for different Manufacturers were served and

18 Distributors were served at different times.

19      So, if we don't have a specific deadline for any potential new

20 challenges, then each Defendant will be in the position of having to  15

21 file whatever they plan on filing on a rolling basis, which will be

22 many more filings for this Court, more Responses and more confusion.

23      THE COURT:  Is there a potential that 91a Motions under --

24 under your suggestion, 91a Motions can be filed on causes of action

25 against other Defendants that have already been heard with regard to  15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  the five or six Defendants that we've already heard?                    15

2         MR. GRIFFIN:  I mean, you think under the Rules, I think

3  you -- the Parties Could file a 91a Motion; but I think, given the

4  Court's statements before, it is very unlikely that any Manufacturer

5  or Party who has raised issues before would be asking the Court to 15

6  rule on this issues again except I know that some people have a

7  concern about error preservation with regards to the Counties that

8  have not been addressed before.

9         But I don't think that our side is going to be asking you to

10  reconsider issues that have have been presented to you before.      15

11         THE COURT:  You're asking to be able to file 91a Motions on

12  causes of action that have not yet been considered in a prior 91a

13  Motion?

14         MR. PERDUE:  That's our primary focus.

15         And another issue that's been raised by Plaintiffs --      15

16         THE COURT:  And I'm not sure I heard the Plaintiffs

17  disagreeing with that.

18         MR. SCHECHTER:  We are not opposed to that, Judge.

19         What they're proposing is they want to be able to file 91a

20  Motions across the board on every cause of action that's already been

21  considered by the Court, and our view is that's just a waste of time.

22         THE COURT:  And I agree with that completely.

23         We're not rehashing 91a Motions.  We will find a way to

24  preserve error for you.  But there is 45, 50 counties, we've heard

25  six.                                                                15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          If your intention is to file 40 more 91a Motions on all the
2   Counties and them be duplicates of what we've already heard for the
3   five or six -- I don't remember the exact number -- you can do that,
4   but I'm not going to take the Court's time to consider that.

5          As far as preserving your error on those, I'm happy to work
6   out something with you; but we're not going to redo every one of
7   those.

8          MR. GRIFFIN:  Heard loud and clear, your Honor.

9          I think the error-preservation issue is what Mr. Isaak was
10  going to stand up and talk about, but as to -- the key issue is       15
11  timing.

12         We have rolling deadlines on 91a Motions if we can't come to
13  an agreement about when the Stay was lifted.  And, so, we are
14  proposing a single deadline, so whatever Motions are going to be filed
15  for error preservation or to address new issues, will be filed on a
16  single date.

17         They will have a single Response Deadline, and this Court
18  could hold a single set of Motions as opposed to a rolling set of 91a
19  Motions being filed in the Court over the next month.

20         And that's the importance of the second paragraph on page 2
21  that's highlighted as the Stay being lifted with the signature of this
22  Order.

23         THE COURT:  Mr. Schechter, I don't think I agree with the fact
24  that you think the Stay has been lifted for all purposes.

25         MR. SCHECHTER:  Okay.                                          15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          THE COURT:  I don't believe it has been.          15

2          I think we agreed that the Stay was lifted for those five or

3    six cases that the 91a Motions were filed in, but I don't believe that

4    the Stay was lifted for the other 40 or so that we have in this case.

5          MR. SCHECHTER:  So, your Honor, we're -- we're just talking

6    here about the Bellwether cases.

7          We're all -- I think we're all in agreement the Stay has not

8    been lifted on the vast majority of the cases.

9          THE COURT:  Good.

10         MR. SCHECHTER:  The Stay was lifted to select five cases that

11   we be dealt with as examplars -- as Bellwether 91a Cases.  And then

12   the Court has asked us and we had selected four cases, two of which

13   are no longer before the Court, with respect to setting a Docket

14   Control Order.

15         And it was our understanding that, when the selection was made

16   on those four cases, with respect to those cases, the Stay was lifted.

17   But if the Court says that was not my intent, we're okay with that.

18         THE COURT:  I don't think it was the Court's intent to do

19   that, and I don't think it would be appropriate at any rate because

20   they really had no notice that the clock was ticking on those four

21   Bellwether cases unless they were included in the cases that we've

22   already heard.

23         MR. SCHECHTER:  All we want then, Judge, is with respect to

24   the 91a Motions, we don't want to see where they refile 300-page

25   Motions or with -- you know, attachments or why the case is -- on    15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  every issue we've got to file a 500-page Response to preserve the fact

2  that we objected.

3          THE COURT:  Okay.  But they have to be able -- they have to be

4  able to preserve whatever error they need to preserve on those

5  Counties.

6          MR. SCHECHTER:  We can't figure out what that error is other

7  than on new claims.

8          THE COURT:  Well, it hasn't been --

9          MR. SCHECHTER:  Other than on new causes of action we don't --

10          THE COURT:  Okay.  Was Bexar County one of the Counties in

11  which the Motions for -- 91a Motions was filed?

12          MR. PERDUE:  No.

13          MR. SMYSER:  No, your Honor.

14          THE COURT:  Was Dallas County?

15          MR. GRIFFIN:  Yes.

16          THE COURT:  Yeah.  I thought Dallas County was.

17          MR. ISAAK:  Your Honor, Bexar County has said all along that

18  their claims are different; that the underlying factual basis of their

19  claims are different; and that, to some extent, the legal bases of

20  their claims are different.

21          They've made that argument before the MDL Panel.  They've made

22  that argument -- that argument before the Court of Appeals, and

23  they've made that argument before the Supreme Court.

24          So, if indeed, their Petition is different, then we are

25  entitled to file a Rule 91a addressing the claims pled in their

---

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

---

1  Petition.                                                    15

2        Now, of course, we will be mindful of the Court's prior

3  ruling.  We understand that the Court has already ruled, and I don't

4  think we need to file 300-page briefs on anything.

5        But we do need to be able to lodge those challenges as we are

6  allowed to do so under Rule 91a.

7        THE COURT:  I think they should be able to file those

8  Challenges, but what I'm hearing is it's only for one County.

9        MR. PERDUE:  It is only one County.

10        I thought the agreement was that it was only one cause of  15

11  action; and there was a very close to being an agreement on this

12  particular issue that would allow Bexar to analyze, if that one cause

13  of action is the thing that is giving the Defendants the heartburn to

14  just get it out of the Petition.

15        But, instead, we have -- I don't know -- I'm not familiar with

16  the Case Law that says 91a Motion is necessary to preserve error at

17  the Texas Supreme Court regarding whether a claim has been stated or

18  there's evidence to support a claim.

19        It's supposed to be a legal Motion on whether that cause of

20  action is recognized and -- how did we write it, Mike?         15

21        Whether it has any basis in law or fact.  That is not a

22  Preservation of Error Standard yet by the Texas Supreme Court.  So --

23        THE COURT:  Well, but what we're doing here is precluding

24  them from filing the 91 Motions in a case that hasn't already had 91a

25  Motions filed in it.                                           15

---

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1    MR. PERDUE:  And that's why, your Honor, if you look at the
2  deadline of November 11th, when you get to the table, if you want to
3  see the concrete translation of this issue, the first paragraph is the
4  Defendants',  which wants to go back to global 91a practice.

5        The second paragraph is the Plaintiffs', which said a deadline
6  to file limited to any cause of action not previously ruled upon.

7        They would not agree to that.  They wanted to go back to the
8  whole thing.

9        If the Court wants to entertain the whole thing as to Bexar
10  County, so be it.  But the Court may be entertaining the whole thing
11  as to Bexar County on the exact same issues that it ruled upon.
12  Especially if we resolve this issue as to the one different issue,
13  which is to the best of my knowledge the only thing that they have
14  identified is the DTPA claim.

15        MR. SCHECHTER:  And, your Honor, if something happens at the
16  Supreme Court to the 91a rulings the Court has made, then they just
17  come in.  And the Supreme Court upholds their arguments and on any
18  issue or all of them, then they will come in and file a Motion for
19  Partial Summary Judgment or Full Summary Judgment.

20        And in 21 days the Court will apply the jurisprudence of the
21  State of Texas to this particular case requiring everyone to spend
22  tens of hours and waste time and money on something that's already
23  been hashed out and passed by the Court of Appeals as a waste.

24        MR. GRIFFIN:  Your Honor, will they agree that whatever ruling
25  the Supreme Court makes controls and dismisses any claim that is  15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  brought by Bexar County that's similar to the prior cases?    15

2        Because we don't want to have come and file the Summary

3  Judgment Motion, wait for 20 days and then have a whole bunch

4  arguments that our facts are different.  So, those rulings shouldn't

5  apply.                                                          15

6        Or the law applies to us different because we are this type of

7  County versus that type of County.

8        We are bigger than these other Counties.  So --

9        THE COURT:  You can accomplish with a Motion for Summary

10 Judgment that which you can accomplish with a 91a Motion, can't you?  15

11       MR. GRIFFIN:  We can.

12       The question is:

13       Should -- I think what Mr. Isaak is raising is we want to make

14 sure that we're not getting whipsawed here and saying you can't file a

15 91a, but we're going to say these rulings doesn't apply to us because  15

16 we're somehow materially different from a legal or factual basis.

17       And if they're going to take the position that the arguments

18 we're making on the same causes of action on standing are different as

19 apply to Bexar, then we're entitled to give this Court's consideration

20 and other Court's consideration.                                15

21       If they're willing to apply whatever the Texas Supreme Court

22 does is say -- if they get rid of Nuisance in the five Counties that

23 are before the Texas Supreme Court, their Nuisance Claim goes away.

24       If they get rid of all the causes of action that are asserted

25 and that those grounds automatically apply to get rid of whatever  15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  causes of action, then we can probably agree to that.          15

2          MR. PERDUE:  With all due respect to my friend Mr. Griffin, if

3  the ruling is a legal ruling on the cause of action, which is what the

4  Rule is supposed to be.

5          It's supposed to a cause of action does not exist under the

6  Law so that the facts pled are irrelevant.

7          The facts are -- you're not even -- it's not a Summary

8  Judgment Motion.  It's something different.  It's something higher.

9          So, it should capture the entire thing.  You shouldn't be --

10  under his -- under what his argument is, is if there is no standing,

11  there is no standing.

12          So, I don't know how to distinguish and I'm -- but if the

13  Texas Supreme Court says a County doesn't have standing, I'm not smart

14  enough to tell the Court what Bexar's argument would be that it has a

15  different factual set than Dallas.                              15

16          But that's -- but that's a question of the legal proposition

17  of what 91a is supposed to be.  And, so, if the -- if the ruling is

18  not embracing some factual argument that the Defendants are making,

19  then there shouldn't be a distinction.

20          MR. GRIFFIN:  And so it should --                      15

21          THE COURT:  Answer his question.

22          MR. PERDUE:  I don't know what the Supreme Court is going to

23  do --

24          THE COURT:  Wait --

25          MR. PERDUE:  So --                                     15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          THE COURT:  Hold on.                                          15

2          MR. PERDUE:  -- I cannot answer.

3          THE COURT:  Well, of course, you don't know what they are

4   going to do.

5          We can spend a lifetime figuring out what the Supreme Court is

6   going to do, and -- but his question -- his statement is:

7          There's a Nuisance Claim that the Plaintiffs have made against

8   the Counties, correct?

9          MR. PERDUE:  Yes.

10         THE COURT:  Okay.  And the Nuisance Claim was heard and      15

11  considered in the prior five 91a Motions?

12         MR. PERDUE:  Correct.

13         THE COURT:  The Supreme Court of Texas ruled in those other

14  cases that the Nuisance Claim -- there is no Nuisance Claim as it

15  relates to this set of facts, right?                                15

16         MR. GRIFFIN:  Yes, your Honor.

17         THE COURT:  If the Supreme Court of Texas ruled that way on

18  the five cases that are up there now, he's asking will the Plaintiffs

19  agree that that ruling applies to all the other cases in which a

20  Nuisance Claim has been made and based on a similar set of facts or  --

21         MR. PERDUE:  Given -- given the narrow scenario that the Court

22  just defined, which is the proper legal standard here, that is that

23  there is no basis in law or fact for that claim, then I can't think of

24  no argument to distinguish.

25         But I don't know that that is the argument they're making.  15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   Nor do I know that that is what the Texas Supreme Court will do.  But
2   the Court has -- the Court has defined it appropriately in a very
3   limited scope.
4        THE COURT:  Well, that's what I thought I heard Mr. Griffin
5   say.
6        MR. PERDUE:  I didn't hear Mr. Griffin say that.
7        MR. GALLAGHER:  Your Honor, I don't have a dog in this fight
8   or at least I didn't till about five seconds ago when you said that I
9   am -- I hope I misinterpreted it -- that everyone here is agreeing
10  that whatever happens in the Supreme Court will be binding upon the
11  rest of us regardless of whether we think we've pled it differently or
12  we've pled different facts.
13        So, I just want clarification as to -- are you asking for an
14  agreement that it binds everybody?
15        MR. GRIFFIN:  And that's the point.
16        THE COURT:  And that's the problem their -- and that's the
17  problem we have, and why the Defendants don't want to preclude their
18  ability to file 91a Motions on the other 40 cases.
19        MR. GRIFFIN:  Yes.  Because we're going --
20        THE COURT:  45 cases.
21        MR. GRIFFIN:  These are very good lawyers.
22        THE COURT:  We're going to have this discussion and added to
23  it is you waived it.
24        MR. PERDUE:  As --
25        THE COURT:  You can't bring it.

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1      MR. PERDUE:  It's a fair point, your Honor.  And I don't 15
2  want -- I don't want to preclude them in this negotiation as I
3  understood it.  And I will represent to Court I didn't personally
4  participate in this.  Mr. Deacon did on behalf of Bexar.

5      But the only thing that they identified that was going to be 15
6  different is this DTPA Claim.  At which time we put on the table, if
7  there's a different cause of action, which is why this language --
8  that was the argument that they kept making is you've got a different
9  cause of action.

10      Not a different standing.  Not a different number of     15
11  population.  Not a different factual element of the cause, but a
12  different cause of action.  And -- and this in this particular case
13  with Bexar it goes to DTPA Claim.

14      And we said then file it, but we may just get thing out of the
15  case all together as a compromise.                           15

16      No.  We don't want a compromise.  We want to come back to the
17  whole shebang.

18      MR. GRIFFIN:  Your Honor --

19      MR. PERDUE:  So, if that is what they want to do, that's fine;
20  but the Court will be confronted then with the entire set of   15
21  arguments, again, as I understood them to be verbatim to what they
22  were before.  And at least under the legal standard that it is supped
23  to be 91a.

24      MR. MENGIS:  Your Honor, Michael Mengis for Cardinal Health.

25      With all due respect to my friend Mr. Purdue, he was not in 15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

```
              STATUS CONFERENCE HEARING
                   OCTOBER 4, 2019
```

1  the room.                                                    15

2         We tried to come up with the word "grounds" or "issues" or

3  "fact patterns" or a whole bunch different things.  We tried to reach

4  an agreement on this.  We could not in good faith.

5         This is all about the deadline for filing 91a Motions because

6  we have the right -- any Defendant has the right to file a 91a Motion,

7  and those deadlines haven't passed.

8         So, this whole idea of trying to limit what they can be is a

9  red hearing.  It's them not wanting to give an additional three, four

10 or five weeks, whatever it is, to the November deadline that's here.

11        THE COURT:  Well, it's also their desire not to have to

12 duplicated what's already been done.

13        MR. MENGIS:  And, as a practical matter, your Honor, Mr.

14 Smyser is correct.

15        We are not going to be filing Motions that your Honor has     15

16 already considered and expecting you to have an Oral Hearing on it.

17        If we do anything, we'll file them for submission because we

18 already argued those Motions.

19        If we determine we have to do it to protect the record, we

20 will.  But this all about how when the deadline is going to occur.    15

21 Not whether or not it ought to be limited or not because the

22 Defendants have the right to file the Motions today.

23        THE COURT:  Okay.

24        MR. PERDUE:  And I thought I said I wasn't in the room and --

25        THE COURT:  You did.                                          15

```
                  Cynthia Martinez, CSR
                  152nd Civil District Court
                     (832) 927-2427
                   cynthiam@justex.net
```

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          MR. PERDUE:  -- I thought --                          15

2          THE COURT:  You did.  He did.

3          I'm going to keep the language that's in there right now, and

4     we will just deal with it.

5          The Defendants know the Court's temperature on rehashing old

6     Motions; and we will just have to deal with it, if it comes to that.

7          MR. GRIFFIN:  And, your Honor, I want to clarify:

8          We are on page 2 --

9          THE COURT:  Yes.

10         MR. GRIFFIN:  -- those two --                          15

11         THE COURT:  The two highlighted paragraphs can stay in the

12    Order.

13         Now, I'm trying to figure out why in Paragraph 3 there's not

14    specific dates in that Order?

15         MR. GRIFFIN:  Well, your Honor, because we preposed the ready

16    date of October 26th.  The Plaintiffs have proposed a ready date I

17    think of October -- what is it?

18         MR. SCHECHTER:  October 5.

19         MR. GRIFFIN:  And from our perspective, this is a -- this is a

20    very short timeframe in three-weeks matter because we're going to be

21    doing a lot of work.

22         THE COURT:  And I'm not trying to make a phone call here.  I'm

23    pulling out my calendar.

24         MR. SCHECHTER:  Your Honor, we're also mindful of the fact

25    that -- that these cases may end up in a different Court.        15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1        And, so, we're trying to -- to -- you know, figure out how to

2    coordinate with the local court if that's where the cases end up.

3        MR. GRIFFIN:  And, as I said, your Honor --

4        THE COURT:  You want 6?

5        MR. GRIFFIN:  26.

6        THE COURT:  You want 26?  And you want 5?

7        MR. SCHECHTER:  Yes, your Honor.

8        THE COURT:  19.

9        What about January?

10        MR. SCHECHTER:  19 works, your Honor.

11        THE COURT:  That's a Tuesday in January 2021.

12        MR. SCHECHTER:  Well, we think the 18th is MLK.

13        THE COURT:  You're right.  I'm sorry.  19.

14        On the Defendants' side?

15        MR. GRIFFIN:  That's fine, your Honor.

16        THE COURT:  Very good.  We've got an agreement.

17        Okay.  Page 3.  Monday, 4 November 2019.

18        MR. SCHECHTER:  Your Honor, I think we've reached an agreement

19    on -- so, Monday the 4th, this concerns Designations of Responsible

20    Third Parties; and it's part of an arrangement that we had initially

21    negotiated, which is, however, the Defendants don't have to designate

22    by November 4th, they do have to disclose any Responsible Third

23    Parties who are Manufacturers -- not -- Manufacturers, Distributors,

24    Pharmacies, Pharmacy Benefit Managers or -- and we concluded, while

25    the trial adding Federal Governmental Entities.

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1       The question becomes -- and it flips to the top of the next

2  page -- Friday, April 3, 2020.  When do they have to designate

3  Responsible Parties.

4       And the Plaintiffs' position on the purpose of the Disclosure

5  on November 4th, 2019, is because, if there are additional Parties to

6  be added to this case, Judge, if they're aware of any, we want those

7  Parties named so that we have the opportunity to add them.

8       And that's why you see a November 4th Disclosure date and a

9  November 18th Joinder date.

10      MR. GRIFFIN:  Your Honor --

11      THE COURT:  The highlighted portion:

12      "Pharmacy Benefit Managers and/or Governmental Entities," who

13  asked that that be included?

14      MR. GRIFFIN:  I think we reached an agreement on that, your

15  Honor.

16      If you add the word "Federal" in front of "Governmental

17  Entities."

18      MR. SCHECHTER:  Yeah.  We've got that agreed to, Judge.

19      MR. GRIFFIN:  I mean, the question we're talking about now,

20  your Honor, is whether -- when we have to actually designate the

21  Responsible Parties.

22      This Court in a prior CMO -- CMO 1 -- said that was going to

23  be 60 days before the close of Discovery.  The Defendants' position is

24  that that should just be the date that we need to designate

25  Responsible Parties.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1      Plaintiffs are asking for that date to be several months than
2  this Court previously agreed to set the date -- the deadline to
3  designate Responsible Third Parties.

4      MR. SCHECHTER:  Absolutely, your Honor.

5      We want our experts to have time to consider anybody they
6  designate.  We want to have time to -- if there is any follow up
7  Discovery that needs to be done, we want to have time to the do that.

8      THE COURT:  I'm not particularly wild about the 60 days to
9  begin with because I think that pushes the Plaintiffs into a position
10  where oftentimes they have to seek a Continuance on stuff.

11      So, it's got to be more than 60 days.

12      MR. GRIFFIN:  I think we've addressed that, your Honor, with
13  the November 4th date because we've identified all the people who have
14  money, right?

15      All the Manufacturers, Distributors, Pharmacy Benefit Managers
16  and Retail Pharmacies have to be disclosed and -- in November.  And,
17  as a practical matter, everybody in world knows because we have the
18  Federal MDL, we have the ARCOS Database.  So, there is no surprise.

19      So, the April 3rd day, if you look at the footnote, primarily
20  deals with illicit drug dealers and people who were involved in
21  international trade of opiates and other issues.  Well, we don't know
22  who these people are yet because we haven't taken the Discovery.

23      And, here, the proposal is is the Discovery Deadline wouldn't
24  be until August.  So, we don't want to be in a position where we're
25  taking a sheriff's deposition in July and they said, "Well, who's the

---

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

---

1  biggest dealer of meth or fentanyl in Dallas County," and we haven't

2  identified that person.  And all of a sudden we can't designate that

3  person because it's two months after the Disclosure Deadline.

4        THE COURT:  Okay.  So, 60 days before the trial will be

5  August --

6        MR. GRIFFIN:  And it's 60 days before the close of Discovery.

7  Under the current Order, that will be --

8        THE COURT:  Okay.

9        MR. GRIFFIN:  -- some time in June.

10        THE COURT:  Okay.  So, the date -- the Defendants want June

11  and the Plaintiffs want April?

12        MR. SCHECHTER:  Yes, your Honor.

13        MR. SMYSER:  Your Honor, I know what's coming.  Could I -- I

14  will just hand to the Court the CMO 1?

15        THE COURT:  You know, I appreciate you giving me this, Mr.

16  Smyser; but I think everybody appreciates the fact that this Case

17  Management Order No. 1 is probably not worth much in the overall

18  scheme of things since we're going to the extent we are on CMO No. --

19  what is this?  2 or 3?  2.

20        You know, if y'all can't agree to something, I'm going to

21  split the baby in half and make it May.

22        MR. SCHECHTER:  Your Honor, the only -- the reason we asked

23  for April is that is 30 days before our Expert Deadline.

24        If you make it May, it's after our Expert Deadline.  So, we

25  don't -- our experts don't even have a chance to consider who they've

---

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  designated or what's going on.                                    15

2          This gives us 30 days.

3          THE COURT:  Well, you do know who they --

4          MR. SCHECHTER:  Well, no, we really don't.

5          THE COURT:  Well, the Party that they would designate on April

6  the 3rd as a Responsible Third Party, the identity of that Party has

7  to have been designated previously, correct?

8          MR. GRIFFIN:  Correct, your Honor.

9          MR. SCHECHTER:  They have to have described them with some

10  detail on November 4th.                                          15

11          MR. GRIFFIN:  And there's two deadlines, your Honor.

12          For the Pharmacy -- for the Solvent Defendants it's

13  November 4th we need to disclose -- under our proposal, we need to

14  disclose all these other people that we're aware of by -- by April 3rd

15  and then we wouldn't designate until a later date.              15

16          MR. MENGIS:  Your Honor, Michael Mengis, again, for Cardinal

17  Health.

18          I wanted to point out -- because Mr. Schechter talked about

19  the November 4th deadline, and we do agree with that language if you

20  add the word "Federal" or "Governmental Entity."                15

21          But we, also, have an agreement on Footnote 1, which requires

22  the Disclosure not -- as opposed to a designation, the Disclosure of

23  all the other RTP's by April the 3rd.

24          So, your Honor's point is well taken:

25          We will have disclosed as opposed to designating every     15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  possible Responsible Third Party by April the 3rd under our agreement.

2          Now, the issue that Mr. Schechter is arguing is he wants to

3  make the Designation Deadline the exact same day as the Disclosure

4  Deadline, which we don't have an agreement on.  And we believe is

5  covered by the CMO, which would be in June sometime.

6          But they should have all the names by April the 3rd under our

7  agreement.

8          MR. SCHECHTER:  And we don't understand, Judge, why they've

9  got all the names, they're produced and they can't designate the same

10  day they disclose everything.

11          It seems like an artificial, game-playing distinction.

12          THE COURT:  Leave it at April the 3rd.

13          On the top of page 4 is April the 3rd.

14          What's next?

15          MR. SCHECHTER:  Your Honor, we then go to the end of trial --

16  oh, we then go to the last steps after Discovery.

17          THE COURT:  Is there an agreement on --

18          MR. SCHECHTER:  We've got an agreement on Experts, Expert

19  Designation Deadlines, the detail that has to be disclosed in Expert

20  Designation.

21          THE COURT:  Hold on.  Hold on.

22          I have a highlighted portion at the end on page 4 -- at the

23  top of page 4 on Close of Discovery.

24          August 21 or August the 14th.

25          Is that agreed to?

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1        MR. SCHECHTER:  I'm sorry.  That shows on page 5 on mine. 15

2        THE COURT:  Well, it's -- did I say "page 4"?

3        MR. SCHECHTER:  Yes.

4        THE COURT:  It's on page 5.

5        MR. GRIFFIN:  Your Honor, may I address that point?        15

6        THE COURT:  Am I correct there are no other issues on page 4?

7        MR. GRIFFIN:  Correct, your Honor.

8        THE COURT:  Yes.

9        MR. GRIFFIN:  And, so --

10       THE COURT:  Is that an issue still?        15

11       MR. GRIFFIN:  It is because it's tied to the expert -- the

12  Daubert-Challenge issue.

13       Our proposal is that we would have to file all Daubert

14  Challenges after the close of Discovery so we can have that

15  proceeding -- all that's fashioned once we have all experts.        15

16       In Plaintiffs' proposal we would have to file rolling Daubert

17  Motions within ten days of the date of the deposition.  Not even ten

18  days of the date when we get the transcript.

19       And our expectation is that your Honor is going to have a lot

20  of Daubert Motions on similar issues, and that we will have days of --

21  a Daubert day on damages, a Daubert day on liability for this issue as

22  opposed to having rolling Motions coming into this Court over the

23  course of a four- or five-month period in rolling hearings.

24       THE COURT:  What's the issue with the Closing Date 14th or the

25  21st?        15

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          MR. GRIFFIN:  We will be willing to agree to 14th if we didn't

2  have to file our Daubert Motions until the 21st, and Plaintiffs

3  weren't willing to do that.  They wanted a rolling date.

4          So, we agreed to close Discovery on August 14th if we didn't

5  have to file our Daubert Motions until August 21st, and that wasn't

6  acceptable.

7          So, we're here with different dates.

8          MR. SCHECHTER:  Your Honor, there are three pieces here that

9  we're trying to fit together:

10          The first is the close of Discovery.                    15

11          The second is the Dispositive Motion Deadline.

12          And the third is the Expert Challenges.

13          We're trying to fit those in to a Trial Setting in October so

14  that these issues are resolved in advance and the Parties can turn

15  their focus on what's going to be offered and how it's going to be 15

16  offered and not in Responding to, you know, 160 Challenges.

17          So, our proposal was this:

18          August 14th, all Discovery ends.

19          August 21st is the deadline for the Defendants to file

20  Dispositive Motions.                                           15

21          We have a feeling, your Honor, that the No Evidence Summary

22  Judgment Motion is already on the computer, and will be pressed with

23  a -- there will be a button pressed and they will be sent out.

24          They are not going to have any problem doing that.

25          The Traditional Summary Judgment Evidence Motion should be 15 --

```
              STATUS CONFERENCE HEARING
                   OCTOBER 4, 2019
```

1  well, I'm sure it will be done in advance.                    15

2          And our thoughts on the Daubert Motion, your Honor, is very

3  simple:

4          They are going to start taking these depositions in June.  Why

5  are we waiting until the end of August to dump all of the depositions

6  on the Court and then require the Plaintiffs to respond?

7          If they've got a Challenge, file the Challenge within 14 days

8  is the proposal of the deposition; and the Court can schedule them

9  when the Court wants.  But this gets the Challenges and the Responses

10 in well before we're trying to cram it all in in the last 30 days.   15

11         THE COURT:  It does sound -- you're going to challenge most of

12 these experts.

13         MR. SCHECHTER:  I imagine there will be some challenges.

14         THE COURT:  I imagine you're going to be challenging most of

15 these experts.  These Expert Challenges are coming in 30 days, 40 days

16 before a Trial Setting.

17         You're going to ask this Court to shut down its operation for

18 a period of time to the extent to -- excluding any other cases that I

19 may have to work on to do nothing but Expert Challenges for a period

20 of time so I can get these done in time for the October Trial Setting.

21         And then, later, again, go through the same gyration for the

22 January Trial Setting.

23         I'd much prefer having it done as we go.  It's much easier for

24 me to be doing it that way as opposed to you dumping -- and I'm sorry

25 about using the term "dumping," but that's what it's going to be --   15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  10, 12 or 20 Expert Witness Challenges 40 days before a Trial Setting.

2       MR. GRIFFIN:  Your Honor, it would seem to us because, as you

3  know, when you're doing Dauberts, we're going to challenge their

4  expert; and, likely, we're going to need testimony from our expert to

5  bolster that Challenge.                                    15

6       But as it -- and we're going to take their experts first, and

7  they're going to take our experts.  We won't have the ability to

8  incorporate the testimony from our experts into our Challenge, and

9  our -- our Challenges will be on file before their Challenges.

10      So, we won't be able to apple-to-apple issues.         15

11      THE COURT:  Why won't you be able to incorporate your expert's

12  testimony into the Challenge?

13      MR. GRIFFIN:  Because, if we have to do within the 14 days of

14  taking their Expert's Deposition, A, we may not have the transcript of

15  our expert back in time to incorporate that into whatever filing we

16  have.

17      B, we don't know what the split's going to be between when

18  they depose -- we depose their expert and they depose our expert.

19      Our expectation is they're going to want to have some time

20  to -- to see what we asked their expert and then come back.  And, you

21  know, it's not going to be a simultaneous deposition.

22      So, depending on the amount of time between those depositions,

23  we will be hamstrung because we won't be able to present this Court

24  with the sworn testimony from our expert through depositions to

25  bolster or challenge the issues that we're going to raise as to    15

Case TXS/4:19-cv-03590   Document 14-12   Filed 10/29/19   Page 45 of 131

44

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  theirs.                                                          15

2        THE COURT:  Yeah, but you're asking the Court to drop
3  everything to hear these?

4        MR. GRIFFIN:  I think there's a middle ground there.

5        THE COURT:  And that's what y'all were supposed to be     15
6  negotiating.

7        MR. GRIFFIN:  Well, we asked as a middle ground that we could
8  do it ten days from the point we receive the deposition.  They said
9  no.  It has to be ten days from the date of the deposition.

10       And, so, we would have to get expedited transcripts.  It's 15
11 more expensive.

12       THE COURT:  You will to get expedited transcripts even with
13 ten days after you get the transcript.

14       MR. GRIFFIN:  Well, it won't be --

15       THE COURT:  When do you start taking Expert Depositions?    15

16       MR. GRIFFIN:  Under this -- we've agreed on June 22nd -- well,
17 June 29th, your Honor.

18       THE COURT:  So, you start taking Expert Depositions June 29th?
19       MR. GRIFFIN:  Yes.

20       THE COURT:  So, basically you have all of July and a short   5
21 part of August to take these depositions?

22       MR. GRIFFIN:  And that was another part of the discussion
23 about when the expert -- when -- when the Discovery should close.

24       And, so, I mean, if we have that period of time, we wanted to
25 set dates so we can know when we were are going to be very active in  5

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  taking depositions and going through the process of presenting the
2  issues to the Court at the same time we're taking dozens of
3  depositions in a very short period of time.

4      It seems to be a more streamlined option to have a set
5  deadline.

6      THE COURT:  Streamlined for you?

7      MR. MENGIS:  Well, your Honor, if you're concerned about your
8  Docket, if we go with the one deadline, it would also then possible
9  for use to file omnibus Motion that addresses all of Daubert
10 Challenges.

11      THE COURT:  That doesn't resolve anything.  That's still ten
12 or twelve or twenty experts that you're dumping on the Court, and it's
13 not that I'm afraid to do the work.

14      I'll do the work.  I'm just worried about getting decisions
15 done in May and all of these Challenges and in a very, very short
16 period time as far as the Court is concerned.

17      MR. GRIFFIN:  And, your Honor, I think one of the concerns
18 that Counsel's raised, if we have a short period of time coordinating
19 the objections to that Plaintiffs' Expert.

20      It's going to be more difficult.  So, you're likely to get
21 more Motions from for various different Parties because we won't be
22 able to do like we did in the 91a and they file an omnibus
23 Manufacturer Motion and an omnibus Distributor Motion.

24      You're going to get a Johnson and Johnson Motion, an ENDO
25 Motion.  We won't have time to get the transcripts back and coordinate

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   Responses.                                                    15

2        So, we think it would be more convenient for the Court to have

3   a set deadline.

4        THE COURT:  You're going to come up with a solution to this;

5   aren't you, Mr. Smyser?                                       15

6        MR. SMYSER:  Unfortunately, your Honor, I wish I could.

7        I totally get it from the Court's standpoint about the amount

8   of work, as you say, "dumped" on the Court.

9        I, also, don't get it from Mr. Schechter's standpoint about

10  how we sit around in our office, leaning back with a cup of coffee 15 and

11  push buttons for Motions to come out.

12       That is not how it works --

13       THE COURT:  Well, he was talking about the 91a Motions.

14       MR. SMYSER:  -- or anything else.

15       None of that works that way.                             15

16       THE COURT:  He's talking about the 91a Motions.

17       MR. SMYSER:  I can assure you, Mr. Isaak here will tell you

18  the weekends he has worked doing that -- precisely that work.  It is

19  not something that happens without a lot of effort on everyone's part.

20       And to speak to that, at least from my standpoint, having a 15

21  rolling deadline virtually ensures that every expert we take we're

22  going to have to file a Daubert Motion because, if we don't, we're

23  going to waive the Daubert Motion.

24       If we have a period of time at the end when we've seen all the

25  experts and we say these are the experts we need to Daubert Challenge, 15

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   the likelihood is you come out with fewer Daubert Challenges at the

2   end of the day than if you have to file rolling Challenges every ten

3   days it comes in.  Transcript:

4          "Hey, I've got to make a decision.  I have got to file this.

5   I can't waive it."

6          THE COURT:  That could have been the argument that helped make

7   my decision.

8          All right.  Friday August the 21st is the Close of Discovery.

9          I am on confused on No. 7:

10         "Any Motion to exclude or limit Expert Testimony due to

11   qualifications of the expert or reliability of the opinions must be

12   filed by September 4, 2020, or 14 days from the date of the

13   deposition."

14         MR. MENGIS:  It's the two proposals, your Honor.

15   September 4th Deadline.

16         THE COURT:  All right.  So, we will go with September 4.

17         Same with No. 8.

18         MR. PERDUE:  I just want the record to reflect that, though, I

19   may not be here September 4th, 2020, if there are less Daubert Motions

20   because of this agreement, I will be -- I will be shocked.

21         MR. SCHECHTER:  There --

22         THE COURT:  I don't necessarily think that will be.  I don't,

23   but, by doing it this way, you definitely run the risk of having one

24   or more -- one or more Motions not being given its full consideration

25   that it may be entitled to because of the quickness of this Court's

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  decision.                                                    15

2       And I hesitate to make that statement on the record, but

3  that's the truth of the matter is that that y'all are rushing it and,

4  you will get the best you can get under the circumstances.

5       MR. MENGIS:  Well, your Honor, nothing precludes us from  15

6  filing it earlier.

7       THE COURT:  That's exactly right.

8       MR. SCHECHTER:  I was going to say, Judge, all that has

9  happened now.  The Defendants have now put all the burden on the

10  Plaintiffs and the Court to do everything the last 30 days because you  15

11  won't -- we're going to have to respond to those Motions.

12       So, it is not like September 4th it is all over with.  We have

13  got to respond to them.  So, we are going to be working on Daubert

14  Challenges, if we do it this way, the last two weeks.

15       The rolling Challenge was the only way that made sense from  16

16  the Court's workloads and from everybody's workload.

17       THE COURT:  But the rolling Challenge --

18       MR. GRIFFIN:  And, your Honor, this isn't a Defendants' --

19       THE COURT:  He's right.  Wait a minute.  He's right.  He's

20  right.                                                       16

21       I mean, I hadn't even thought about that.

22       MR. GRIFFIN:  This isn't --

23       THE COURT:  Wait a minute.

24       They're trying to get ready for trial.  They're trying to get

25  ready for trial the last 30 days before trial, and they're having to  16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  respond to Summary Judgments, other Dispositive Motions and Expert 16

2  Challenges all at the very same time.

3          MR. GRIFFIN:  And so are we, your Honor.

4          THE COURT:  I know that.

5          MR. GRIFFIN:  This isn't a Defendants' final date.  This is 16 a

6  Plaintiffs' filing date.

7          THE COURT:  Except if you take the Expert Deposition in

8  July -- at the end of June and wait until September 4th to file it,

9  you have had the benefit of six weeks to prepare it.

10         They get the benefit of two weeks to respond.          16

11         MR. GRIFFIN:  And my understanding, your Honor, is that we --

12  Parties are going to put out deposition dates for their experts at the

13  time they disclose.

14         And my understanding is the Parties have talked about at least

15  trying to -- we are not just going wait for all the Plaintiffs'     16

16  Experts to be deposed and then all the Defendants' Experts to be

17  deposed.

18         We're going to do it on a topic-by-topic basis so that issue

19  doesn't arise.

20         MR. SCHECHTER:  I don't see how that's any different from the 16

21  rolling.

22         What's happening, Judge, is they're dumping everything on the

23  Plaintiffs and the Court while they turn to preparing for trial.

24  That --

25         THE COURT:  That's --          16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1        MR. SCHECHTER:  This --

2        THE COURT:  I got it.  You're right.  You're right.

3        One of the reasons why I have a Dispositive Motion Deadline

4   which says "heard by" is so that -- so that the Plaintiffs are not

5   having to focus on a Summary Judgment when they should be focusing on

6   preparation for trial.

7        But part of this, Mr. Schechter is relating to the time that

8   we have set this case for trial.  You know, this is basically a

9   12-month Docket Control Order.

10       And -- and so, that's -- that's a short -- that's a short

11  order for preparing the case for trial as big as this case is, and

12  that's one of the problems that you have when you do that.

13       In another other situation you might have 16, 18 months to

14  prepare a case.  Y'all wanted this to be done in 12 months.

15       MR. SCHECHTER:  We understand, your Honor.

16       THE COURT:  So, part of this is on the Plaintiffs' request

17  that you have a short schedule, a short fuse on the trial.

18       So, that's part of this --

19       MR. SCHECHTER:  We understand, your Honor.

20       THE COURT:  -- this problem.

21       MR. SCHECHTER:  We understand, your Honor.

22       THE COURT:  Otherwise, you're going to have to push everything

23  back, the experts, the Dispositive Motions.

24       MR. SCHECHTER:  Your Honor, just a couple of observations:

25       That's why we had preposed August 14 as the close of the

```
                       STATUS CONFERENCE HEARING
                           OCTOBER 4, 2019
```

1    Discovery.                                                    16

2          THE COURT:  August 14th -- one week doesn't do a thing in the

3    overall scheme of things.

4          MR. SCHECHTER:  Well, we also gave the Defendants, at their

5    request, six weeks between the Plaintiffs' Expert and the Defendants

6    Expert.

7          There's two weeks that could be closed right there.  So, that

8    alone a closes three weeks by pushing the Discovery Deadline back and

9    giving the Defendants the typical 30 days.

10         And we -- we did agree to the six weeks at the Defendants' 16

11   request as part of a compromise.

12         MR. GRIFFIN:  And part of that compromise, your Honor, was due

13   to the fact that, by the time they designated, they would have had

14   access to 150 million pages of our documents for a year, whereas we

15   have no documents at this point from them.                    16

16         So -- so, to account for the fact that we don't know what

17   their experts -- who their experts are going or what the topics are

18   going to be, what their opinions are going to be; but to give us that

19   additional time because we are going to have a much less shorter

20   period to digest and distill the information we get from Plaintiffs

21   than they will have had from the information that we have provided.

22         MR. SCHECHTER:  We're addressing that, your Honor.

23         We have -- I believe in the Order is a note that starting

24   Monday we begin meeting to see if we can figure out how to do what we

25   are euphemistically calling "cut-to-the chase Discovery."       16

```
                      Cynthia Martinez, CSR
                      152nd Civil District Court
                          (832) 927-2427
                        cynthiam@justex.net
```

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1    That is to see if we can -- yes, it is in chapter -- it is
2  Paragraph 9 on page 5, your Honor, where we will sit down and see if
3  we can come up with what Discovery is it the Defendants need, what the
4  Plaintiffs need; and get a scope of Discovery Order to the Court by
5  two weeks from today, which is when the Court has our next conference
6  scheduled.

7    That would be --

8    THE COURT:  Let's look at 7 and 8 for a second.

9    And why can't that language be "must be heard by September
10  4th, 2020"?

11    MR. SCHECHTER:  Your Honor, Plaintiff had actually preposed
12  that originally and must be filed and heard and --

13    THE COURT:  Because "must be filed by September 4th, 2020,"
14  plus 21 days is September 25th is earliest that Summary Judgment can
15  be set.

16    And, so, we're hearing the Summary Judgment less than 30 days
17  before the trial.

18    MR. SCHECHTER:  We had proposed --

19    THE COURT:  We're hearing the Summary Judgment, Motions to
20  Strike and any other Dispositive Motions and Plea -- I'm sure there is
21  a Plea to Jurisdiction coming here -- all within, theoretically, three
22  weeks of the trial date.

23    MR. GRIFFIN:  And, your Honor, you've acknowledged the
24  timeframe we're working with here.

25    The Discovery doesn't close until the middle of August, and we

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  don't start Expert Depositions until the end of June, we have to pack

2  a lot of work in a short period time.

3         And, so, we need to know what their experts are going to say

4  because I imagine there's going to be significant challenges to

5  causation and liability.

6         And if we file our Summary Judgment Motions before we take

7  their Expert Depositions and get their transcripts back, then we're

8  going to get a Motion for Continuance because they're going to say,

9  "We get to put our expert's testimony in."

10        So, we're trying to figure out what to do with the time we

11  have allotted, and this is the best we can come up here.

12        THE COURT:  Why can't Discovery close earlier than August the

13  21st?

14        MR. GRIFFIN:  It just depends on how much earlier your Honor

15  wants to move.

16        If we start Expert Depositions in -- June, as we've discussed,

17  there's been dozens of experts designated because of the number of

18  Parties involved.

19        And if it was a smaller case with fewer people where we have

20  Manufacturers, Distributors, potentially, we will have Retail Pharmacy

21  Defendants; and, among those groups, we have dozens of Parties who are

22  going to file Expert Reports.

23        And, so, the idea that we're going to be able to get through

24  even double tracking or triple tracking depositions in less than a

25  month, is -- is -- is hard to imagine.

```
                    STATUS CONFERENCE HEARING
                       OCTOBER 4, 2019
```

1          MR. SMYSER:  And then there's also significant, as Mr. Griffin

2   said, head start here.

3          All of depositions in the National MDL, they have all those

4   depositions.

5          All of the witnesses that were deposed for the various          16

6   Defendants here are already in their custody and control.

7          We have nothing from them.  We have no depositions of their

8   people.  And experience teaches in the National MDL that there are not

9   just dozens but 30 and 40 witnesses at least from each County on -- on

10  a fact pattern that you have to depose.                                 16

11         The work -- the work for all the Parties is extraordinary, and

12  we are -- we are much further behind the eight ball on getting the

13  work done in the time period we have.

14         We had a three-week Stay.  Admittedly, we asked for it; but

15  we've had a three-week Stay from the Court of Appeals where the         16

16  proceedings were stayed.

17         This is a very compressed Trial Schedule, and every -- every

18  deadline is being asked to be moved back that takes time away from us.

19         That's -- that's how we see it.

20  MR. SCHECHTER:  Your Honor, we think we've got it.                      16

21         I think your proposal for "filed and heard by" for both expert

22  and Summary Judgment is very reasonable.

23         If they want more time, they could take less time for their

24  Expert Designations.  And they're going to have -- before their

25  Experts are due, they're going to have six months to depose.           16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1        They're dealing with one County.  They're dealing with two
2   Counties.  So, if they need 30 people to be deposed, they will have
3   time in those six months to depose them, get the information -- five
4   months I guess.
5        Depose them and get the information to their experts.  Part of
6   the problem is that we had a Trial Setting, and we were on track to go
7   and then the case got stayed.
8        While --
9        THE COURT:  Speaking of which, is the Supreme Court not ruling
10  on your Motions to Stay?
11       MR. SMYSER:  No, your Honor.
12       The Supreme Court has not -- not acted.  We understood there
13  was some concern at the Court regarding the Purdue Bankruptcy.  We
14  don't know how --
15       THE COURT:  Okay.
16       MR. SMYSER:  -- that has resolved.
17       THE COURT:  You can make this a lot easier on the Court with a
18  later trial date.
19       And by "easy," I mean, giving the Court more time to consider
20  multiple, multiple Motions for Summary Judgment, Pleas to the
21  Jurisdiction and Expert Challenges.
22       We are really compressing this last bunch of work into really
23  a short period of time that is going to make everybody need a serious
24  vacation when it's all over with.
25       You know, the problem with this Trial Setting is that, even if

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   you were considering -- even if I was considering moving it back, I
2   couldn't move it -- I would have to move it to January if I was going
3   to consider another Trial Setting.
4           I couldn't put it in November or December because that's
5   implicating the Holidays, and you would not be able to get a jury
6   without some extraordinary effort because of Holiday conflicts.
7           MR. SMYSER:  Your Honor, I would suggest a January Trial
8   Setting.  That was the Trial Setting I suggested when the -- when the
9   matter was originally brought up, and I do think that is a workable
10  schedule.
11          MR. SCHECHTER:  Your Honor, we'd like the October Trial
12  Setting.
13          THE COURT:  And I know you do.
14          MR. SCHECHTER:  And the --
15          THE COURT:  I know you do.
16          But I'm not just considering what the Plaintiffs would like
17  here.  I'm considering what the Court is capable of getting done
18  because, in the end, I have to get this case ready for trial, right,
19  before everything whether it stays here or it goes somewhere else?
20          So, we're not just talking about Summary Judgments, Pleas to
21  Jurisdiction and Expert Challenges.
22          We're talking about all the exhibits, right?  All the
23  deposition cuts that are going to be offered, right?
24          MR. SCHECHTER:  Your Honor, I've looked at that and Mr. --
25  that seems to me a very unclear section of Rule 13.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1    I cannot figure out how far you clearly have to go through
2  Challenges -- Summary Judgment Motions and Expert Challenges.
3    THE COURT:  I've had this conversation with Mark Davidson
4  about the Asbestos MDL that he's working on, and he's dealt with that
5  over the years.
6    And it's my understanding from my conversations with him is
7  that he packages the case up, sends it home and the Judge who presides
8  over it has very little to do other than to rule on immediate
9  objections that are made during the course of the litigation.
10   MR. GRIFFIN:  Your Honor, that's our experience.
11   We're currently in an Oil and Gas MDL.  And, because of the --
12  this Court's knowledge of the issues that the type we're doing depo
13  designations and objections, it would be our expectation that this
14  Court would handle it because a Judge who receives it wouldn't have
15  the history to be able to make --
16   THE COURT:  Exactly.
17   MR. GRIFFIN:  -- substantive rulings on those issues.
18   THE COURT:  Exactly.
19   So, I'm considering moving the first trial to January 19th.
20   MR. SMYSER:  And we would agree to January 19.
21   THE COURT:  I know you would.
22   Mr. Schechter?
23   MR. SCHECHTER:  I mean, your Honor, the delay in this was due
24  to the Defendants.
25   THE COURT:  I know that, but it doesn't -- I get that.  But

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  the delay now is going to be -- the ramification of that is not on the
2  Defendants.

3        The ramification of that are you and the Court.  And, so, I
4  understand.  I really do.  But as a practical matter, again, now more
5  than ever, after thinking about the exhibits, the depositions and so
6  forth, I'll shut down my Court from January the 4th -- excuse me --
7  September the 4th until October the whatever so that we can get
8  everything here done that we needed to get done and get this case
9  trial ready.

10        I see someone coming from the back benches.

11        MS. HAGER:  The smart one, your Honor.

12        MR. SMYSER:  Your Honor, I would also say we do not accept
13  full responsibility for the delay.

14        As you will recall, there was a previous MDL Judge who was
15  presiding over the matter in Bexar County who the Plaintiffs asked to
16  step down when he gave the option.

17        THE COURT:  Well, I'm not putting this on my friend David
18  Peoples so just don't -- don't even go there.  I get that.  You
19  know -- last word.

20        MR. SCHECHTER:  Can we take five?

21        THE COURT:  Take five.  We all need to take five, and I need
22  to get an Astros update anyway.

23        MR. PERDUE:  It's 6 to 2, your Honor.

24        THE COURT:  Thank you very much.

25                    (Break taken)

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1          THE COURT BAILIFF:  All rise.                          16

2                    (Judge enters)

3          THE COURT:  Everyone have a seat please.

4          MR. SCHECHTER:  Your Honor, we have had a tentative

5   conversation on this, and we would like to keep the October trial date

6   the Court has set and make a couple of observations, if we can:

7          No. 1, we feel like it's premature at this point to grant a

8   Continuance already.

9          THE COURT:  We're not granting a Continuance, Mr. Schechter.

10  We're just setting the case for trial.                       16

11         MR. SCHECHTER:  Well -- and it's set in the -- in the -- in

12  the universe of cases, okay, with -- those were -- in the Texas MDL,

13  there is also a universe and we think the October time is the best

14  time for this case given the other settings that are taking place

15  around the country.                                          16

16         This way there is not going to be a conflict if the -- if we

17  get into early next year and the Court is going to -- to satisfy this

18  speedy which the case developing, we can reconsider the Motion.

19         We also note, your Honor, with respect to the end of

20  end-of-case-issues, the Dispositive Motions as well as the Expert 16

21  Motions many of these same issues have already have been dealt with at

22  the Federal MDL.

23         Our guess is there's going to be an overlap.  The Court will

24  have decisions maybe on the very same issues that have been made by

25  the Federal Judge to help guide the Court in its decision making. 16

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

```
                    STATUS CONFERENCE HEARING
                         OCTOBER 4, 2019
```

1          Finally, if at the end, the Court feels like a Special Master

2   who can be of assistance, we are unopposed to a Special Master.

3          Alternatively, the Court has two different potential Trial

4   Judges, one in Dallas and one in Bexar County, who may be willing to

5   coordinate with the Court here on some of these particular issues.

6          So, there may be multiple Judges available to deal with

7   particular components of this.

8          If the Court wants, we are willing to work on some of the

9   dates and move them back.  In terms of Document Production, you know,

10  we may be able to move that earlier in December instead of January.

11  That is, starting Expert Discovery earlier in January.

12         There's two weeks with the Defendants' experts.  As opposed to

13  six weeks, we can give them -- we can set four weeks, which is under

14  the -- typically in the 30 days in the State Courts.

15         Are you looking at 13?

16         THE COURT:  Yeah.

17         MR. SCHECHTER:  13.6 A through D, your Honor.

18         THE COURT:  I've got to find -- it's the Rules on Judicial

19  Administration?

20         MR. SCHECHTER:  Yes, your Honor.

21         THE COURT:  Mr. Schechter, I don't relish the thought of not

22  doing the work that I was appointed to do --

23         MR. SCHECHTER:  Your Honor --

24         THE COURT:  -- and handing it off to somebody else.

25         MR. SCHECHTER:  Your Honor, I think there is -- there is room

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  under this particular Rule for participation by local Trial Judges at

2  certain points.

3       For example, under 13.7(b) you have the right to remand the

4  case to State Trial Court to the -- to the Trial Court when pretrial

5  proceedings have been completed to such a degree that the purposes of

6  the transfer has been fulfilled and no longer apply.

7       So, the Court may say, I get the case to -- through

8  Dispositive Motions, I'm letting the Trial Court hear Daubert

9  Challenges or I'm letting the Trial Court rule on the evidentiary

10 issues.                                                          16

11      I know Judge Davidson does things in the asbestos cases in a

12 certain way that he literally packages up the case so that the Trial

13 Judge is -- you know, just literally an observer, say, for jury

14 selection.

15      But it doesn't have to be that way.  And, frankly, I'm not

16 sure that's a positive that a Trial Judge -- this is a -- this is an

17 incredibly complex case --

18      THE COURT:  Okay.

19      MR. SCHECHTER:  -- and to drop a Trial Judge in it on the day

20 of jury selection is in some senses incredibly unfair.  And we on the

21 Plaintiffs' side are amenable to different ways of looking at that,

22 but we think there should be room for involvement at the local Trial

23 Court.

24      And, further, your Honor, we want to emphasize the same point

25 that Judge Polster has been emphasizing in the Federal Court:    16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1       This is not a -- this is not Takata Airbag.  You know, an
2  individual was harmed.

3       We are talking about with pretty much everybody concedes is an
4  epidemic that's causing the deaths of tens of thousands of people
5  every year, and these cases are the means to obtain a solution to that
6  epidemic.

7       It's not finding an individual -- it is not giving money to an
8  individual Plaintiff.  It is providing a solution to a problem.

9       The longer we delay that solution --

10      THE COURT:  Don't go there, please.  I get it.

11      MR. SCHECHTER:  Yes, your Honor.

12      THE COURT:  It get it and -- Mr. Smyser?

13      MR. SMYSER:  Your Honor, the Court has previously set the
14  second case for trial in January.

15      So, whatever pre-existed or whatever is out there that is
16  clouding the January date is, from Mr. Schechter's point, seems to me
17  to apply equally to the previously-designated January trial date,
18  which the Court -- where there was not complain about originally.

19      Secondly, I have 13.6 in front of me as well.  B -- and A and:

20      "The MDL Panel may assign as Judge of the Pretrial Court any
21  active District Judge once the Judge has been assigned."

22      The Judge has been assigned by the MDL Panel.

23      "The Pretrial Court has the authority to decide in place of
24  the Trial Court all Pretrial matters in all related cases transferred
25  to the Court.  Those matters include jurisdiction, Joinder, venue,

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  Discovery, Trial Preparation, Motions to Strike Expert Witnesses, 16
2  preadmissions of exhibit and Motions in Limine."

3          THE COURT:  Where are you reading from?

4          MR. SMYSER:  Yes, sir.

5          THE COURT:  Where are you reading from?                16

6          MR. SMYSER:  I'm sorry, your Honor.

7          13.6 A and B, Authority of Pretrial Court.

8          THE COURT:  Okay.

9          MR. SMYSER:  And the 13. -- if you read that in conjunction
10  with 13.8 and 13.7, which involve the Remand of the Trial Court and 16
11  13.8 Pretrial Court orders binding in Trial Court after Remand, I
12  think it's pretty clear how the MDL Law contemplates the authority of
13  the Trial Court and how the proceedings should occur -- should occur
14  in this Court.

15          THE COURT:  Okay.  We're moving the trial date to January 19th 16
16  of the first trial, and April the 1st or the 15th -- y'all want to go
17  to trial on April Fool's Day or Tax Day?

18          MR. SCHECHTER:  15th, your Honor.

19          MR. SMYSER:  Agreed.

20          MR. GRIFFIN:  Your Honor, that's a Thursday.              16

21          Do you want to set it at the beginning of that week?

22          THE COURT:  You're right.  I'm looking at 2019.  The 15th
23  should not be a Thursday.

24          MR. GRIFFIN:  2021 April 15th is a Thursday.  So, the 12th
25  will be the Monday that week, your Honor.                      16

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1       MR. SCHECHTER:  The 12th is fine, Judge.                16

2       THE COURT:  April 12th and January 19th.

3       MR. SCHECHTER:  Your honor, in light of that, what do you want

4  to do with the DCO Deadlines here?

5       THE COURT:  Well, right now we have Discovery Deadlines    16

6  basically 60 days out on -- why don't we move that to 90 days out,

7  which would be October 19th.

8       That's the Monday.  The Expert Challenges and the Dispositive

9  Deadlines should be 30 days out.  30 days after that.  November,

10  that -- let's say Friday, November 20th.                      16

11       MR. SCHECHTER:  That is filed and heard, your Honor?

12       THE COURT:  Filed and heard.

13       What's that -- let's talk about No. 10.

14       MR. PERDUE:  So, on this -- on 10 and this -- this kind of

15  bounces off this 13.7 Rule.                                   16

16       So, that the Court is aware just by history, Judge Davidson

17  Asbestos MDL created before Rule 13.

18       Rule 13 was created by HB-4.  So, the MDL practice that we

19  have that is empowered and through the Panel that created this Court

20  and the Court's prior experience is different that Judge Davidson's  16

21  empowered because that was a Rule 11 Court that existed prior.

22       So, while the Rule -- there is a very clear mandate in the

23  Rule, right, that this Court doesn't have automatic venue authority

24  over the County from which the Court -- the Court -- the cases come.

25       What is less clear is how much or have Court can defer or do   16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  as far as Pretrial for a case that, under the Rule, has to be -- go

2  back.

3        I think, your Honor, there is a Law Review Article on this

4  topic kind of collecting practice from other states because I am not

5  sure that has ever really -- we may be crossing maybe a little bit of

6  a rubicon.  And Paragraph 10 is really getting now into the concept of

7  this Court doing more corollary to what Judge Davidson has done in

8  practice under an MDL that was created prior to 2003 versus practice

9  that may have existed which may not ever been done really in the State

10 of Texas because I don't know if the Court had a Remand out of

11 *Volkswagen* or not.

12       THE COURT:  Not in *Volkswagen*.  I had Toyota.

13       MR. PERDUE:  Toyota.  Sorry, your Honor.  But -- but --

14       THE COURT:  But the difference, the Parties agreed that I

15 would try the *GM Bellwether* Case.  So, I -- I had -- I kept that.

16       MR. PERDUE:  And that's a different situation altogether than

17 here.

18       And, so, the -- you know, this language is from the Court's

19 kind of a standard Trial DCO, and I think there is little bit more of

20 a question.  Especially, now, given that the Rule that the Court has

21 just made that.

22       I don't want to undermine kind of a distinction, but there may

23 be a difference of opinion between some of the Bellwethers Counties on

24 this particular issue.  There may be a difference of opinion among the

25 Defense side.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1    But I will just say, from Bexar County's perspective, I am not
2  sure that we can fully agree at this time to a date that whatsoever to
3  Paragraph 10.

4    THE COURT:  I will tell you what let's do with Paragraph 10:

5    We can leave it as it is right now knowing that, if this Court
6  is required to package it up, like I think it probably is, we're going
7  to do some of this work greater than seven days before the Trial
8  Setting.

9    MR. PERDUE:  That makes sense, but I just wanted to let the
10  Court understand that what, perhaps, might be a legal issue that comes
11  up down the road.

12    THE COURT:  You have got 21 days before the initial Trial
13  Setting exchanging exhibits and designating deposition testimony, and
14  then ten days before exchanging Motions in Limine and objections to
15  the deposition cuts.

16    And then seven days before confer on Stipulations and other
17  things relating to the trial.  Then the Thursday before the Trial
18  Setting, the Court hearing Motions in Liminies as well as objections
19  to the depo designations.

20    I think this Court -- this Docket Control Order is written
21  with the idea that this Court is trying the case when it comes to
22  trial, and I don't think it is written with the -- with the idea that
23  the case would be sent home for the Home Court to try.

24    So, we can do this as it is right now understanding that
25  Paragraph 10, after further review of Rule 13, may be altered at some

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   point down the road.                                          16

2          It certainly doesn't have to be altered right now, but we may

3   be looking at that sometime down the road.

4          There is one other blank on Paragraph 6, page 5, Status

5   Conference.                                                   16

6          MR. SCHECHTER:  There is one highlighting at the end of page

7   5.

8          THE COURT:  Right.  I got that.  I will get to that in just a

9   second.

10         The Status Conference?                                 16

11         MR. GRIFFIN:  Your Honor, given what you just said about

12  Paragraph 10, I think those two things are kind of in conjunction;

13  and, once we figure out the issue about which Court's trying it, I

14  think the Parties will be able to come back with -- if that gives the

15  Court more time.                                              16

16         THE COURT:  Well, and let me just say something else:

17         Once I enter this Scheduling Order, that doesn't mean Status

18  Conferences are coming to an end.

19         MR. SMYSER:  Right.

20         THE COURT:  I can assure you they are not.              16

21         MR. SCHECHTER:  Your Honor, would you like us simply to remove

22  Paragraph 6 if that solves the problem?

23         THE COURT:  Either that or put 60 days in there, which is what

24  I would anticipate anyway.

25         MR. SCHECHTER:  We will just remove it, and we can set it 16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   later.                                                        16

2        THE COURT:  Okay.  I don't think that's -- the Paragraph 6 is

3   crucial to this Order.

4        MR. SCHECHTER:  No.

5        Would you like us to remove Paragraph 10, and come back to you16

6   later with that?

7        THE COURT:  No.  You can leave that in there.  Just -- that

8   keeps reminding us that it's there, and we will have to discuss it.

9        MR. SCHECHTER:  Your Honor, with respect to the last paragraph

10  on the page 5 that bleeds over to page 6 on my printed copy, we don't

11  see the need for that.

12       MR. GRIFFIN:  And, your Honor, if I can address that issue?

13       THE COURT:  Just hold on.

14       MR. GRIFFIN:  Okay.

15       THE COURT:  Okay.                                         16

16       MR. GRIFFIN:  So, we added that because there are several

17  deadlines in here that would occur prior to a Joinder date.  We

18  currently have a November 18th Joinder date for those individuals whom

19  Defendants disclosed as Responsible -- as potential Responsible Third

20  Parties.                                                       16

21       Then Plaintiffs will have until November 18th to join those --

22  to file a Pleading joining those people and then whatever amount of

23  time that gets an Answer.

24       So, there are numerous deadlines that would run as to those

25  Defendants prior to the time they're in the case.  And, so, just as16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  matter of them not being here, this Court is going to have to figure

2  out a way to deal when they're going to have to disclose their RFD's

3  and other issues that are addressed in these -- in this Docket Control

4  Order if Plaintiffs do decide to join people at a later date.

5       MR. GRIFFIN:  Your Honor, our thought is, if that happens, we

6  can deal with the issue then.

7       THE COURT:  What is the purpose of these two lines:

8       "Deadlines Agreed to by the Parties or Ordered by the Court"?

9       I am not even sure I know what that means.

10      MR. GRIFFIN:  So, the intent was, your Honor, if a

11 newly-joined Party comes in and says -- speaks to whoever joined them

12 and says, "We can meet these deadlines," they can reach that.

13 Otherwise, maybe come back to the Court.

14      So, a newly-joined Defendant isn't in a position where their

15 deadlines have passed and they're prejudiced by the fact that they

16 didn't get joined in till a later date.

17      So, we either have to come back to the Court or the Parties

18 have to agree how those people are treated.

19      THE COURT:  Take that line out.  The Parties are represented

20 by Counsel.  Counsel knows they can come to the Court and ask for

21 relief.

22      I can't imagine someone not doing that.

23      MR. SCHECHTER:  Your Honor --

24      THE COURT:  Yes?

25      MR. SCHECHTER:  -- I know I can see you Packing up.

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1      THE COURT:  Yes.  I have several trials to deal with.     16

2      MR. SCHECHTER:  Before we leave, in light of the fact that

3  that we've got this Continuance till April, we've got two cases that

4  have been removed, can we agree that this first Docket Control Order

5  will apply just to Dallas and Bexar and that we can revisit its     16

6  application and which Counties it will at a later date - a November

7  date?

8      THE COURT:  Yes.  I don't expect this Docket Control Order to

9  control a case set in April 2021.

10      We will in all likelihood do a new Docket Control Order for 16

11  those cases with these same types of deadlines.

12      MR. GRIFFIN:  So, the -- so, one thing that we would at least

13  like, your Honor, to Joinder deadline for those cases.  So, we know

14  who is in those case.  So, we are not back here in several months

15  with -- because the current cases that with identified by the Court 16 as

16  potential Bellwethers that were moved into the Defendants' Bellwether

17  slot are Freestone and Kendall Counties.

18      If we wait --

19      THE COURT:  I'm not going to make October the 18th be a

20  Joinder Deadline on Counties that we don't even know who they are yet. 16

21      That's what for the Joiner Deadline in this Docket Control

22  Order is next Friday two weeks from now.

23      MR. GRIFFIN:  Correct.

24      And I guess it was Defendants' understanding that in in July

25  this Court picked four cases.  And, so, the last two cases were     16

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   Kendall and Freestone.                                              16

2        So, it was our understanding that those would move -- because

3   of removals, that those cases would move into the position as a

4   Defendants' --

5        THE COURT:  I don't know why you thought that because we have

6   had this discussion at the very beginning of this where we weren't --

7   we were going to table that until we -- the Plaintiffs have an

8   opportunity to move the Remand those cases that were just recently.

9        And, so, we will talk about this again in two weeks to find

10  out where the Motions are, if they've been filed yet.              16

11       MR. ISAAK:  Your Honor, a small point:

12       On the Rule -- back to the Rule 91a's, I think we kind of skip

13  over there this when we went through the deadlines.

14       MR. SCHECHTER:  I was going to say it's unclear to me exactly

15  where we were.                                                     16

16       MR. ISAAK:  Right, where we landed on that.

17       You know, this includes Plaintiffs' preposed language which

18  limits our ability to file a Rule 91a challenging a cause of action

19  that has already been brought.

20       I think Mr. Mengis said it better that I can.  We have a right

21  to file 91a as to any cause of action in a Bexar County Petition.

22       Obviously, we're mindful of the Court's prior ruling, and we

23  will definitely take that into account; but we have the ability to do

24  that.

25       I will just say make November 11th, 2019, the deadline to file

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  Rule 91a Motions.                                              16

2         MR. SCHECHTER:  Your Honor, with all due respect to my friend,

3  I think Mr. Smyser read Rule 13.6(b) talking about the authority

4  granted to the Court, and certainly C in the Case Management Provision

5  of Rule 13.6.                                                  16

6         And it gives the authority of the Court to control its Docket

7  on this case.

8         If the Court feels I have ruled on these causes of action and

9  these issues, there is no reason to allow continual, repetitive

10 hearings on the same thing requiring the Plaintiffs to file the same 16

11 Response.

12        THE COURT:  This goes back to the question raised by Mr.

13 Griffin:

14        Will you acknowledge that the ruling on the -- in the Supreme

15 Court on identical issues on facts and causes of action, will you 16

16 agree that those -- that ruling from the Supreme Court applies to

17 identical causes of action in other Petitions with the other Counties?

18        If not, they have to be allowed to file a 91a Motion.

19        MR. SCHECHTER:  So, I -- I can't speak for Bexar County, I'm

20 going to let Bexar County Counsel speak for that.              16

21        I think I can speak for Dallas County, but they have no

22 intention of adding anybody else or any causes of action.

23        And, so, Dallas is resolved.

24        THE COURT:  Dallas is resolved.  They filed that Motion.  I

25 ruled on that.  It's in Austin.                                16

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1    Dallas is not really the issue, but Bexar County appears to
2    be.

3        MR. PERDUE:  And Judge --

4        MR. SCHECHTER:  Just with respect to that in general -- and I
5    am going to let Jim talk -- a ruling from the Supreme Court that deals
6    with the same facts and the same law as a matter of law is going to
7    apply to our case.

8        If it deals -- if it reaches a different legal conclusion or
9    there are different facts, then that's for the Court; but it can all
10   be addressed in a Summary Judgment Motion.

11       I will let Mr. Perdue speak.

12       MR. PERDUE:  Mr. Deacon is officially lead Counsel for Bexar,
13   and I'm here on behalf of the PSC.  So, I don't want to get out over
14   my skies, your Honor.

15       Let them file it.  If it is repetitive with the Court, we will
16   see it.

17       THE COURT:  I think that makes more sense that anything else.

18       Did you want to say something, Mr. Deacon?

19       MR. DEACON:  Well, your Honor, what I really want to prevent
20   is another delay from the Defendants in appealing to the Court of
21   Appeals once there's a ruling on that, and then appeal to the Texas
22   Supreme Court on it.

23       And, so, for Bexar County I'm willing to agree to what your
24   Honor proposed.

25       I can't agree on -- obviously on another County, but this -

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1 this Docket Control Order is -- is just governing -- everything else

2 is stayed at the time being it just govern Bexar and Dallas County.

3          So, I'm willing to agree to that avoid that.

4          We do have one extra cause of action, which we thought we were

5 addressing that and we're going to consider to whether to nonsuit that

6 or they -- them file a 91a with respect to that one extra cause of

7 action that no one else has.

8          But I'm worried about, okay, we're going -- if we're going to

9 hear another 91a, then we're going to have another appeal to the Court

10 of Appeals and another appeal to the Supreme Court, we're going to be

11 off of -- Bexar is going to be off the Docket Control Order again like

12 everyone else.

13          So, I'm willing to make that stipulation.

14          THE COURT:  Here's the issue, though --

15          MR. DEACON:  Okay.

16          THE COURT:  -- and this is a risk they run.

17          Let's say that do file a brand new, all-encompassing Rule 91a

18 Motion against Bexar County and let's say the Court denies it and

19 let's say they take it up to the Court of Appeals and the Court of

20 Appeals stays that case and they rule as quickly as they did on the

21 previous ones and send it back and then it goes up to the Supreme

22 Court, while all that's going on, unless one of those Courts issues a

23 Stay, this case will continue .

24          The Bexar County case will continue in this Court subject only

25 to a Stay granted by a Court of Appeals with jurisdiction over this

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   Court and the Texas Supreme Court.                                16

2         And so far the Texas Supreme Court hasn't issued a Stay.   and

3   the Stay is as relates to 1st Court of Appeals, lasted for how long?

4         Two weeks?

5         MR. DEACON:  Yeah.                                          16

6         THE COURT:  And, so, I'm going to enter the Docket Control

7   Order.  It's going to be applicable to Bexar County.  And if they do

8   what you're concerned that they do, the Defendants, it's at their own

9   risk.

10        They will be cutting into their clock, so to speak.  If that's    11

11  what they decide to do, that's fine.

12        If it's not stayed by the Court, we keep working.

13        I will not Stay cases that are appealed based on a denial of

14  the 91a Motion.  I think I've already shown the Parties that that's

15  the desire of this Court.                                        16

16        MR. SCHECHTER:  Your Honor, one last matter with --

17        THE COURT:  No.  We're going to go back to November 11th and

18  figure out --

19        MR. SCHECHTER:  Yeah.  That -- I assume that I will be

20  Paragraph 1.  That is the paragraph that the Defendants have          16

21  requested, but we don't see any reason for the second sentence there:

22        "For future Bellwether Cases, 91a will be 60 days," because

23  this Docket Control Order governs two cases:

24        Bexar and Dallas.

25        And by the first sentence the Court will be setting the     17

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  deadline but --                                                      17

2          THE COURT:  I agree with that.

3          MR. PERDUE:  The first sentence ought to read:

4          "In an existing Bellwether in which a Motion has not been

5  filed."                                                              17

6          MR. SCHECHTER:  Well, I was going to say so, when we eliminate

7  the second sentence, the first sentence just needs to say:

8          "Deadline for Defendants to file a Motion under Texas Rule of

9  Civil Procedure 91a," period, the end because that's really all

10 they're looking for is the deadline by which they need to file these  17

11 new cases.

12         MR. ISAAK:  Fine with us, your Honor.

13         THE COURT:  Yeah.  Okay.

14         Anything else on the Docket Control Order.

15         MR. SCHECHTER:  Your Honor, is there any chance on the -- on   17

16 the Rule 91a Motions that we can get a stipulation that says:

17         Everything filed with respect to the initial five Bellwether

18 91a Motions by the Plaintiffs is applicable in response to any

19 Bellwether filed -- any Bellwether -- a 91a Motion filed by the

20 Defendants?                                                          17

21         That saves us from having to redo the whole thing in order to

22 have preserved our error by providing --

23         THE COURT:  Don't you want to read the Motion before you even

24 want to do something like that?

25         MR. SCHECHTER:  Well, that will be just a start that we        17

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   automatically get those to apply and then we can supplement.   17

2        THE COURT:  I don't think there's any problem with you saying

3   the "Plaintiffs' Response."

4        "See Plaintiffs' Response to Dallas County No Evidence Motion

5   for Summary Judgment."                                          17

6        MR. SCHECHTER:  Okay.  If we can adopt that without any

7   problem from the Court, we are good?

8        MR. ISAAK:  Your Honor, I think they're allowed under to Rules

9   to adopt incorporate other documents by reference.  And, if they want

10  to do that, refer to other documents, we don't have an issue with 17

11  that.

12       THE COURT:  Okay.  Are we done with the Docket Control Order?

13       MR. SCHECHTER:  I think so, Judge.

14       MR. SMYSER:  Thank you, your Honor.

15       THE COURT:  All right.  We've got a couple of other things 17

16  we've got to run through real quick.

17       I'm looking at Mr. Simon's letter of September 30th.  The

18  second thing here is the Special Appearance from Mallinckrodt; is that

19  right, Mr. McCleary?

20       MR. MCCLEARY:  Yes, your Honor.  Subject to the Special   17

21  Appearance.

22       THE COURT:  I understand.

23       I was looking at the file earlier today, and I understand

24  understand that y'all have a Rule 11 Agreement on this, correct?

25       MR. MCCLEARY:  That was submitted by Mr. Schechter, that's 17

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  correct, your Honor.  The case has been removed.                17

2         MR. SCHECHTER:  That is one of the Counties.  The case is now

3  done.  It's somebody else's problem for the moment.

4         THE COURT:  Thank you very much.

5         Nice to see you, Mr. McCleary.                           17

6         MR. MCCLEARY:  Good to see you, Judge.  Thank you.

7         THE COURT:  This Court will see you on another occasion soon.

8         MR. MCCLEARY:  Yes, sir.  Thank you.

9         THE COURT:  All right.

10        I have a Allergen's Special Appearance in Johnson County and

11  El Paso County.

12        MS. SAUCER:  For Johnson County it's been resolved by a Rule

13  11, your Honor; and I believe it is true for El Paso County.

14        MR. GALLAGHER:  We have a slightly different Rule 11

15  Agreement, but we agree as well for El Paso.                   17

16        MS. SAUCER:  It's going to be removed from the October 18th

17  Docket.

18        MR. MILLER:  That's correct, your Honor.

19        Brett Miller for Allergan PLC.  Subject to our Special

20  Appearance.                                                    17

21        I do also want to note that there are other cases in which

22  they are named Defendants have not been served.  So, I suspect this

23  issue will come up again, and I just wanted the Court to be aware of

24  it.  That it is because they have not been served.

25        THE COURT:  That is fine.  Thank you.                    17

```
                    STATUS CONFERENCE HEARING
                         OCTOBER 4, 2019
```

1          The fourth item the substitution of the County for the -- as a

2   result of McKesson's removal of Angelina County.

3          We will deal with that in the future.

4          And a ruling on the tagalong case.  I'm sorry, intended to get

5   it done by today; but I will get it done by the 18th and get y'all a

6   ruling on that.

7          Has the Court signed all Severance Orders relating to Purdue?

8          I have signed every Order I believe was submitted, but I would

9   like for somebody to make sure that we have severed Purdue out of

10  every case in which Purdue is a Defendant.

11         Who's going to take responsibility for doing that?  When we

12  get back together in two weeks, can I get some assurance from the

13  Plaintiffs' side?

14         MR. PERDUE:  The Plaintiff will confirm that in the

15  intervening time, your Honor.

16         THE COURT:  Thank you.

17         Are there any other issues that we need to discuss?

18         MS. NEIL:  Briefly, your Honor, just as a housekeeping issue:

19          As for Freestone County, the Defendants who have been added,

20  we just need their 2804 Production from the Federal, and that includes

21  all the Defendants that have been added.

22         THE COURT:  Have you asked them for it?

23         MS. NEIL:  It's in the Coordination Order.

24         I assume they know, but I'm officially asking.

25         So, I thank y'all kindly for producing these things within 30

```
                       Cynthia Martinez, CSR
                       152nd Civil District Court
                           (832) 927-2427
                         cynthiam@justex.net
```

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1   days.                                                    17

2        THE COURT:  You'll probably need to send that attorney

3   something to to that effect as well.

4        MS. NEIL:  Thank you, Judge.  I will do that on Monday.

5        THE COURT:  All right.  Thank you.  Anything else?       17

6        MR. GRIFFIN:  Your Honor, a housekeeping matter as to the

7   Manufacturers' Liaison:

8        We have a Committee that we will submit to the Court that

9   identifies who's going to be doing that role in addition to myself.

10       THE COURT:  So far you've done a fine job.              17

11       MR. SCHECHTER:  Thank you, your Honor.

12       THE COURT:  You're welcome.

13       Anything else?  Any other items?

14       So, on the 18th what are we going to cover?

15       MR. SCHECHTER:  We're going to cover -- your Honor, we're  17

16   going to try to cover the scope of the Discovery issues.

17       THE COURT:  Okay.

18       MR. SCHECHTER:  We will start meeting I assume next week to

19   see what we can hash out.

20       THE COURT:  Okay.                                       17

21       MR. GRIFFIN:  And I think the Defense Bellwether should be on

22   the --

23       THE COURT:  Right.  We can get an idea of the Defendants'

24   Bellwether case that -- those cases were removed to the Southern

25   District of Texas?                                         17

Cynthia Martinez, CSR
152nd Civil District Court
(832) 927-2427
cynthiam@justex.net

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1        MR. SCHECHTER:  Yes, your Honor.                    17

2        THE COURT:  Do you know what Court they're in?

3        MR. SCHECHTER:  I don't know what Court the -- I don't know

4   what Court Burleson County was assigned to because it was removed

5   literally at 2:00 o'clock.                              17

6        While I saw the cause number, I did not see the Judge to whom

7   it is assigned.

8        I am not sure Angelina County.

9        THE COURT:  Have they got Angelina now?

10       MR. SCHECHTER:  Last we saw, we didn't.             17

11       THE COURT:  Okay.  All right.

12       MR. MENGIS:  It's Judge Hoyt, your Honor.

13       MR. SCHECHTER:  Oh, that's right.

14       THE COURT:  Thank you.

15       MR. SCHECHTER:  That's right, yes.                  17

16       THE COURT:  Thank you.

17       I like the letter with the events -- the things that need to

18  be discussed.  So, keep that up please.

19       And is there anything else we need to talk about before we

20  adjourn?  I don't expect -- oh, go ahead, Mr. Smyser.    17

21       MR. SMYSER:  Oh, no, your Honor.  Sorry.

22       THE COURT:  Go ahead.

23       MR. SMYSER:  I don't have anything else.

24       THE COURT:  Okay.  I don't plan to do this again at 3:00

25  o'clock.  Sorry about that, but I had another hearing that was    17

STATUS CONFERENCE HEARING
OCTOBER 4, 2019

1  scheduled ahead of us.                                          17

2       So, I don't intend to keep y'all this late each time.  I know

3  that creates a problem for those of you trying to get out especially

4  after a baseball game that was at 1:00 o'clock.

5       MR. MENGIS:  What time are we -- I thought it was 2:00     17

6  o'clock.

7       THE COURT:  It is 2:00 o'clock.  Did I say 3:00 o'clock?

8       MS. NEIL:  I think your Docket you mentioned last time we were

9  here.

10       THE COURT:  Is there a particular reason we had to do this 17 in

11  exactly two weeks?

12       MS. NEIL:  Not from us.

13       MR. SCHECHTER:  Not from the Plaintiffs' sides, your Honor.

14       MR. SMYSER:  No, your Honor.

15       THE COURT:  I think we did it in two weeks with the Special 1

16  Appearance in mind?

17       MR. SCHECHTER:  Exactly, your Honor.  That was the original

18  driving factor.  I think three weeks will probably give us a little

19  more time to work on this.

20       THE COURT:  I don't have anything scheduled right now at 2:00 17

21  o'clock on October 25th.  I do have something scheduled at 2:00

22  o'clock on -- oh, I have got one case with a bunch -- you don't want

23  to do it on November 1st.

24       November 8th is real quite.

25       So, y'all want November 8th or October 25th?              17

STATUS CONFERENCE
*SEPTEMBER 20, 2019*

1          MR. PERDUE:  October 25th.                              17

2          MR. SMYSER:  Either date is fine with us.

3          THE COURT:  Sold.  October 25th.

4          MR. SCHECHTER:  Thank you, your Honor.

5          THE COURT:  October 25th, 2:00 o'clock.  Anything else?   17

6          Mr. Smyser, I think this is your Case Management Order you

7     brought up.

8          MR. SMYSER:  Thank you, your Honor.

9          THE COURT:  Okay.  Y'all have a good weekend.  Thank you.

10                    (Hearing ended)                             17

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| STATUS CONFERENCE |
| *SEPTEMBER 20, 2019* |

```
 1  STATE OF TEXAS                                                  17
 2  COUNTY OF HARRIS
 3
 4      I, Cynthia Martinez, Official Court Reporter in and for the 152nd
 5  Civil District Court of Harris, State of Texas, do hereby certify that
 6  the above and foregoing contains a true and correct transcription of
 7  all portions of evidence and other proceedings requested in writing by
 8  counsel for the parties to be included in this volume of the
 9  Reporter's Record in the above-styled and numbered cause, all of which
10  occurred in open court or in chambers and were reported by me.    17
11      I further certify that this Reporter's Record of the proceedings
12  truly and correctly reflects the exhibits, if any, offered by the
13  respective parties.
14      I further certify that the total cost for the preparation of this
15  Reporter's Record is $_____ and was paid by SMYSER, KAPLAN &    17
16  VESELKA, L.L.P.
17
18                        /s/Cynthia Martinez
19                        Cynthia Martinez, CSR
                          Texas CSR No. 6863
                          Official Court Reporter
20                        152nd Civil District Court          17
                          Harris County, Texas
21                        201 Caroline, 11th Floor
                          Houston, Texas 77002
22                        Telephone:  (832) 927-2427
                          Expiration:  04/30/2021
23
24
25
```

| Cynthia Martinez, CSR |
| 152nd Civil District Court |
| (832) 927-2427 |
| cynthiam@justex.net |

**MR. DEACON: [3]**
73/18 74/14 75/4
**MR. GALLAGHER:
[2]** 30/6 78/13
**MR. GRIFFIN: [75]**
9/18 12/1 14/18 16/4
16/12 17/6 17/15 18/1
18/13 19/3 19/7 20/11
20/14 21/1 22/7 24/14
26/23 27/10 28/19
29/15 30/14 30/18
30/20 31/17 33/6 33/9
33/14 33/18 34/2 34/4
34/14 35/9 35/13
35/18 36/11 37/5 37/8
38/7 38/10 40/4 40/6
40/8 40/10 40/25
43/1 43/12 44/3 44/6
44/13 44/15 44/18
44/21 45/16 48/17
48/21 49/2 49/4 49/10
51/11 52/22 53/13 57/9
57/16 63/19 63/23
67/10 68/11 68/13
68/15 69/4 69/9 70/11
70/22 80/5 80/20
**MR. ISAAK: [5]**
24/16 71/10 71/15
76/11 77/7
**MR. MCCLEARY:
[4]** 77/19 77/24 78/5
78/7
**MR.
MCCONNNICO: [1]**
8/11

**MR. MENGIS: [8]**
31/23 32/12 38/15
45/6 47/13 48/4 81/11
82/4
**MR. MILLER: [1]**
78/17
**MR. O'CROININ:
[1]** 8/21
**MR. PERDUE: [29]**
8/4 21/13 24/11 25/8
25/25 28/1 28/21
28/24 29/1 29/8 29/11
29/20 30/5 30/23
30/25 31/18 32/23
32/25 47/17 58/22
64/13 65/12 65/15
66/8 73/2 73/11 76/2
79/13 82/25
**MR. SCHECHTER:
[117]**
**MR. SMYSER: [30]**
8/5 9/8 10/15 11/16
13/3 13/17 16/23 24/12
37/12 46/5 46/13
46/16 53/25 55/10
55/15 56/6 57/19 58/11
62/12 63/3 63/5 63/8
63/18 67/18 77/13
81/20 81/22 82/13
83/1 83/7
**MR. SWEETEN: [1]**
8/8
**MS. HAGER: [1]**
58/10
**MS. NEIL: [6]** 15/19
79/17 79/22 80/3 82/7
82/11

**MS. SAUCER: [2]**
78/11 78/15
**MS. WELCH: [2]**
8/16 8/18
**THE COURT
BAILIFF: [2]** 7/23
58/25
**THE COURT: [221]**

**'**

**'20 [1]** 16/23

**/**

**/s/Cynthia [1]** 84/17

**0**

**0025 [1]** 2/5
**0030 [1]** 2/6
**0066 [1]** 7/19
**00784904 [1]** 2/17
**00788180 [1]** 6/9
**00797885 [1]** 5/9
**00798537 [1]** 3/12
**010 [1]** 3/13
**0102 [1]** 3/20
**04/30/2021 [1]**
84/22
**0500 [1]** 2/19
**0502 [1]** 2/20
**0545 [1]** 3/15
**06952600 [1]** 2/3
**0711 [1]** 5/12
**0712 [1]** 5/12
**07586000 [1]** 7/14

# 1

**100 [2]** 4/20 7/9
**10101 [1]** 5/17
**1031 [1]** 7/10
**10940 [1]** 4/20
**11 [4]** 64/21 77/24 78/13 78/14
**1100 [2]** 4/5 5/22
**1150 [1]** 2/4
**1160 [1]** 7/11
**11th [4]** 26/2 71/25 75/17 84/21
**12 [3]** 9/7 43/1 50/14
**12-month [1]** 50/9
**1201 [1]** 6/21
**12548 [1]** 3/13
**12th [3]** 63/24 64/1 64/2
**13 [6]** 56/25 60/15 63/9 64/17 64/18 66/25
**13.6 [5]** 60/17 62/19 63/7 72/3 72/5
**13.7 [3]** 61/3 63/10 64/15
**13.8 [2]** 63/10 63/11
**1330 [1]** 5/23
**1393700 [1]** 7/3
**1345 0300 [1]** 4/11
**13941040 [1]** 5/20
**14 [4]** 42/7 43/13 47/12 50/25
**14th [6]** 39/24 40/24 41/1 41/4 41/18 51/2
**150 million [1]** 51/14
**1507 [1]** 5/4

# 152ND [3] 1/7 84/4 84/20

**15th [4]** 63/16 63/18 63/22 63/24
**16 [1]** 50/13
**160 [1]** 41/16
**1600 [1]** 4/6
**1680 [1]** 3/21
**1717 [2]** 4/6 5/23
**17735500 [1]** 3/18
**18 [1]** 50/13
**1800 [1]** 7/4
**18638400 [1]** 7/15
**18777575 [1]** 3/3
**18th [10]** 13/11 13/11 34/12 35/9 68/18 68/21 70/19 78/16 79/5 80/14
**19 [4]** 34/8 34/10 34/13 57/20
**19th [4]** 57/19 63/15 64/2 64/7
**1:00 [1]** 82/4
**1st [3]** 63/16 75/3 82/23

# 2

**20 [3]** 15/16 27/3 43/1
**2003 [1]** 65/8
**201 [1]** 84/21
**2010 [1]** 6/4
**2018-63587 [1]** 1/3
**2019 [6]** 1/14 18/4 34/17 35/5 63/22 71/25
**2020 [6]** 10/15 35/2 47/12 47/19 52/10

**2021 [5]** 10/14 34/11 63/24 70/9 84/22
**20th [1]** 64/10
**21 [4]** 26/20 39/24 52/14 66/12
**212-3937 [1]** 5/5
**21202-1031 [1]** 7/10
**214 [6]** 2/12 2/13 5/12 5/12 6/23 6/23
**21st [6]** 40/25 41/2 41/5 41/19 47/8 53/13
**2204 [1]** 6/18
**221-2300 [1]** 3/7
**221-2320 [1]** 3/8
**222-0066 [1]** 7/19
**222-8080 [1]** 7/18
**22nd [1]** 44/16
**2300 [2]** 3/6 3/7
**2320 [1]** 3/8
**2323 [1]** 5/6
**2400 [1]** 4/14
**24004580 [1]** 2/10
**24007280 [1]** 4/19
**24012887 [1]** 3/4
**24032294 [1]** 5/3
**24036684 [1]** 4/10
**24039848 [1]** 6/20
**24051224 [1]** 4/3
**24057756 [1]** 5/16
**24079136 [1]** 6/15
**24083754 [1]** 3/5
**24083903 [1]** 6/3
**24093986 [1]** 4/12
**2427 [1]** 84/22
**2440 [1]** 7/10

**2**

**2500 [1]** 6/11
**2525 [1]** 6/12
**25th [6]** 52/14 82/21 82/25 83/1 83/3 83/5
**26 [2]** 34/5 34/6
**26th [4]** 12/2 17/17 18/4 33/16
**2740 [1]** 3/7
**276-7680 [2]** 2/12 6/23
**276-7699 [2]** 2/13 6/23
**2804 [1]** 79/20
**281 [1]** 5/18
**2905 [1]** 7/17
**29th [2]** 44/17 44/18
**2:00 [6]** 81/5 82/5 82/7 82/20 82/21 83/5

**3**

**30 [15]** 11/8 37/23 38/2 42/10 42/15 48/10 48/25 51/9 52/16 54/9 55/2 60/14 64/9 64/9 79/25
**300 [1]** 6/3
**300-page [2]** 23/24 25/4
**3000 [1]** 6/5
**3001 [1]** 6/5
**303 [1]** 4/13
**30th [1]** 77/17
**3232 [1]** 2/11
**3400 [1]** 6/22

**3902 [1]** 6/4
**3937 [1]** 5/5
**394-3000 [1]** 6/5
**394-3001 [1]** 6/5
**3:00 [2]** 81/24 82/7
**3rd [8]** 36/19 38/6 38/14 38/23 39/1 39/6 39/12 39/13

**4**

**40 [7]** 14/21 22/1 23/4 30/18 42/15 43/1 54/9
**410 [1]** 7/11
**4139 [1]** 3/14
**45 [2]** 21/24 30/20
**450 [1]** 6/10
**463-4139 [1]** 3/14
**479-0500 [1]** 2/19
**479-0502 [1]** 2/20
**4925 [1]** 5/10
**495-6338 [1]** 4/15
**495-6399 [1]** 4/15
**4th [17]** 1/14 34/19 34/22 35/5 35/8 36/13 38/10 38/13 38/19 47/15 47/19 48/12 49/8 52/10 52/13 58/6 58/7

**5**

**50 [1]** 21/24
**500-page [1]** 24/1
**512 [8]** 2/19 2/20 3/14 3/15 4/15 4/15 6/5 6/5
**520-2500 [1]** 6/11

**520-2525 [1]** 6/12
**5200 [2]** 4/21 6/17

**6**

**60 [8]** 35/23 36/8 36/11 37/4 37/6 64/6 67/23 75/22
**610 [1]** 2/11
**6111 [1]** 5/22
**622-1680 [1]** 3/21
**623-8919 [1]** 3/21
**6338 [1]** 4/15
**63587 [1]** 1/3
**6399 [1]** 4/15
**6444 [1]** 5/18
**646-1330 [1]** 5/23
**659-2204 [1]** 6/18
**659-5200 [2]** 4/21 6/17
**6810 [1]** 6/16
**6863 [1]** 84/19
**6TH [1]** 6/3

**7**

**700 [1]** 3/6
**713 [18]** 2/5 2/6 3/7 3/8 3/21 3/21 4/6 4/6 4/21 5/23 5/23 6/11 6/12 6/17 6/18 7/5 7/18 7/19
**715 [1]** 5/11
**725 [1]** 2/18
**7305 [1]** 7/5
**740 [1]** 3/20
**751-0025 [1]** 2/5
**751-0030 [1]** 2/6
**751-1600 [1]** 4/6

# 7

**751-1717 [2]** 4/6 5/23
**75204 [1]** 2/12
**75206 [1]** 5/11
**75270 [1]** 6/22
**75604 [1]** 5/5
**757-2323 [1]** 5/6
**7680 [2]** 2/12 6/23
**7699 [2]** 2/13 6/23
**77002 [2]** 4/5 84/21
**77002-2740 [1]** 3/7
**77002-6111 [1]** 5/22
**77005 [1]** 2/5
**77046-0102 [1]** 3/20
**77056 [2]** 6/11 7/5
**77064 [1]** 4/21
**77069 [1]** 6/17
**77098 [1]** 7/18
**77380 [1]** 5/17
**777 [1]** 6/10
**78701 [1]** 4/14
**78701-3902 [1]** 6/4
**78704 [1]** 2/19
**78711 [1]** 3/14

# 8

**8080 [1]** 7/18
**811 [3]** 2/18 4/4 5/21
**832 [1]** 84/22
**863-6444 [1]** 5/18
**890-0711 [1]** 5/12
**890-0712 [1]** 5/12
**8919 [1]** 3/21
**8th [2]** 82/24 82/25

# 9

**9/30 [1]** 11/8
**90 [1]** 64/6
**90-day [1]** 10/11
**903 [2]** 5/5 5/6
**91 [1]** 25/24
**91a [54]** 18/25 19/2
 19/6 19/18 19/25 20/3
 20/4 20/5 20/6 20/15
 20/23 20/24 21/3
 21/11 21/12 21/19
 21/23 22/1 22/12
 22/18 23/3 23/11
 23/24 24/11 24/25
 25/6 25/16 25/24 26/4
 26/16 27/10 27/15
 28/17 29/11 30/18
 31/23 32/5 32/6 45/22
 46/13 46/16 71/18
 71/21 72/1 72/18 74/6
 74/9 74/17 75/14
 75/22 76/9 76/16
 76/18 76/19
**91a's [2]** 19/21 71/12
**927-2427 [1]** 84/22
**936-0545 [1]** 3/15
**949-1160 [1]** 7/11
**960-7305 [1]** 7/5

# A

**a cause [1]** 28/5
**Aaron [2]** 4/12 8/12
**ability [5]** 12/18
 30/18 43/7 71/18
 71/23
**able [16]** 17/11 21/11

21/19 24/3 24/4 25/5
25/7 43/10 43/11
43/23 45/22 53/23
56/5 57/15 60/10
67/14
**about [43]** 9/16 11/18
 13/23 15/3 16/3 17/17
 17/24 20/16 21/7
 22/10 22/13 23/6 30/8
 32/5 32/20 34/9 35/19
 36/8 38/18 42/25
 44/23 45/7 45/14 46/7
 46/9 46/13 46/16
 48/21 49/14 56/20
 56/22 57/4 58/5 62/3
 62/18 64/13 67/11
 67/13 71/9 72/3 74/8
 81/19 81/25
**above [3]** 1/15 84/6
 84/9
**above-styled [1]**
 84/9
**above-titled [1]** 1/15
**Absolutely [1]** 36/4
**accept [1]** 58/12
**acceptable [1]** 41/6
**access [1]** 51/14
**accomplish [2]** 27/9
 27/10
**account [2]** 51/16
 71/23
**acknowledge [1]**
 72/14
**acknowledged [1]**
 52/23
**across [1]** 21/20

**A**

**ACTAVIS [2]** 5/7 5/7
**acted [1]** 55/12
**action [30]** 10/21
12/9 20/3 20/6 20/7
20/8 20/24 21/12
21/20 24/9 25/11
25/13 25/20 26/6
27/18 27/24 28/1 28/3
28/5 31/7 31/9 31/12
71/18 71/21 72/8 72/15
72/17 72/22 74/4 74/7
**active [2]** 44/25
62/21
**actually [4]** 14/4
14/20 35/20 52/11
**add [5]** 12/9 13/8
35/7 35/16 38/20
**added [16]** 10/20
10/22 10/24 11/6 11/7
11/9 11/19 11/20 13/5
19/19 19/21 30/22
35/6 68/16 79/19
79/21
**adding [3]** 13/14
34/25 72/22
**addition [1]** 80/9
**additional [3]** 32/9
35/5 51/19
**address [4]** 19/24
22/15 40/5 68/12
**addressed [6]** 19/18
20/4 21/8 36/12 69/3
73/10
**addresses [1]** 45/9
**addressing [3]** 24/25

**adjourn [1]** 81/20
**Administration [1]**
60/19
**Admittedly [1]** 54/14
**adopt [2]** 77/6 77/9
**advance [2]** 41/14
42/1
**afraid [1]** 45/13
**after [12]** 13/5 18/12
37/3 37/24 39/16
40/14 44/13 58/5
63/11 64/9 66/25 82/4
**afternoon [3]** 8/3
8/6 8/11
**again [9]** 21/6 31/21
38/16 42/21 58/4 71/9
74/11 78/23 81/24
**against [4]** 19/22
20/25 29/7 74/18
**ago [2]** 15/16 30/8
**agree [20]** 21/22
22/23 26/7 26/24 28/1
29/19 37/20 38/19
41/1 51/10 57/20 66/2
69/18 70/4 72/16
73/23 73/25 74/3 76/2
78/15
**agreed [12]** 9/2 9/15
16/4 23/2 35/18 36/2
39/25 41/4 44/16
63/19 65/14 69/8
**agreeing [1]** 30/9
**agreement [18]**
22/13 23/7 25/10
25/11 30/14 32/4

38/21 39/1 39/4 39/7
39/17 39/18 47/20
77/24 78/15
**agriffin [1]** 4/16
**ahead [3]** 81/20
81/22 82/1
**aimed [1]** 10/14
**Airbag [1]** 62/1
**all [71]** 8/1 8/21 8/24
14/18 16/19 16/24 22/1
22/24 23/7 23/7 23/23
24/17 26/18 27/24
28/2 29/19 31/15
31/25 32/5 32/20
36/13 36/15 37/2
38/14 38/23 39/6 39/9
40/13 40/15 40/15
41/18 42/5 42/10
44/20 45/9 45/15
46/24 47/8 47/16 48/8
48/9 48/12 49/2 49/15
49/16 52/21 54/3 54/3
54/5 54/11 55/24
56/22 56/22 58/21
59/1 62/24 62/24
70/10 72/2 73/9 74/17
74/22 76/9 77/15 78/9
79/7 79/21 80/5 81/11
84/7 84/9
**all-encompassing
[1]** 74/17
**ALLERGAN [4]** 5/7
5/7 8/20 78/19
**Allergen's [1]** 78/10
**allotted [1]** 53/11

# A

**allow [2]** 25/12 72/9
**allowed [4]** 18/9
25/6 72/18 77/8
**alone [1]** 51/8
**along [1]** 24/17
**already [19]** 19/2
20/9 20/25 21/1 21/20
22/2 23/22 25/3 25/24
26/22 32/12 32/16
32/18 41/22 54/6 59/8
59/21 71/19 75/14
**also [16]** 8/13 8/14
8/23 9/10 19/19 32/11
33/24 38/21 45/8 46/9
51/4 54/1 58/12 59/13
59/19 78/21
**altered [2]** 66/25
67/2
**Alternative [1]** 9/18
**Alternatively [1]**
60/3
**altogether [1]** 65/16
**always [1]** 10/9
**am [8]** 30/9 40/6
47/9 65/4 66/1 69/9
73/5 81/8
**amenable [1]** 61/21
**amend [3]** 12/17 13/7
13/11
**amended [4]** 12/9
12/12 13/22 13/24
**amending [1]** 13/14
**amendment [1]**
14/20
**among [2]** 53/21

**amount [3]** 43/22
46/7 68/22
**AMY [1]** 2/9
**analyze [1]** 25/12
**and I'm [1]** 28/12
**and/or [2]** 16/17
35/12
**Angelina [12]** 12/4
12/5 13/1 13/2 13/23
13/24 14/6 14/14 15/21
79/2 81/8 81/9
**ANN [1]** 5/9
**another [11]** 21/15
44/22 50/13 56/3
73/20 73/25 74/9 74/9
74/10 78/7 81/25
**answer [3]** 28/21
29/2 68/23
**anticipate [1]** 67/24
**any [32]** 12/20 13/12
19/9 20/15 20/19 21/4
23/19 25/21 26/6
26/17 26/25 32/6
34/22 35/6 36/6 41/24
42/18 47/10 49/20
52/20 62/20 71/21
72/22 75/21 76/15
76/18 76/19 77/2 77/6
79/17 80/13 84/12
**anybody [2]** 36/5
72/22
**anyone [1]** 11/19
**anything [13]** 18/8
25/4 32/17 45/11 46/14
73/17 76/14 80/5

82/20 83/5
**anyway [3]** 10/12
58/22 67/24
**appeal [3]** 73/21 74/9
74/10
**appealed [1]** 75/13
**appealing [1]** 73/20
**Appeals [10]** 19/10
24/22 26/23 54/15
73/21 74/10 74/19
74/20 74/25 75/3
**Appearance [5]**
77/18 77/21 78/10
78/20 82/16
**APPEARANCES [6]**
2/1 3/1 4/1 5/1 6/1 7/1
**appears [2]** 17/10
73/1
**Appellate [1]** 19/13
**apple [2]** 43/10 43/10
**apple-to-apple [1]**
43/10
**applicable [2]** 75/7
76/18
**application [1]** 70/6
**applies [3]** 27/6
29/19 72/16
**apply [12]** 19/22
26/20 27/5 27/15
27/19 27/21 27/25
61/6 62/17 70/5 73/7
77/1
**appointed [1]** 60/22
**appreciate [1]** 37/15
**appreciates [1]**

# A

**appreciates... [1]** 37/16

**appropriate [1]** 23/19

**appropriately [1]** 30/2

**April [17]** 35/2 36/19 37/11 37/23 38/5 38/14 38/23 39/1 39/6 39/12 39/13 63/16 63/17 63/24 64/2 70/3 70/9

**April 15th [1]** 63/24

**April 3 [1]** 35/2

**April 3rd [2]** 36/19 38/14

**ARCOS [1]** 36/18

**are [124]**

**areas [1]** 9/14

**aren't [1]** 46/5

**argued [1]** 32/18

**arguing [1]** 39/2

**argument [11]** 24/21 24/22 24/22 24/23 28/10 28/14 28/18 29/24 29/25 31/8 47/6

**arguments [4]** 26/17 27/4 27/17 31/21

**arise [1]** 49/19

**around [2]** 46/10 59/15

**arrangement [1]** 34/20

**Article [1]** 65/3

**artificial [1]** 39/11

**as [96]**

**asbestos [3]** 57/4 61/11 64/17

**ASHER [1]** 4/10

**aside [1]** 10/8

**ask [3]** 16/10 42/17 69/20

**asked [9]** 23/12 35/13 37/22 43/20 44/7 54/14 54/18 58/15 79/22

**asking [8]** 21/5 21/9 21/11 29/18 30/13 36/1 44/2 79/24

**asserted [4]** 15/5 15/5 19/9 27/24

**assign [1]** 62/20

**assigned [4]** 62/21 62/22 81/4 81/7

**assistance [1]** 60/2

**assume [3]** 75/19 79/24 80/18

**assurance [1]** 79/12

**assure [2]** 46/17 67/20

**Astros [1]** 58/22

**attachments [1]** 23/25

**attorney [2]** 3/12 80/2

**Attorneys [1]** 8/18

**August [15]** 36/24 37/5 39/24 39/24 41/4 41/5 41/18 41/19 42/5 44/21 47/8 50/25 51/2 52/25 53/12

**August 14 [1]** 50/25

**August 14th [2]** 41/4 41/18

**August 21 [1]** 39/24

**August 21st [2]** 41/5 41/19

**Austin [5]** 2/19 3/14 4/14 6/4 72/25

**authority [7]** 14/25 62/23 63/7 63/12 64/23 72/3 72/6

**automatic [1]** 64/23

**automatically [2]** 27/25 77/1

**available [2]** 14/23 60/6

**Avenue [2]** 2/11 5/10

**avoid [2]** 20/13 74/3

**aware [4]** 35/6 38/14 64/16 78/23

**away [3]** 14/15 27/23 54/18

# B

**baby [1]** 37/21

**back [28]** 10/9 17/3 17/3 26/4 26/7 31/16 43/15 43/20 45/25 46/10 50/23 51/8 53/7 54/18 56/1 58/10 60/9 65/2 67/14 68/5 69/13 69/17 70/14 71/12 72/12 74/21 75/17 79/12

**BAKER [1]** 4/4

**BAKERHOSTETLER [1]** 5/21

# B

**bakerlaw.com [2]**
 4/7 5/24
**ball [1]** 54/12
**Baltimore [1]** 7/10
**Bankruptcy [1]**
 55/13
**BARTLETT [1]** 2/10
**Barton [1]** 2/18
**baseball [1]** 82/4
**based [2]** 29/20
 75/13
**bases [1]** 24/19
**basically [3]** 44/20
 50/8 64/6
**basis [7]** 14/16 20/21
 24/18 25/21 27/16
 29/23 49/18
**be [161]**
**BEARD [1]** 5/15
**because [51]** 15/6
 19/14 19/25 20/6
 23/19 27/2 27/6 27/15
 30/19 32/5 32/17
 32/21 33/15 33/20
 35/5 36/9 36/13 36/17
 36/22 37/3 38/18
 40/11 43/2 43/13
 43/23 45/21 46/22
 47/20 47/25 48/10
 51/19 52/13 53/4 53/8
 53/17 56/4 56/6 56/18
 57/11 57/14 64/21 65/4
 65/10 68/16 70/15
 71/2 71/5 75/22 76/9
 78/24 81/4

**becomes [1]** 35/1
**been [48]** 9/15 11/9
 12/9 12/12 13/22 14/4
 14/6 15/14 19/19 19/20
 20/4 20/9 20/16
 20/25 21/8 21/10
 21/12 21/15 21/20
 22/24 23/1 23/8 24/8
 25/17 26/23 29/20
 32/12 38/7 47/6 53/17
 59/21 59/24 61/5 61/6
 61/25 62/21 62/22
 65/9 70/4 71/10 71/19
 76/4 78/1 78/12 78/22
 78/24 79/19 79/21
**before [36]** 1/15 11/8
 14/14 16/9 21/4 21/5
 21/8 21/10 23/13
 24/21 24/22 24/23
 27/23 31/22 35/23
 37/4 37/6 37/23 42/10
 42/16 43/1 43/9 48/25
 52/17 53/6 54/24
 56/19 64/17 66/7
 66/12 66/14 66/16
 66/17 70/2 76/23
 81/19
**begin [2]** 36/9 51/24
**beginning [2]** 63/21
 71/6
**behalf [2]** 31/4 73/13
**behind [1]** 54/12
**being [11]** 10/21 15/4
 15/5 15/21 22/19 22/21
 25/11 47/24 54/18
 69/1 74/2

**believe [8]** 17/10
 18/15 23/1 23/3 39/4
 51/23 78/13 79/8
**Bellwether [26]** 9/17
 9/18 10/21 11/13 11/21
 13/3 14/24 16/6 16/21
 16/22 17/14 17/21
 17/25 18/24 23/6
 23/11 23/21 65/15
 70/16 75/22 76/4
 76/17 76/19 76/19
 80/21 80/24
**Bellwether Case [1]**
 9/18
**Bellwether-selection
[1]** 16/6
**Bellwethers [5]** 9/22
 11/4 16/19 65/23 70/16
**benches [1]** 58/10
**benefit [5]** 34/24
 35/12 36/15 49/9
 49/10
**best [4]** 26/13 48/4
 53/11 59/13
**better [1]** 71/20
**between [5]** 10/12
 43/17 43/22 51/5
 65/23
**Bexar [30]** 11/19
 12/21 12/24 16/17 19/9
 24/10 24/17 25/12
 26/9 26/11 27/1 27/19
 31/4 31/13 58/15 60/4
 66/1 70/5 71/21 72/19
 72/20 73/1 73/12
 73/23 74/2 74/11

# B

**Bexar… [4]** 74/18
74/24 75/7 75/24
**Bexar's [1]** 28/14
**bicycle [1]** 11/14
**big [1]** 50/11
**bigger [1]** 27/8
**biggest [1]** 37/1
**Bill [1]** 5/4
**binding [2]** 30/10
63/11
**binds [1]** 30/14
**Bissonnet [1]** 2/4
**bit [2]** 65/5 65/19
**blank [1]** 67/4
**bleeds [1]** 68/10
**board [1]** 21/20
**bolster [2]** 43/5
43/25
**both [8]** 9/21 10/6
12/5 14/14 14/17 19/10
19/13 54/21
**Boulevard [1]** 6/10
**bounces [1]** 64/15
**Box [1]** 3/13
**BOYD [1]** 7/15
**brand [1]** 74/17
**Break [1]** 58/25
**Brett [1]** 78/19
**BRIAN [1]** 5/15
**Briefly [1]** 79/18
**briefs [1]** 25/4
**BRIGGS [1]** 2/4
**bring [1]** 30/25
**bringing [1]** 10/23
**brought [5]** 9/10

27/1 56/9 71/19 83/7
**bunch [4]** 27/3 32/3
55/22 82/22
**burden [1]** 48/9
**Burleson [9]** 11/5
11/5 12/4 12/5 14/7
14/8 14/14 15/15 81/4
**button [1]** 41/23
**buttons [1]** 46/11

# C

**calendar [1]** 33/23
**call [1]** 33/22
**calling [1]** 51/25
**came [2]** 1/14 11/8
**can [59]** 9/11 10/8
10/9 16/10 16/18 17/18
20/24 22/3 27/9 27/10
27/11 28/1 29/5 32/8
33/11 40/14 41/14
42/8 42/20 44/25
46/17 48/4 51/24 52/1
52/3 52/14 53/11 55/17
58/7 58/20 59/6 59/18
60/2 60/13 60/13
64/25 66/2 66/5
66/24 67/20 67/25
68/7 68/12 69/6 69/12
69/12 69/20 69/25
70/4 70/5 71/20 72/21
73/9 76/16 77/1 77/6
79/12 80/19 80/23
**can't [15]** 22/12 24/6
27/10 27/14 29/23
30/25 37/2 37/20 39/9
47/5 52/9 53/12 69/22
72/19 73/25

**cannot [2]** 29/2 57/1
**capable [1]** 56/17
**capture [1]** 28/9
**CARDINAL [3]** 4/7
31/24 38/16
**Caroline [1]** 84/21
**CARTER [1]** 2/9
**case [69]** 1/5 9/17
9/18 10/4 10/20 11/3
11/10 11/12 11/20 12/11
12/13 12/16 13/1 13/2
13/6 16/17 16/21 16/22
17/10 18/16 19/10
19/11 23/4 23/25
25/16 25/24 26/21
31/12 31/15 35/6 37/16
50/8 50/11 50/11
50/14 53/19 55/7
56/18 57/7 58/8 59/10
59/14 59/18 59/20
61/4 61/7 61/12 61/17
62/14 65/1 65/15
66/21 66/23 68/25
70/9 70/14 72/4 72/7
73/7 74/20 74/23
74/24 78/1 78/2 79/4
79/10 80/24 82/22
83/6
**cases [66]** 9/22 10/5
10/13 10/19 10/19
10/22 10/24 11/15
11/20 12/18 12/21
12/24 14/19 14/21
14/23 14/23 15/24
16/15 16/16 16/16
16/18 17/19 17/21

Case TXS/4:19-cv-08592 Document 7-42 Filed 10/20/19 Page 95 of 131

# C

**cases... [43]** 17/25 18/6 18/13 18/16 19/7 23/3 23/6 23/8 23/10 23/11 23/12 23/16 23/16 23/21 23/21 27/1 29/14 29/18 29/19 30/18 30/20 33/25 34/2 42/18 59/12 61/11 62/5 62/24 64/24 70/3 70/11 70/13 70/15 70/25 70/25 71/3 71/8 75/13 75/22 75/23 76/11 78/21 80/24

**causation [1]** 53/5

**cause [22]** 1/3 1/15 12/9 20/3 20/5 21/20 25/10 25/12 25/19 26/6 28/3 28/5 31/7 31/9 31/11 31/12 71/18 71/21 74/4 74/6 81/6 84/9

**causes [13]** 10/21 20/7 20/8 20/24 21/12 24/9 27/18 27/24 28/1 72/8 72/15 72/17 72/22

**causing [1]** 62/4

**certain [2]** 61/2 61/12

**certainly [2]** 67/2 72/4

**certify [3]** 84/5 84/11 84/14

**challenge [13]** 20/8 40/18 42/7 42/7 42/11 43/3 43/5 43/8 43/12 43/25 46/25 48/15 48/17

**challenges [29]** 18/25 19/2 20/15 20/20 25/5 25/8 40/14 41/12 41/16 42/9 42/13 42/15 42/19 43/1 43/9 43/9 45/10 45/15 47/1 47/2 48/14 49/2 53/4 55/21 56/21 57/2 57/2 61/9 64/8

**challenging [2]** 42/14 71/18

**chambers [1]** 84/10

**chance [2]** 37/25 76/15

**chapter [1]** 52/1

**chase [1]** 51/25

**choices [2]** 9/23 9/24

**choose [1]** 11/12

**chose [2]** 11/5 11/5

**chosen [2]** 11/4 13/6

**circumstances [1]** 48/4

**Civil [3]** 76/9 84/5 84/20

**claim [17]** 13/14 19/9 19/14 19/17 25/17 25/18 26/14 26/25 27/23 29/7 29/10 29/14 29/14 29/20 29/23 31/6 31/13

**claims [13]** 10/23 12/23 13/8 13/11 13/14 13/15 15/4 19/22 24/7 24/18 24/19 24/20 24/25

**clarification [1]** 30/13

**clarify [2]** 13/1 33/7

**clear [4]** 22/8 63/12 64/22 64/25

**clearly [1]** 57/1

**clock [2]** 23/20 75/10

**close [13]** 9/6 25/11 35/23 37/6 39/23 40/14 41/4 41/10 44/23 47/8 50/25 52/25 53/12

**closed [1]** 51/7

**closes [1]** 51/8

**Closing [1]** 40/24

**clouding [1]** 62/16

**CMO [5]** 35/22 35/22 37/14 37/18 39/5

**cocroinin [1]** 7/11

**coffee [1]** 46/10

**COHAN [1]** 6/2

**collecting [1]** 65/4

**Collins [2]** 4/12 8/12

**Colorado [1]** 4/13

**come [21]** 8/1 10/9 22/12 26/17 26/18 27/2 31/16 32/2 43/20 46/4 46/11 47/1 52/3 53/11 64/24 67/14 68/5 69/13 69/17 69/20 78/23

**comes [5]** 33/6 47/3 66/10 66/21 69/11
**coming [6]** 37/13 40/22 42/15 52/21 58/10 67/18
**Committee [1]** 80/8
**complain [1]** 62/18
**completed [1]** 61/5
**completely [1]** 21/22
**complex [1]** 61/17
**components [1]** 60/7
**compressed [1]** 54/17
**compressing [1]** 55/22
**compromise [4]** 31/15 31/16 51/11 51/12
**computer [1]** 41/22
**computerized [1]** 1/18
**concedes [1]** 62/3
**concept [1]** 65/6
**concern [5]** 16/13 16/19 18/20 21/7 55/13
**concerned [3]** 45/7 45/16 75/8
**concerns [2]** 34/19 45/17
**concluded [1]** 34/24
**conclusion [1]** 73/8
**concrete [1]** 26/3
**conducting [1]** 16/20
**confer [2]** 11/7 66/16
**conference [5]** 1/11

**conferences [2]** 11/7 67/18
**confirm [1]** 79/14
**conflict [1]** 59/16
**conflicts [1]** 56/6
**confronted [1]** 31/20
**confused [1]** 47/9
**confusion [1]** 20/22
**conjunction [2]** 63/9 67/12
**CONOR [2]** 7/8 8/22
**consider [7]** 17/15 22/4 36/5 37/25 55/19 56/3 74/5
**consideration [3]** 27/19 27/20 47/24
**considered [4]** 21/12 21/21 29/11 32/16
**considering [5]** 56/1 56/1 56/16 56/17 57/19
**construction [1]** 15/20
**CONSUMER [1]** 3/13
**contains [1]** 84/6
**contemplates [1]** 63/12
**continual [1]** 72/9
**Continuance [5]** 36/10 53/8 59/8 59/9 70/3
**continue [5]** 9/11 11/2 12/17 74/23 74/24
**continuing [1]** 13/7
**control [23]** 8/25 9/2 10/14 11/22 13/10

66/20 69/3 70/4 70/8 70/9 70/10 70/21 72/6 74/1 74/11 75/6 75/23 76/14 77/12
**controls [1]** 26/25
**convenient [1]** 46/2
**conversation [2]** 57/3 59/5
**conversations [1]** 57/6
**coordinate [3]** 34/2 45/25 60/5
**coordinating [1]** 45/18
**Coordination [1]** 79/23
**COPELAND [1]** 2/4
**copy [4]** 9/8 9/9 9/10 68/10
**corollary [1]** 65/7
**CORPORATION [1]** 3/9
**correct [14]** 13/17 18/11 29/8 29/12 32/14 38/7 38/8 40/6 40/7 70/23 77/24 78/1 78/18 84/6
**correctly [1]** 84/12
**cost [1]** 84/14
**could [9]** 21/3 22/18 32/4 37/13 44/7 46/6 47/6 51/7 54/23
**couldn't [2]** 56/2 56/4
**counsel [24]** 2/7

# C

**counsel... [23]** 2/14
2/21 3/9 3/16 3/22 4/7
4/22 5/7 5/13 5/24
6/13 7/6 7/12 7/20
8/20 8/23 19/8 19/15
69/20 69/20 72/20
73/12 84/8
**Counsel's [1]** 45/18
**counties [31]** 2/7
2/14 2/21 7/20 11/25
12/7 13/15 13/16 15/4
15/5 15/8 15/25 16/6
16/9 17/1 19/17 21/7
21/24 22/2 24/5 24/10
27/8 27/22 29/8 55/2
65/23 70/6 70/17
70/20 72/17 78/2
**country [1]** 59/15
**COUNTY [59]** 1/6
1/17 3/22 5/13 11/19
11/19 12/21 12/21
12/23 12/24 13/1 13/2
14/6 14/21 15/11 15/15
15/21 19/9 24/10
24/14 24/16 24/17
25/8 25/9 26/10 26/11
27/1 27/7 27/7 28/13
37/1 54/9 55/1 58/15
60/4 64/24 71/21
72/19 72/20 72/21
73/1 73/23 73/25 74/2
74/18 74/24 75/7 77/4
78/10 78/11 78/12
78/13 79/1 79/2 79/19
81/4 81/8 84/2 84/20

**County's [2]** 19/9
66/1
**couple [3]** 50/24
59/6 77/15
**course [4]** 25/2 29/3
40/23 57/9
**court [179]**
**Court enters [1]**
17/22
**Court's [16]** 16/11
21/4 22/4 23/18 25/2
27/19 27/20 33/5 46/7
47/25 48/16 57/12
64/20 65/18 67/13
71/22
**courtroom [3]** 8/14
8/20 8/23
**Courts [2]** 60/14
74/22
**cover [4]** 16/14 80/14
80/15 80/16
**covered [1]** 39/5
**CRAIG [1]** 3/2
**cram [1]** 42/10
**created [5]** 17/11
64/17 64/18 64/19
65/8
**creates [1]** 82/3
**Creek [1]** 6/16
**crossing [1]** 65/5
**crucial [1]** 68/3
**CRYSTAL [1]** 3/4
**CSR [2]** 84/18 84/19
**cup [1]** 46/10
**current [3]** 13/10
37/7 70/15

**currently [2]** 57/11
68/18
**custody [1]** 54/6
**cut [1]** 51/25
**cut-to-the [1]** 51/25
**cuts [2]** 56/23 66/15
**cutting [1]** 75/10
**CVS [3]** 7/12 8/22
15/12
**Cynthia [3]** 84/4
84/17 84/18
**Cypress [1]** 6/16

# D

**Dallas [20]** 2/12 5/11
6/22 11/19 12/21 12/23
16/17 24/14 24/16
28/15 37/1 60/4 70/5
72/21 72/23 72/24
73/1 74/2 75/24 77/4
**damages [1]** 40/21
**DARA [1]** 4/18
**Dara.Hegar [1]** 4/22
**Database [1]** 36/18
**date [34]** 18/10 22/16
33/16 33/16 35/8 35/9
35/24 36/1 36/2 36/13
37/10 38/15 40/17
40/18 40/24 41/3 44/9
47/12 49/5 49/6 52/22
55/18 59/5 62/16
62/17 63/15 66/2
68/17 68/18 69/4
69/16 70/6 70/7 83/2
**dates [5]** 33/14 41/7
44/25 49/12 60/9
**Daubert [17]** 40/12

Case TXS/4:19-cv-00090 Document 74-12 Filed 10/24/19 Page 98 of 131

**Daubert... [16]**
40/13 40/16 40/20
40/21 40/21 41/2 41/5
42/2 45/9 46/22
46/23 46/25 47/1
47/19 48/13 61/8
**Daubert-Challenge
[1]** 40/12
**Dauberts [1]** 43/3
**DAVID [2]** 3/3 58/17
**Davidson [4]** 57/3
61/11 64/16 65/7
**Davidson's [1]** 64/20
**day [12]** 1/14 10/11
13/2 36/19 39/3 39/10
40/21 40/21 47/2
61/19 63/17 63/17
**days [40]** 26/20 27/3
35/23 36/8 36/11 37/4
37/6 37/23 38/2 40/17
40/18 40/20 42/7
42/10 42/15 42/15
43/1 43/13 44/8 44/9
44/13 47/3 47/12
48/10 48/25 51/9
52/14 52/16 60/14
64/6 64/6 64/9 64/9
66/7 66/12 66/14
66/16 67/23 75/22
80/1
**DCO [8]** 16/14 17/17
17/22 17/24 18/3 18/16
64/4 65/19
**Deacon [3]** 31/4
73/12 73/18

**deadline [37]** 14/20
18/25 20/13 20/14
20/19 22/14 22/17
26/2 26/5 32/5 32/10
32/20 36/2 36/23 37/3
37/23 37/24 38/19
39/3 39/4 41/11 41/19
45/5 45/8 46/3 46/21
47/15 50/3 51/8 54/18
70/13 70/20 70/21
71/25 76/1 76/8 76/10
**deadlines [19]** 17/21
17/23 18/21 18/24
18/24 22/12 32/7
38/11 39/19 64/4 64/5
64/9 68/17 68/24
69/8 69/12 69/15
70/11 71/13
**deal [7]** 33/4 33/6
60/6 69/2 69/6 70/1
79/3
**dealer [1]** 37/1
**dealers [1]** 36/20
**dealing [3]** 17/23
55/1 55/1
**deals [3]** 36/20 73/5
73/8
**dealt [3]** 23/11 57/4
59/21
**deaths [1]** 62/4
**December [2]** 56/4
60/10
**dechert.com [1]** 6/6
**decide [3]** 62/23
69/4 75/11
**decision [4]** 47/4

**decisions [2]** 45/14
59/24
**Defendant [5]** 11/7
20/20 32/6 69/14
79/10
**DEFENDANTS [49]**
5/24 7/6 7/12 9/21
10/18 10/20 10/24
11/21 12/10 12/12
12/13 12/14 12/18
12/20 13/12 14/24
19/19 19/20 19/22
20/25 21/1 25/13
28/18 30/17 32/22
33/5 34/21 37/10
38/12 41/19 48/9 51/4
51/5 51/9 52/3 53/21
54/6 57/24 58/2 68/19
68/25 73/20 75/8
75/20 76/8 76/20
78/22 79/19 79/21
**Defendants' [16]**
15/25 16/7 16/16 17/7
26/4 34/14 35/23
48/18 49/5 49/16
51/10 60/12 70/16
70/24 71/4 80/23
**Defense [2]** 65/25
80/21
**defer [2]** 16/11 64/25
**defined [2]** 29/22
30/2
**definitely [2]** 47/23
71/23
**degree [1]** 61/5

# D

**delay [6]** 10/12 57/23 58/1 58/13 62/9 73/20
**delayed [1]** 16/2
**denial [1]** 75/13
**denies [1]** 74/18
**depending [1]** 43/22
**depends [1]** 53/14
**depo [2]** 57/12 66/19
**depose [7]** 43/18 43/18 43/18 54/10 54/25 55/3 55/5
**deposed [4]** 49/16 49/17 54/5 55/2
**deposition [13]** 36/25 40/17 42/8 43/14 43/21 44/8 44/9 47/13 49/7 49/12 56/23 66/13 66/15
**depositions [17]** 42/4 42/5 43/22 43/24 44/15 44/18 44/21 45/1 45/3 53/1 53/7 53/16 53/24 54/3 54/4 54/7 58/5
**described [1]** 38/9
**designate [11]** 10/21 34/21 35/2 35/20 35/24 36/3 36/6 37/2 38/5 38/15 39/9
**designated [6]** 11/21 38/1 38/7 51/13 53/17 62/17
**designating [2]** 38/25 66/13
**designation [4]**

38/22 39/3 39/19
39/20
**designations [4]** 34/19 54/24 57/13 66/19
**desire [2]** 32/11 75/15
**detail [2]** 38/10 39/19
**determine [1]** 32/19
**developing [1]** 59/18
**did [13]** 25/20 31/4 32/25 33/2 33/2 40/2 45/22 51/10 73/18 74/20 81/6 82/7 82/15
**didn't [8]** 11/9 30/6 30/8 31/3 41/1 41/4 69/16 81/10
**difference [3]** 65/14 65/23 65/24
**different [35]** 19/11 19/22 20/17 20/18 24/18 24/19 24/20 24/24 26/12 27/4 27/6 27/16 27/18 28/8 28/15 30/12 31/6 31/7 31/8 31/10 31/10 31/11 31/12 32/3 33/25 41/7 45/21 49/20 60/3 61/21 64/20 65/16 73/8 73/9 78/14
**differently [1]** 30/11
**difficult [1]** 45/20
**digest [1]** 51/20
**disagreeing [1]** 21/17
**disclose [6]** 34/22 38/13 38/14 39/10

**disclosed [5]** 13/12 36/16 38/25 39/19 68/19
**Disclosure [6]** 35/4 35/8 37/3 38/22 38/22 39/3
**Discovery [29]** 16/15 16/20 17/18 17/20 17/20 35/23 36/7 36/22 36/23 37/6 39/16 39/23 40/14 41/4 41/10 41/18 44/23 47/8 51/1 51/8 51/25 52/3 52/4 52/25 53/12 60/11 63/1 64/5 80/16
**discuss [2]** 68/8 79/17
**discussed [4]** 15/2 19/15 53/16 81/18
**discussion [7]** 16/8 17/17 19/8 20/16 30/22 44/22 71/6
**dismisses [1]** 26/25
**Dispositive [9]** 41/11 41/20 49/1 50/3 50/23 52/20 59/20 61/8 64/8
**dispute [1]** 9/14
**distill [1]** 51/20
**distinction [3]** 28/19 39/11 65/22
**distinguish [2]** 28/12 29/24
**distribution [3]** 3/9

Case TXS/4:19-cv-03530 Document 141-2 filed 10/29/19 Page 100 of 131

**distribution... [2]**
15/7 15/9

**Distributor [1]**
45/23

**Distributors [4]**
20/18 34/23 36/15
53/20

**DISTRICT [6]** 1/5
1/7 62/21 80/25 84/5
84/20

**DIVISION [1]** 3/13

**do [72]** 8/15 9/7 11/9
11/25 12/16 14/13
15/25 18/10 22/3
23/18 25/5 25/6 28/23
29/4 29/6 30/1 30/1
31/19 32/17 32/19
34/22 35/2 36/7 38/3
38/19 41/3 42/19
43/13 44/8 44/15
45/13 45/14 45/22
48/10 48/14 49/18
50/12 51/2 51/24
53/10 56/9 56/13
56/15 57/8 58/4 58/12
60/22 63/21 64/3 64/4
64/25 66/4 66/7
66/24 69/4 70/10
71/23 74/4 74/17 75/7
75/8 75/11 76/24 77/10
78/21 80/4 81/2 81/24
82/10 82/21 82/23
84/5

**Docket [26]** 8/25 9/2
10/12 10/12 10/14

18/10 16/11 18/6 23/1
30/10 45/12 48/6 58/19
45/8 50/9 66/20 69/3
70/4 70/8 70/10 70/21
72/6 74/1 74/11 75/6
75/23 76/14 77/12
78/17 82/8

**Document [1]** 60/9

**documents [4]** 51/14
51/15 77/9 77/10

**does [6]** 17/8 18/18
27/22 28/5 42/11 61/11

**doesn't [11]** 27/15
28/13 45/11 49/19 51/2
52/25 57/25 61/15
64/23 67/2 67/17

**dog [1]** 30/7

**doing [15]** 16/15 18/9
25/23 33/21 41/24
42/24 43/3 46/18
47/23 57/12 60/22
65/7 69/22 79/11 80/9

**don't [77]** 10/2 10/6
11/11 12/10 12/15 12/15
14/4 14/16 14/25 17/15
18/7 20/9 20/19 21/9
22/3 22/23 23/1 23/3
23/18 23/19 23/24
24/9 25/3 25/15 27/2
28/12 28/22 29/3
29/25 30/7 30/17 31/1
31/2 31/16 34/21 36/21
36/24 37/25 37/25
38/4 39/4 39/8 43/17
46/9 46/22 47/22
47/22 49/20 51/16
53/1 55/14 58/18

58/18 60/21 62/10
64/6 65/10 65/22
66/22 68/2 68/10
70/8 70/20 71/5 73/13
75/21 76/23 77/2
77/10 81/3 81/3 81/20
81/23 81/24 82/2
82/20 82/22

**done [19]** 15/17 32/12
36/7 42/1 42/20 42/23
45/15 50/14 54/13
56/17 58/8 58/8 65/7
65/9 77/12 78/3 79/5
79/5 80/10

**Donna [3]** 7/23 8/17
8/19

**double [1]** 53/24

**DOUGLASS [1]** 4/13

**down [7]** 42/17 52/2
58/6 58/16 66/11 67/1
67/3

**dozens [4]** 45/2
53/17 53/21 54/9

**draft [1]** 15/22

**Drive [1]** 5/17

**driving [1]** 82/18

**drop [2]** 44/2 61/19

**drug [1]** 36/20

**DTPA [5]** 19/14 19/16
26/14 31/6 31/13

**due [7]** 28/2 31/25
47/10 51/12 54/25
57/23 72/2

**dump [1]** 42/5

**dumped [1]** 46/8

**dumping [4]** 42/24

# D

**dumping... [3]** 42/25 45/12 49/22
**duplicated [1]** 32/12
**duplicates [1]** 22/2
**during [1]** 57/9

# E

**E-mail [19]** 2/6 2/13 2/20 3/8 3/15 3/22 4/7 4/16 4/22 5/6 5/13 5/24 6/6 6/12 6/18 6/24 7/6 7/11 7/19
**each [3]** 20/20 54/9 82/2
**earlier [6]** 48/6 53/12 53/14 60/10 60/11 77/23
**earliest [1]** 52/14
**early [1]** 59/17
**easier [2]** 42/23 55/17
**East [1]** 7/9
**easy [1]** 55/19
**effect [2]** 11/22 80/3
**effort [2]** 46/19 56/6
**eight [1]** 54/12
**either [6]** 10/7 12/12 14/16 67/23 69/17 83/2
**El [3]** 78/11 78/13 78/15
**element [1]** 31/11
**eliminate [1]** 76/6
**Ellis [1]** 8/19
**Elm [1]** 6/21

**else [15]** 46/14 56/19 60/24 67/16 72/22 73/17 74/1 74/7 74/12 76/14 80/5 80/13 81/19 81/23 83/5
**else's [1]** 78/3
**embracing [1]** 28/18
**emphasize [1]** 61/24
**emphasizing [1]** 61/25
**empowered [2]** 64/19 64/21
**encompassing [1]** 74/17
**end [16]** 33/25 34/2 39/15 39/22 42/5 46/24 47/2 49/8 53/1 56/18 59/19 59/20 60/1 67/6 67/18 76/9
**end-of-case-issues [1]** 59/20
**ended [1]** 83/10
**ENDO [2]** 12/14 45/24
**ends [1]** 41/18
**enough [1]** 28/14
**ensures [1]** 46/21
**enter [2]** 67/17 75/6
**entered [2]** 10/12 18/12
**entering [2]** 17/25 18/16
**enters [3]** 8/2 17/22 59/2
**entertain [1]** 26/9
**entertaining [1]**

**entire [2]** 28/9 31/20
**Entities [3]** 34/25 35/12 35/17
**entitled [3]** 24/25 27/19 47/25
**entity [3]** 6/13 15/8 38/20
**epidemic [2]** 62/4 62/6
**equally [1]** 62/17
**error [10]** 21/7 21/24 22/5 22/9 22/15 24/4 24/6 25/16 25/22 76/22
**error-preservation [1]** 22/9
**especially [3]** 26/12 65/20 82/3
**essentially [1]** 13/17
**euphemistically [1]** 51/25
**even [12]** 28/7 37/25 40/17 44/12 48/21 53/24 55/25 56/1 58/18 69/9 70/20 76/23
**events [1]** 81/17
**ever [3]** 58/5 65/5 65/9
**every [14]** 10/20 11/3 11/12 21/20 22/6 24/1 38/25 46/21 47/2 54/17 54/17 62/5 79/8 79/10
**everybody [8]** 8/3

**E**

**everybody... [7]** 8/4 14/22 30/14 36/17 37/16 55/23 62/3
**everybody's [1]** 48/16
**everyone [4]** 26/21 30/9 59/3 74/12
**everyone's [1]** 46/19
**everything [9]** 39/10 44/3 48/10 49/22 50/22 56/19 58/8 74/1 76/17
**evidence [5]** 25/18 41/21 41/25 77/4 84/7
**evidentiary [1]** 61/9
**exact [3]** 22/3 26/11 39/3
**exactly [7]** 11/23 48/7 57/16 57/18 71/14 82/11 82/17
**examplars [1]** 23/11
**example [1]** 61/3
**except [2]** 21/6 49/7
**exception [1]** 11/3
**exchanging [2]** 66/13 66/14
**exclude [1]** 47/10
**excluding [1]** 42/18
**excuse [1]** 58/6
**exhibit [1]** 63/2
**exhibits [4]** 56/22 58/5 66/13 84/12
**exist [1]** 28/5
**existed [3]** 62/15 64/21 65/9

**existing [1]** 76/4
**expect [3]** 15/19 70/8 81/20
**expectation [3]** 40/19 43/19 57/13
**expecting [1]** 32/16
**expedited [2]** 44/10 44/12
**expensive [1]** 44/11
**experience [3]** 54/8 57/10 64/20
**expert [40]** 37/23 37/24 39/18 39/19 40/11 41/12 42/15 42/19 43/1 43/4 43/4 43/15 43/18 43/18 43/20 43/24 44/15 44/18 44/23 45/19 46/21 47/10 47/11 49/1 49/7 51/5 51/6 53/1 53/7 53/16 53/22 54/21 54/24 55/21 56/21 57/2 59/20 60/11 63/1 64/8
**expert's [3]** 43/11 43/14 53/9
**experts [23]** 36/5 37/25 39/18 40/15 42/12 42/15 43/6 43/7 43/8 45/12 46/25 46/25 49/12 49/16 49/16 50/23 51/17 51/17 53/3 53/17 54/25 55/5 60/12
**Expiration [1]** 84/22
**extent [3]** 24/19

**extra [2]** 74/4 74/6
**extraordinary [2]** 54/11 56/6

**F**

**f/k/a [3]** 5/7 5/7 5/7
**fact [13]** 10/13 22/23 24/1 25/21 29/23 32/3 33/24 37/16 51/13 51/16 54/10 69/15 70/2
**factor [1]** 82/18
**facts [9]** 27/4 28/6 28/7 29/15 29/20 30/12 72/15 73/6 73/9
**factual [5]** 24/18 27/16 28/15 28/18 31/11
**fair [1]** 31/1
**faith [1]** 32/4
**falls [1]** 17/2
**familiar [1]** 25/15
**far [7]** 13/19 22/5 45/16 57/1 65/1 75/2 80/10
**fashioned [1]** 40/15
**Fax [16]** 2/6 2/13 2/20 3/8 3/15 3/21 4/6 4/15 5/6 5/12 5/23 6/5 6/12 6/18 6/23 7/19
**FEARS [1]** 5/10
**federal [11]** 10/6 10/21 13/25 34/25 35/16 36/18 38/20 59/22 59/25 61/25 79/20

# F

**feel [1]** 59/7
**feeling [1]** 41/21
**feels [2]** 60/1 72/8
**fentanyl [1]** 37/1
**fewer [2]** 47/1 53/19
**FIBICH [2]** 2/3 2/4
**FIBICHLAW.COM [1]** 2/6
**fight [1]** 30/7
**figure [9]** 24/6 33/13 34/1 51/24 53/10 57/1 67/13 69/1 75/18
**figuring [1]** 29/5
**file [54]** 14/13 14/17 18/24 18/25 19/6 19/18 19/25 20/10 20/11 20/21 21/3 21/11 21/19 22/1 24/1 24/25 25/4 25/7 26/6 26/18 27/2 27/14 30/18 31/14 32/6 32/17 32/22 40/13 40/16 41/2 41/5 41/19 42/7 43/9 45/9 45/22 46/22 47/2 47/4 49/8 53/6 53/22 68/22 71/18 71/21 71/25 72/10 72/18 73/15 74/6 74/17 76/8 76/10 77/23
**filed [19]** 20/24 22/14 22/15 22/19 23/3 24/11 25/25 47/12 52/12 52/13 54/21 64/11 64/12

72/10 72/24 76/5 76/17 76/19 76/19
**filing [8]** 20/5 20/21 25/24 32/5 32/15 43/15 48/6 49/6
**filings [1]** 20/22
**fill [1]** 17/11
**final [1]** 49/5
**Finally [1]** 60/1
**FINANCE [1]** 5/7
**find [3]** 21/23 60/18 71/9
**finding [1]** 62/7
**fine [8]** 31/19 34/15 64/1 75/11 76/12 78/25 80/10 83/2
**FIRM [2]** 4/19 7/17
**first [16]** 11/4 16/3 16/15 16/19 16/21 16/22 17/12 26/3 41/10 43/6 57/19 63/16 70/4 75/25 76/3 76/7
**fit [2]** 41/9 41/13
**five [15]** 21/1 22/3 23/2 23/10 27/22 29/11 29/18 30/8 32/10 40/23 55/3 58/20 58/21 58/21 76/17
**five-month [1]** 40/23
**flips [1]** 35/1
**Floor [1]** 84/21
**fnlawfirm.com [1]** 5/13
**focus [3]** 21/14 41/15 50/5

**focuses [1]** 20/6
**focusing [1]** 50/5
**follow [2]** 18/22 36/6
**following [1]** 1/14
**Fool's [1]** 63/17
**footnote [2]** 36/19 38/21
**foregoing [1]** 84/6
**Forest [1]** 5/17
**forth [1]** 58/6
**forward [1]** 12/19
**fought [1]** 10/6
**found [1]** 14/16
**four [12]** 12/3 14/1 16/15 16/19 18/13 23/12 23/16 23/20 32/9 40/23 60/13 70/25
**fourth [1]** 79/1
**frankly [1]** 61/15
**Freestone [9]** 12/4 12/8 12/9 13/21 14/4 14/9 70/17 71/1 79/19
**Friday [4]** 35/2 47/8 64/10 70/22
**friend [4]** 28/2 31/25 58/17 72/2
**front [3]** 14/22 35/16 62/19
**fulfilled [1]** 61/6
**full [3]** 26/19 47/24 58/13
**fully [1]** 66/2
**further [6]** 16/23 54/12 61/24 66/25 84/11 84/14

**F**

**fuse [1]** 50/17
**future [2]** 75/22 79/3

**G**

**GALLAGHER [2]**
7/14 7/17
**game [2]** 39/11 82/4
**game-playing [1]**
39/11
**gander [1]** 16/25
**Gas [1]** 57/11
**gave [2]** 51/4 58/16
**general [2]** 3/12 73/4
**Generic [1]** 19/21
**GEORGE [1]** 5/15
**get [59]** 8/24 10/2
10/10 14/14 15/24
16/23 25/14 26/2
27/22 27/24 27/25
31/14 40/18 42/20
44/10 44/12 44/13
45/20 45/24 45/25
46/7 46/9 48/4 48/4
48/24 48/24 49/10
51/20 52/4 53/7 53/8
53/9 53/23 55/3 55/5
56/5 56/18 57/25 58/7
58/8 58/8 58/18
58/22 59/17 61/7
62/10 62/12 67/8
69/16 73/13 76/16 77/1
79/4 79/5 79/5 79/12
79/12 80/23 82/3
**gets [4]** 11/13 17/1
42/9 68/23

**getting [6]** 10/20
27/14 45/14 54/12
56/17 65/6
**give [5]** 27/19 32/9
51/18 60/13 82/18
**given [7]** 21/3 29/21
29/21 47/24 59/14
65/20 67/11
**gives [3]** 38/2 67/14
72/6
**giving [5]** 25/13 37/15
51/9 55/19 62/7
**global [2]** 14/20 26/4
**GM [1]** 65/15
**go [17]** 26/4 26/7
39/15 39/16 42/21
42/23 45/8 47/16 55/6
57/1 58/18 62/10
63/16 65/1 75/17
81/20 81/22
**goes [5]** 27/23 31/13
56/19 72/12 74/21
**going [111]**
**gold [1]** 7/19
**gold-law.com [1]**
7/19
**good [12]** 8/3 8/3 8/5
8/6 8/11 23/9 30/21
32/4 34/16 77/7 78/6
83/9
**goose [1]** 16/25
**goose-gander [1]**
16/25
**got [24]** 11/6 24/1
31/8 34/16 35/18 36/11
39/9 39/18 42/7 47/4

47/9 48/18 50/2 54/20
55/7 60/18 66/12 67/8
70/3 70/3 77/15 77/16
81/9 82/22
**gotten [1]** 15/17
**govern [1]** 74/2
**governed [1]** 19/12
**governing [2]** 18/16
74/1
**Governmental [4]**
34/25 35/12 35/16
38/20
**governs [1]** 75/23
**grant [1]** 59/7
**granted [3]** 14/15
72/4 74/25
**granting [1]** 59/9
**greater [1]** 66/7
**GREENSTONE [1]**
2/10
**Greenville [1]** 5/10
**Greenway [1]** 3/19
**GRIFFIN [6]** 4/10
28/2 30/4 30/6 54/1
72/13
**ground [2]** 44/4 44/7
**grounds [2]** 27/25
32/2
**group [2]** 16/16
19/20
**groups [1]** 53/21
**GUERRA [1]** 2/17
**guess [3]** 55/4 59/23
70/24
**guide [1]** 59/25
**gyration [1]** 42/21

# H

**had [26]** 17/17 19/2
19/8 19/16 20/2 23/12
23/20 25/24 34/20
49/9 50/25 51/13
51/21 52/11 52/18
54/14 54/15 55/6 57/3
59/4 65/10 65/12
65/15 71/6 81/25
82/10
**hadn't [1]** 48/21
**half [1]** 37/21
**hamstrings [1]** 12/18
**hamstrung [1]** 43/23
**hand [1]** 37/14
**handing [1]** 60/24
**handle [1]** 57/14
**happen [4]** 9/25 10/5
11/2 12/11
**happened [2]** 15/16
48/9
**happening [3]** 10/18
11/12 49/22
**happens [6]** 10/8
16/12 26/15 30/10
46/19 69/5
**happy [1]** 22/5
**hard [3]** 9/8 9/9
53/25
**harder [1]** 15/13
**harmed [1]** 62/2
**HARRIS [5]** 1/6 1/16
84/2 84/5 84/20
**has [53]** 9/15 12/9
12/12 13/21 14/4 14/6
15/8 18/9 19/9 20/4

20/11 21/5 22/24 23/1
23/7 23/12 24/17 25/3
25/17 25/21 26/16
28/14 29/20 30/2
30/2 32/6 32/15 38/6
39/19 44/9 46/18 48/8
52/5 55/12 55/16 57/8
59/6 60/3 61/6 61/25
62/13 62/21 62/22
62/23 65/1 65/5 65/7
65/20 71/19 74/7 76/4
78/1 79/7
**hash [1]** 80/19
**hashed [1]** 26/23
**hasn't [3]** 24/8 25/24
75/2
**have [206]**
**haven't [7]** 11/19
15/17 19/19 19/25 32/7
36/22 37/1
**having [11]** 16/18
20/13 20/16 20/20
40/22 42/23 46/20
47/23 48/25 50/5
76/21
**HB [1]** 64/18
**HB-4 [1]** 64/18
**he [8]** 31/25 33/2
39/2 46/13 46/18 57/7
58/16 61/12
**he's [7]** 29/18 46/16
48/19 48/19 48/19
57/4 57/4
**head [1]** 54/2
**HEALTH [4]** 4/7
5/16 31/24 38/17

**hear [4]** 30/6 44/3
61/8 74/9
**heard [17]** 12/5 19/21
20/25 21/1 21/16 21/24
22/2 22/8 23/22 29/10
30/4 50/4 52/9 52/12
54/21 64/11 64/12
**hearing [13]** 1/11
11/8 13/5 16/14 17/17
25/8 32/9 32/16 52/16
52/19 66/18 81/25
83/10
**hearings [3]** 20/10
40/23 72/10
**heartburn [1]** 25/13
**HEGAR [1]** 4/18
**held [2]** 1/15 1/16
**help [1]** 59/25
**helped [1]** 47/6
**henceforth [1]** 18/17
**here [33]** 9/10 13/2
13/8 16/4 23/6 25/23
27/14 29/22 30/9
32/10 33/22 36/23
41/7 41/8 46/17 47/19
52/21 52/24 53/11
54/2 54/6 56/17 56/19
58/8 60/5 64/4 65/17
68/17 69/1 70/14
73/13 77/18 82/9
**Here's [1]** 74/14
**hereby [1]** 84/5
**hesitate [1]** 48/2
**Hey [1]** 47/4
**higher [1]** 28/8
**highlighted [7]** 9/13

Case TXS/4:19-cv-03557 Document 23-12 Filed 10/29/19 Page 106 of 131

# H

**highlighted... [6]** 17/5 17/6 22/21 33/11 35/11 39/22

**highlighting [1]** 67/6

**HILL [2]** 5/3 5/4

**him [1]** 57/6

**his [5]** 28/10 28/10 28/21 29/6 29/6

**history [2]** 57/15 64/16

**hold [6]** 15/23 22/18 29/1 39/21 39/21 68/13

**Holiday [1]** 56/6

**Holidays [1]** 56/5

**home [3]** 57/7 66/23 66/23

**honor [160]**

**Honor's [1]** 38/24

**Honorable [1]** 1/16

**hope [3]** 9/10 11/23 30/9

**HOSTETLER [1]** 4/4

**hours [2]** 9/7 26/22

**housekeeping [2]** 79/18 80/6

**Houston [13]** 1/16 2/5 3/7 3/20 4/5 4/20 4/21 5/22 6/11 6/17 7/5 7/18 84/21

**how [21]** 15/12 18/8 18/18 25/20 28/12 32/20 34/1 41/15 46/10 46/12 49/20 51/24 53/14 54/19

55/1 57/16 63/12 63/19 64/25 69/18 75/3

**however [4]** 14/13 15/19 17/9 34/21

**Hoyt [1]** 81/12

**hurt [1]** 18/18

# I

**I do [1]** 15/25

**I'd [1]** 42/23

**I'll [2]** 45/14 58/6

**I'm [44]** 8/19 13/9 13/21 18/22 21/16 22/4 22/5 25/8 25/15 28/12 28/13 33/3 33/13 33/22 33/22 34/13 36/8 37/20 40/1 42/1 42/24 45/13 45/14 52/20 56/16 56/17 57/19 58/17 61/8 61/9 61/15 63/6 63/22 70/19 72/19 73/13 73/23 74/3 74/8 74/13 75/6 77/17 79/4 79/24

**I've [6]** 10/2 47/4 56/24 57/3 60/18 75/14

**idea [7]** 10/4 12/15 32/8 53/23 66/21 66/22 80/23

**identical [2]** 72/15 72/17

**identified [5]** 26/14 31/5 36/13 37/2 70/15

**identifies [1]** 80/9

**identity [1]** 38/6

**illicit [1]** 36/20

**imagine [5]** 42/13 42/14 53/4 53/25 69/22

**immediate [2]** 11/11 57/8

**implicating [1]** 56/5

**importance [1]** 22/20

**INC [4]** 3/9 4/7 5/7 5/7

**include [1]** 62/25

**included [3]** 23/21 35/13 84/8

**includes [2]** 71/17 79/20

**incorporate [4]** 43/8 43/11 43/15 77/9

**incredibly [2]** 61/17 61/20

**indeed [2]** 20/2 24/24

**Independent [1]** 15/13

**individual [3]** 62/2 62/7 62/8

**individuals [1]** 68/18

**information [4]** 51/20 51/21 55/3 55/5

**initial [5]** 17/14 17/21 17/25 66/12 76/17

**initially [1]** 34/20

**inserted [1]** 16/7

**instance [1]** 10/19

**instead [2]** 25/15 60/10

**intend [2]** 14/17 82/2

# I

**intended [1]** 79/4
**intent [3]** 23/17 23/18 69/10
**intention [2]** 22/1 72/22
**international [1]** 36/21
**intervening [1]** 79/15
**involve [1]** 63/10
**involved [2]** 36/20 53/18
**involvement [1]** 61/22
**irrelevant [1]** 28/6
**is [267]**
**is a [1]** 20/12
**ISAAK [4]** 3/3 22/9 27/13 46/17
**isn't [4]** 48/18 48/22 49/5 69/14
**issue [30]** 9/17 15/1 16/6 18/19 19/19 21/15 22/9 22/10 24/1 25/12 26/3 26/12 26/12 26/18 39/2 40/10 40/12 40/21 40/24 49/18 65/24 66/10 67/13 68/12 69/6 73/1 74/14 77/10 78/23 79/18
**issued [1]** 75/2
**issues [28]** 19/17 19/22 21/5 21/6 21/10 22/15 26/11 32/2 36/21 40/6 40/20

41/14 43/10 43/25 45/2 57/12 57/17 59/20 59/21 59/24 60/5 61/10 69/3 72/9 72/15 74/22 79/17 80/16
**it [163]**
**it's [50]** 10/16 14/3 15/20 18/2 18/12 25/8 25/19 28/5 28/7 28/8 28/8 31/1 32/9 32/11 34/20 36/11 37/3 37/6 37/24 38/12 40/2 40/4 40/11 41/15 42/23 42/25 43/21 44/10 45/12 45/20 47/14 55/24 57/6 58/23 59/7 59/11 60/18 62/7 63/12 68/8 71/14 72/25 75/7 75/8 75/12 78/3 78/12 78/16 79/23 81/12
**item [1]** 79/1
**items [1]** 80/13
**its [5]** 42/17 47/24 59/25 70/5 72/6

# J

**Janssen [1]** 8/13
**January [18]** 8/13 10/14 16/22 34/9 34/11 42/22 56/2 56/7 57/19 57/20 58/6 60/10 60/11 62/14 62/16 62/17 63/15 64/2
**January 19 [1]** 57/20

**January 19th [3]** 57/19 63/15 64/2
**January 2021 [2]** 10/14 34/11
**Jensen [1]** 12/13
**JIM [2]** 6/8 73/5
**jneil [1]** 6/24
**job [1]** 80/10
**JODEE [1]** 6/20
**JOHNSON [8]** 5/13 8/13 12/13 12/13 45/24 45/24 78/10 78/12
**join [2]** 68/21 69/4
**Joinder [6]** 35/9 62/25 68/17 68/18 70/13 70/20
**joined [4]** 69/11 69/11 69/14 69/16
**Joiner [1]** 70/21
**joining [1]** 68/22
**JPERDUEJR [1]** 6/12
**JR [1]** 6/8
**Jsimon [1]** 2/13
**Judge [34]** 1/16 8/2 8/7 21/18 23/23 35/6 35/18 39/8 48/8 49/22 57/7 57/14 58/14 59/2 59/25 61/11 61/13 61/16 61/19 61/25 62/20 62/21 62/21 62/22 64/1 64/16 64/20 65/7 73/3 77/13 78/6 80/4 81/6 81/12
**Judges [3]** 60/4 60/6

# J

**Judges... [1]** 61/1
**Judgment [17]** 26/19
26/19 27/3 27/10 28/8
41/22 41/25 50/5
52/14 52/16 52/19
53/6 54/22 55/20 57/2
73/10 77/5
**Judgments [2]** 49/1
56/20
**JUDICIAL [2]** 1/7
60/18
**July [9]** 12/2 16/14
17/17 18/4 19/1 36/25
44/20 49/8 70/24
**July 26th [3]** 12/2
17/17 18/4
**June [10]** 37/9 37/10
39/5 42/4 44/16 44/17
44/18 49/8 53/1 53/16
**June 22nd [1]** 44/16
**June 29th [2]** 44/17
44/18
**jurisdiction [6]** 10/7
52/21 55/21 56/21
62/25 74/25
**jurisprudence [1]**
26/20
**jury [3]** 56/5 61/13
61/20
**just [49]** 13/1 13/1
14/25 18/16 19/24
21/21 23/5 25/14
26/16 29/22 30/13
31/14 33/4 33/6 35/24
37/14 45/14 47/18
49/15 50/24 53/14
54/9 56/16 56/20
58/18 59/10 61/13
64/16 65/21 66/1 66/9
67/8 67/11 67/16
67/25 68/7 68/13
68/25 70/5 71/8 71/25
73/4 74/1 74/2 76/7
76/25 78/23 79/18
79/20

# K

**KAPLAN [2]** 3/5
84/15
**keep [5]** 33/3 59/5
75/12 81/18 82/2
**keeps [2]** 11/12 68/8
**Kendall [10]** 11/3
12/4 12/8 12/12 13/21
14/2 14/3 14/11 70/17
71/1
**KENNETH [1]** 2/3
**kept [2]** 31/8 65/15
**key [1]** 22/10
**KIDD [1]** 6/9
**kind [6]** 64/14 65/4
65/19 65/22 67/12
71/12
**kindly [1]** 79/25
**Kirkland [1]** 8/19
**knew [1]** 14/22
**know [54]** 12/10
12/15 14/19 14/23
15/12 18/7 21/6 23/25
25/15 28/12 28/22
29/3 29/25 30/1 33/5
34/1 36/21 37/13 37/15
37/20 38/3 41/16 43/3
43/17 43/21 44/25
49/4 50/8 51/16 53/3
55/14 55/25 56/13
56/15 57/21 57/25
58/19 60/9 61/11 61/13
62/1 65/10 65/18 69/9
69/25 70/13 70/20
71/5 71/17 79/24 81/2
81/3 81/3 82/2
**knowing [1]** 66/5
**knowledge [2]** 26/13
57/12
**knows [2]** 36/17
69/20

# L

**L.L.P [1]** 84/16
**landed [1]** 71/16
**language [12]** 16/24
16/25 17/4 18/18 18/19
20/3 31/7 33/3 38/19
52/9 65/18 71/17
**LANIER [1]** 4/19
**lanierlawfirm.com
[2]** 4/22 6/18
**large [1]** 15/11
**larger [2]** 13/15 15/5
**largest [1]** 15/9
**last [13]** 9/20 39/16
42/10 48/10 48/14
48/25 55/22 58/19
68/9 70/25 75/16
81/10 82/8
**lasted [1]** 75/3
**late [1]** 82/2
**later [8]** 38/15 42/21

# L

**later... [6]** 55/18 68/1 68/6 69/4 69/16 70/6
**law [12]** 3/19 4/19 7/17 25/16 25/21 27/6 28/6 29/23 63/12 65/3 73/6 73/6
**law.com [2]** 3/22 7/19
**lawyers [1]** 30/21
**lead [1]** 73/12
**leaning [1]** 46/10
**least [7]** 19/16 30/8 31/22 46/20 49/14 54/9 70/12
**leave [4]** 39/12 66/5 68/7 70/2
**leaves [1]** 11/24
**LEEBRON [1]** 2/4
**left [1]** 14/20
**legal [9]** 24/19 25/19 27/16 28/3 28/16 29/22 31/22 66/10 73/8
**less [6]** 47/19 51/19 52/16 53/24 54/23 64/25
**let [6]** 66/9 67/16 72/20 73/5 73/11 73/15
**let's [10]** 8/24 9/16 16/11 52/8 64/10 64/13 66/4 74/17 74/18 74/19
**letter [2]** 77/17 81/17
**letting [2]** 61/8 61/9
**liability [2]** 40/21

**Liaison [1]** 80/7
**lifetime [1]** 29/5
**lift [1]** 18/13
**lifted [16]** 18/1 18/2 18/5 18/15 18/21 18/25 20/1 20/17 22/13 22/21 22/24 23/2 23/4 23/8 23/10 23/16
**light [4]** 13/12 16/10 64/3 70/2
**like [19]** 10/8 11/25 14/15 39/11 45/22 48/12 56/11 56/16 59/5 59/7 60/1 66/6 67/21 68/5 70/13 74/11 76/24 79/9 81/17
**likelihood [2]** 47/1 70/10
**likely [3]** 11/16 43/4 45/20
**Limine [2]** 63/2 66/14
**Liminies [1]** 66/18
**limit [2]** 32/8 47/10
**limited [3]** 26/6 30/3 32/21
**limits [1]** 71/18
**LINDSEY [1]** 6/2
**lindsey.cohan [1]** 6/6
**line [3]** 8/8 17/3 69/19
**lines [1]** 69/7
**literally [3]** 61/12 61/13 81/5

**litigation [2]** 1/6 57/9
**little [4]** 57/8 65/5 65/19 82/18
**LLC [2]** 3/9 5/7
**LLP [2]** 3/5 4/4
**local [4]** 6/13 34/2 61/1 61/22
**lodge [1]** 25/5
**long [1]** 75/3
**longer [3]** 23/13 61/6 62/9
**LONGVIEW [1]** 5/5
**look [3]** 26/1 36/19 52/8
**looked [1]** 56/24
**looking [7]** 60/15 61/21 63/22 67/3 76/10 77/17 77/23
**looks [1]** 9/14
**lot [5]** 33/21 40/19 46/19 53/2 55/17
**loud [1]** 22/8
**Louisiana [1]** 3/6

# M

**machine [1]** 1/18
**made [13]** 8/25 19/13 23/15 24/21 24/21 24/23 26/16 29/7 29/20 48/15 57/9 59/24 65/21
**mail [19]** 2/6 2/13 2/20 3/8 3/15 3/22 4/7 4/16 4/22 5/6 5/13 5/24 6/6 6/12 6/18 6/24 7/6 7/11 7/19

# M

**Main [2]** 4/4 5/21
**majority [1]** 23/8
**make [18]** 10/23
19/24 27/13 33/22
37/21 37/24 39/3 47/4
47/6 48/2 55/17 55/23
57/15 59/6 70/19 71/25
74/13 79/9
**makes [3]** 26/25
66/9 73/17
**making [5]** 27/18
28/18 29/25 31/8
59/25
**Mallinckrodt [1]**
77/18
**Management [3]**
37/17 72/4 83/6
**Managers [3]** 34/24
35/12 36/15
**mandate [1]** 64/22
**Manufacturer [2]**
21/4 45/23
**Manufacturers [10]**
11/5 12/2 12/7 13/6
15/1 20/17 34/23
34/23 36/15 53/20
**Manufacturers' [1]**
80/7
**Manufacturing [2]**
19/20 19/21
**many [3]** 15/12 20/22
59/21
**Mark [1]** 57/3
**Mart [2]** 11/6 11/7
**Martinez [3]** 84/4

**MASTER [3]** 1/5
60/1 60/2
**materially [1]** 27/16
**MATT [1]** 4/3
**matter [11]** 32/13
33/20 36/17 48/3 56/9
58/4 58/15 69/1 73/6
75/16 80/6
**matters [2]** 62/24
62/25
**may [26]** 11/16 11/16
16/20 26/10 31/14
33/25 37/21 37/24
40/5 42/19 43/14
45/15 47/19 47/25
60/4 60/6 60/10 61/7
62/20 65/5 65/9 65/9
65/22 65/24 66/25
67/2
**maybe [4]** 16/23
59/24 65/5 69/13
**MC [1]** 3/13
**MC-010 [1]** 3/13
**Mccarley [1]** 5/13
**MCCLEARY [4]** 7/2
7/3 77/19 78/5
**MCCONNICO [3]**
4/13 8/12 8/16
**MCCONNNICO [1]**
4/11
**MCENTIRE [1]** 7/3
**MCKESSO [1]** 5/16
**MCKESSON [4]** 3/9
3/9 13/2 13/25
**McKesson's [1]** 79/2

**McKinney [1]** 2/11
**MCLEMORE [1]** 7/16
**Mcwatts [1]** 2/20
**MD [1]** 7/10
**MDL [16]** 14/22
24/21 36/18 54/3 54/8
57/4 57/11 58/14 59/12
59/22 62/20 62/22
63/12 64/17 64/18
65/8
**me [9]** 37/15 42/24
56/25 58/6 62/16
62/19 67/16 71/14
84/10
**mean [9]** 11/22 14/21
21/2 35/19 44/24
48/21 55/19 57/23
67/17
**means [4]** 18/7 18/8
62/5 69/9
**MEDICAL [1]** 3/9
**MEDICAL-SURGICA
L [1]** 3/9
**meet [2]** 11/7 69/12
**meet-and-confer [1]**
11/7
**meeting [2]** 51/24
80/18
**MENGIS [4]** 5/20
31/24 38/16 71/20
**mentioned [1]** 82/8
**meth [1]** 37/1
**MICHAEL [4]** 5/20
7/14 31/24 38/16
**middle [5]** 11/6 17/5
44/4 44/7 52/25

# M

**might [2]** 50/13 66/10
**Mike [2]** 7/19 25/20
**Miller [1]** 78/19
**million [1]** 51/14
**mind [1]** 82/16
**mindful [3]** 25/2 33/24 71/22
**mine [1]** 40/1
**minute [2]** 48/19 48/23
**minutes [2]** 11/8 15/16
**misinterpreted [1]** 30/9
**misinterpreted it [1]** 30/9
**misstatement [1]** 19/4
**MLK [1]** 34/12
**mmengis [1]** 5/24
**moment [1]** 78/3
**Monday [6]** 34/17 34/19 51/24 63/25 64/8 80/4
**money [3]** 26/22 36/14 62/7
**month [4]** 22/19 40/23 50/9 53/25
**months [8]** 36/1 37/3 50/13 50/14 54/25 55/3 55/4 70/14
**more [22]** 11/15 15/25 20/22 20/22 20/22 22/1 36/11 44/11 45/4 45/20 45/21 46/2 47/24 47/24 54/23 55/19 58/4 65/7 65/19 67/15 73/17 82/19
**morning [3]** 8/3 8/5 19/16
**most [2]** 42/11 42/14
**Motion [39]** 15/21 19/25 20/4 20/5 21/3 21/13 25/16 25/19 26/18 27/3 27/9 27/10 28/8 32/6 41/11 41/22 41/25 42/2 45/9 45/23 45/23 45/24 45/25 46/22 46/23 47/10 50/3 53/8 59/18 72/18 72/24 73/10 74/18 75/14 76/4 76/8 76/19 76/23 77/4
**Motions [64]** 10/9 14/14 14/15 15/14 16/12 19/6 19/18 20/11 20/23 20/24 21/11 21/20 21/23 22/1 22/12 22/14 22/18 22/19 23/3 23/24 23/25 24/11 24/11 25/24 25/25 29/11 30/18 32/5 32/15 32/18 32/22 33/6 40/17 40/20 40/22 41/2 41/5 41/20 45/21 46/11 46/13 46/16 47/19 47/24 48/11 49/1 50/23 52/19 55/20 57/2 59/20 59/21 61/8 63/1 63/2 66/14 66/18 71/10 72/1 76/16 76/18
**move [11]** 9/23 12/18 53/15 56/2 56/2 60/9 60/10 64/6 71/2 71/3 71/8
**moved [3]** 10/5 54/18 70/16
**moving [4]** 10/10 56/1 57/19 63/15
**MR [32]** 2/3 3/2 3/3 3/11 3/18 4/3 4/10 4/11 4/12 5/3 5/15 5/20 6/8 7/2 7/8 7/14 7/15 8/16 9/25 22/9 30/6 31/25 32/13 37/15 56/24 57/22 60/21 62/12 72/12 73/18 77/19 81/20
**Mr. [25]** 8/11 12/19 13/13 22/23 27/13 28/2 30/4 31/4 38/18 39/2 46/5 46/9 46/17 50/7 54/1 59/9 62/16 71/20 72/3 73/11 73/12 77/17 77/25 78/5 83/6
**Mr. Deacon [2]** 31/4 73/12
**Mr. Griffin [3]** 28/2 30/4 54/1
**Mr. Isaak [2]** 27/13 46/17
**Mr. McCleary [1]**

# M

**Mr. McCleary... [1]**
78/5

**Mr. Mengis [1]** 71/20

**Mr. Perdue [1]** 73/11

**Mr. Schechter [6]**
22/23 38/18 39/2 50/7
59/9 77/25

**Mr. Schechter's [2]**
46/9 62/16

**Mr. Simon's [1]**
77/17

**Mr. Smyser [5]**
12/19 13/13 46/5 72/3
83/6

**Mr. Sweeten [1]** 8/11

**Mraley [1]** 4/7

**MS [10]** 2/9 2/16 3/4
4/18 5/9 6/2 6/15
6/20 7/16 7/23

**much [12]** 9/15 15/13
37/17 42/23 42/23
51/19 53/14 54/12
58/24 62/3 64/25
78/4

**multiple [3]** 55/20
55/20 60/6

**must [4]** 47/11 52/9
52/12 52/13

**my [18]** 14/25 14/25
23/17 26/13 28/2
31/25 33/23 46/20
47/7 49/11 49/14 57/6
57/6 58/6 58/17 68/10
72/2 73/14

**myself [1]** 80/9

# N

**NACHAWATI [1]**
5/10

**named [2]** 35/7
78/22

**names [2]** 39/6 39/9

**narrow [1]** 29/21

**NATIONAL [3]** 7/12
54/3 54/8

**necessarily [1]** 47/22

**necessary [1]** 25/16

**need [23]** 16/23 24/4
25/4 25/5 35/24 38/13
38/13 43/4 46/25 52/3
52/4 53/3 55/2 55/23
58/21 58/21 68/11
76/10 79/17 79/20
80/2 81/17 81/19

**needed [1]** 58/8

**needs [2]** 36/7 76/7

**negotiated [1]** 34/21

**negotiating [1]** 44/6

**negotiation [1]** 31/2

**negotiations [1]** 9/7

**NEIL [1]** 6/20

**new [9]** 20/10 20/15
20/19 22/15 24/7 24/9
70/10 74/17 76/11

**newly [2]** 69/11 69/14

**newly-joined [2]**
69/11 69/14

**next [11]** 10/13 15/23
16/11 16/12 22/19 35/1
39/14 52/5 59/17
70/22 80/18

**Nice [2]** 10/1 78/5

**no [72]** 1/3 2/3 2/10
2/17 3/3 3/4 3/5 3/12
3/18 4/3 4/10 4/11
4/12 4/19 5/3 5/9 5/16
5/20 6/3 6/9 6/15
6/20 7/3 7/14 7/15
7/16 10/4 12/15 12/22
12/25 14/9 14/10 14/11
14/12 17/18 20/2 20/5
23/13 23/20 24/12
24/13 28/10 28/11
29/14 29/23 29/24
31/16 36/18 37/17
37/18 38/4 40/6 41/21
44/9 47/9 47/17 51/15
54/7 55/11 59/7 61/6
64/13 68/4 68/7 72/9
72/21 74/7 75/17 77/4
81/21 82/14 84/19

**None [1]** 46/15

**nonsuit [1]** 74/5

**North [1]** 4/20

**not [112]**

**note [3]** 51/23 59/19
78/21

**nothing [3]** 42/19
48/5 54/7

**notice [2]** 9/15 23/20

**November [24]** 13/11
26/2 32/10 34/17
34/22 35/5 35/8 35/9
36/13 36/16 38/10
38/13 38/19 56/4 64/9
64/10 68/18 68/21
70/6 71/25 75/17
82/23 82/24 82/25

**November 11th [3]**
26/2 71/25 75/17
**November 18th [3]**
13/11 35/9 68/21
**November 1st [1]**
82/23
**November 2019 [1]**
34/17
**November 20th [1]**
64/10
**November 4th [6]**
34/22 35/5 35/8 36/13
38/10 38/13
**November 8th [2]**
82/24 82/25
**now [22]** 9/21 20/16
25/2 29/18 33/3 33/13
35/19 39/2 48/9 48/9
58/1 58/4 64/5 65/6
65/20 66/5 66/24
67/2 70/22 78/2 81/9
82/20
**nowhere [1]** 11/14
**Nuisance [7]** 27/22
27/23 29/7 29/10
29/14 29/14 29/20
**number [4]** 22/3
31/10 53/17 81/6
**numbered [2]** 1/15
84/9
**numerous [1]** 68/24

**O**

**o'clock [9]** 81/5
81/25 82/4 82/6 82/7

**O'CROININ [2]** 7/8
8/22
**oag.texas.org [1]**
3/15
**Oak [1]** 6/10
**objected [1]** 24/2
**objection [1]** 17/12
**objections [5]** 45/19
57/9 57/13 66/14
66/18
**observations [2]**
50/24 59/6
**observer [1]** 61/13
**obtain [1]** 62/5
**obviously [2]** 71/22
73/25
**occasion [1]** 78/7
**occur [4]** 32/20
63/13 63/13 68/17
**occurred [1]** 84/10
**October [21]** 1/14
10/15 13/11 16/23
33/16 33/17 33/18
41/13 42/20 56/11
58/7 59/5 59/13 64/7
70/19 78/16 82/21
82/25 83/1 83/3 83/5
**October 19th [1]**
64/7
**October 25th [3]**
82/25 83/1 83/3
**odd [1]** 14/21
**off [5]** 15/23 60/24
64/15 74/11 74/11
**offered [4]** 41/15

**office [5]** 3/12 3/19
6/17 6/23 46/10
**Official [2]** 84/4
84/19
**officially [2]** 73/12
79/24
**oftentimes [1]** 36/10
**oh [5]** 39/16 81/13
81/20 81/21 82/22
**Oil [1]** 57/11
**okay [35]** 8/21 9/16
13/13 13/20 15/10
15/14 15/23 22/25
23/17 24/3 24/10
29/10 32/23 34/17
37/4 37/8 37/10 55/15
59/12 61/18 63/8
63/15 68/2 68/14
68/15 74/8 74/15
76/13 77/6 77/12 80/17
80/20 81/11 81/24
83/9
**old [1]** 33/5
**omnibus [3]** 45/9
45/22 45/23
**once [5]** 40/15 62/21
67/13 67/17 73/21
**one [34]** 7/4 11/6
14/19 16/14 17/1 18/23
22/6 24/10 25/8 25/9
25/10 25/12 26/12
45/8 45/17 47/23
47/24 50/3 50/12 51/2
55/1 58/11 60/4 60/4
67/4 67/6 70/12 74/4

# O

**one... [6]** 74/6 74/7 74/22 75/16 78/2 82/22
**ones [1]** 74/21
**only [11]** 11/20 12/12 13/21 25/8 25/9 25/10 26/13 31/5 37/22 48/15 74/24
**open [1]** 84/10
**operation [1]** 42/17
**opiates [1]** 36/21
**opinion [2]** 65/23 65/24
**opinions [2]** 47/11 51/18
**OPIOID [1]** 1/6
**opportunity [2]** 35/7 71/8
**opposed [7]** 21/18 22/18 38/22 38/25 40/22 42/24 60/12
**opposition [1]** 14/17
**option [2]** 45/4 58/16
**Oral [1]** 32/16
**order [35]** 8/1 8/25 9/2 10/14 13/10 16/11 17/19 22/22 23/14 33/12 33/14 37/7 37/17 50/9 50/11 51/23 52/4 66/20 67/17 68/3 69/4 70/4 70/8 70/10 70/22 74/1 74/11 75/7 75/23 76/14 76/21 77/12 79/8 79/23 83/6
**Ordered [1]** 69/8

**orders [2]** 63/11 70/7
**original [1]** 82/17
**originally [3]** 52/12 56/9 62/18
**other [38]** 10/24 11/25 12/7 17/21 19/9 19/17 20/25 23/4 24/6 24/9 27/8 27/20 29/13 29/19 30/18 36/21 38/14 38/23 40/6 42/18 49/1 50/13 52/20 57/8 59/14 65/4 66/16 67/4 69/3 72/17 72/17 77/9 77/10 77/15 78/21 79/17 80/13 84/7
**Otherwise [2]** 50/22 69/13
**ought [2]** 32/21 76/3
**our [57]** 9/11 9/22 11/7 12/18 16/14 17/12 17/16 17/22 18/2 18/5 18/20 18/20 19/4 20/3 21/9 21/14 21/21 23/15 27/4 33/19 36/5 37/23 37/24 37/25 38/13 39/1 39/6 40/13 40/19 41/2 41/5 41/17 42/2 43/4 43/7 43/8 43/8 43/9 43/9 43/15 43/18 43/19 43/24 46/10 51/14 52/5 53/6 53/9 57/10 57/13 59/23 69/5 71/2 71/18 73/7 76/22 78/19
**out [32]** 17/2 22/6

29/24 6/25/14 26/23 29/5
31/14 33/13 33/23 34/1 38/18 41/23 46/11 47/1 49/12 51/24 53/10 57/1 62/15 64/6 64/6 64/9 65/10 67/13 69/2 69/19 71/10 73/13 75/18 79/9 80/19 82/3
**outcome [1]** 11/23
**over [12]** 22/19 40/22 48/12 55/24 57/5 57/8 58/15 64/24 68/10 71/13 73/13 74/25
**overall [2]** 37/17 51/3
**overlap [1]** 59/23
**Owens [1]** 5/4
**own [1]** 75/8

# P

**P.C [2]** 2/10 3/19
**P.O [1]** 3/13
**pack [1]** 53/1
**package [1]** 66/6
**packages [2]** 57/7 61/12
**Packing [1]** 69/25
**page [20]** 17/4 22/20 23/24 24/1 25/4 33/8 34/17 35/2 39/13 39/22 39/23 40/1 40/2 40/4 40/6 52/2 67/4 67/6 68/10 68/10
**pages [1]** 51/14
**paid [1]** 84/15
**PAMELA [1]** 7/16

Case TXS/4:19-cv-495564 Document 34-21 Filed 10/24/19 Page 115 of 131

**PANATIER [1]** 2/10

**Panel [4]** 24/21
62/20 62/22 64/19

**paragraph [21]** 16/3
17/12 17/13 18/7 22/20
26/3 26/5 33/13 52/2
65/6 66/3 66/4 66/25
67/4 67/12 67/22 68/2
68/5 68/9 75/20
75/20

**paragraphs [3]** 16/4
17/6 33/11

**Parkway [3]** 4/20
5/5 6/16

**PARSNS [1]** 7/3

**part [10]** 34/20 44/21
44/22 46/19 50/7
50/16 50/18 51/11
51/12 55/5

**Partial [1]** 26/19

**partially [1]** 17/15

**participate [1]** 31/4

**participation [1]**
61/1

**particular [9]** 10/12
25/12 26/21 31/12
60/5 60/7 61/1 65/24
82/10

**particularly [2]**
19/21 36/8

**parties [27]** 17/20
19/25 21/3 34/20
34/23 35/3 35/5 35/7
35/21 35/25 36/3
41/14 45/21 49/12

49/14 53/18 53/21
54/11 65/14 67/14
68/20 69/8 69/17
69/19 75/14 84/8
84/13

**Party [9]** 13/4 13/5
13/6 21/5 38/5 38/6
38/6 39/1 69/11

**Party's [1]** 13/12

**Paso [3]** 78/11 78/13
78/15

**passed [3]** 26/23
32/7 69/15

**PATRICK [2]** 3/11
8/10

**Patrick.sweeten [1]**
3/15

**pattern [1]** 54/10

**patterns [1]** 32/3

**pedaling [1]** 11/13

**people [16]** 8/8 8/14
10/24 11/9 21/6 36/13
36/20 36/22 38/14
53/19 54/8 55/2 62/4
68/22 69/4 69/18

**Peoples [1]** 58/18

**PERDUE [3]** 6/8 6/9
73/11

**PERDUIKIDD.COM
[1]** 6/12

**perhaps [2]** 9/11
66/10

**period [13]** 40/23
42/18 42/19 44/24
45/3 45/16 45/18
46/24 51/20 53/2

**person [2]** 37/2 37/3

**personally [1]** 31/3

**perspective [2]**
33/19 66/1

**Petition [4]** 24/24
25/1 25/14 71/21

**Petitions [1]** 72/17

**PHARMACEUTICAL
S [1]** 5/7

**pharmacies [6]**
10/20 15/4 15/7 15/13
34/24 36/16

**Pharmacy [9]** 12/10
12/17 12/20 13/14
34/24 35/12 36/15
38/12 53/20

**PHILLIPS [1]** 6/15

**phone [2]** 8/13 33/22

**pick [1]** 12/18

**picked [1]** 70/25

**pieces [1]** 41/8

**place [3]** 15/7 59/14
62/23

**PLAINTIFF [8]** 2/7
2/14 2/21 7/20 17/8
52/11 62/8 79/14

**PLAINTIFFS [31]**
4/22 6/13 10/11 10/23
12/15 13/7 13/10 13/14
18/18 21/15 21/16 29/7
29/18 33/16 36/1 36/9
37/11 41/2 42/6 48/10
49/23 50/4 51/20 52/4
56/16 58/15 68/21
69/4 71/7 72/10 76/18

# P

**Plaintiffs' [19]** 9/23 11/15 16/16 19/8 19/15 26/5 35/4 40/16 45/19 49/6 49/15 50/16 51/5 61/21 71/17 77/3 77/4 79/13 82/13

**plan [2]** 20/21 81/24

**playing [1]** 39/11

**Plaza [1]** 3/19

**PLC [3]** 5/7 5/7 78/19

**Plea [2]** 52/20 52/21

**Pleading [2]** 18/21 68/22

**Pleadings [1]** 13/7

**Pleas [2]** 55/20 56/20

**please [4]** 8/4 59/3 62/10 81/18

**pled [4]** 24/25 28/6 30/11 30/12

**PLLC [2]** 5/4 7/3

**plug [2]** 10/9 15/25

**plugging [1]** 16/9

**plus [1]** 52/14

**pmmlaw.com [1]** 7/6

**point [12]** 30/15 31/1 38/18 38/24 40/5 44/8 51/15 59/7 61/24 62/16 67/1 71/11

**points [1]** 61/2

**Polster [1]** 61/25

**population [1]** 31/11

**portion [2]** 35/11 39/22

**portions [1]** 84/7

**position [14]** 9/22 17/16 18/2 18/5 19/5 19/10 20/20 27/17 35/4 35/23 36/9 36/24 69/14 71/3

**positive [1]** 61/16

**possible [2]** 39/1 45/8

**Post [1]** 6/10

**potential [6]** 11/13 20/19 20/23 60/3 68/19 70/16

**potentially [1]** 53/20

**practical [3]** 32/13 36/17 58/4

**practice [5]** 26/4 64/18 65/4 65/8 65/8

**Pratt [1]** 7/9

**pre [1]** 62/15

**pre-existed [1]** 62/15

**preadmissions [1]** 63/2

**precisely [1]** 46/18

**preclude [2]** 30/17 31/2

**precludes [1]** 48/5

**precluding [1]** 25/23

**prefer [1]** 42/23

**prejudiced [1]** 69/15

**premature [1]** 59/7

**preparation [3]** 50/6 63/1 84/14

**prepare [2]** 49/9 50/14

**prepared [1]** 15/14

**preparing [2]** 49/23 50/11

**preposed [4]** 33/15 50/25 52/11 71/17

**present [4]** 8/14 8/23 9/3 43/23

**presented [1]** 21/10

**presenting [1]** 45/1

**preservation [4]** 21/7 22/9 22/15 25/22

**preserve [5]** 21/24 24/1 24/4 24/4 25/16

**preserved [1]** 76/22

**preserving [1]** 22/5

**presides [1]** 57/7

**presiding [2]** 1/16 58/15

**pressed [2]** 41/22 41/23

**pretrial [7]** 61/4 62/20 62/23 62/24 63/7 63/11 65/1

**pretty [2]** 62/3 63/12

**prevent [1]** 73/19

**previous [2]** 58/14 74/21

**previously [5]** 26/6 36/2 38/7 62/13 62/17

**previously-designated [1]** 62/17

**primarily [3]** 16/5 19/13 36/19

**primary [2]** 9/17 21/14

**printed [1]** 68/10

**prior [11]** 21/12 25/2

Case TXS/4:19-cr-00090 Document 141-2 Filed 10/20/19 Page 117 of 131

# P

**prior... [9]** 27/1 29/11 35/22 64/20 64/21 65/8 68/17 68/25 71/22
**probably [5]** 28/1 37/17 66/6 80/2 82/18
**problem [17]** 11/11 11/17 17/8 20/2 20/5 30/16 30/17 41/24 50/20 55/6 55/25 62/8 67/22 77/2 77/7 78/3 82/3
**problems [1]** 50/12
**Procedure [1]** 76/9
**proceed [1]** 16/18
**proceeding [1]** 40/15
**proceedings [7]** 1/14 1/18 54/16 61/5 63/13 84/7 84/11
**process [1]** 45/1
**produced [1]** 39/9
**producing [1]** 79/25
**Production [2]** 60/9 79/20
**progress [2]** 8/25 9/1
**proper [2]** 10/6 29/22
**proposal [8]** 17/7 36/23 38/13 40/13 40/16 41/17 42/8 54/21
**proposals [1]** 47/14
**propose [2]** 10/11 20/12

**proposed [4]** 16/24 33/16 52/18 73/24
**proposing [2]** 21/19 22/14
**proposition [1]** 28/16
**protect [1]** 32/19
**PROTECTION [1]** 3/13
**provided [1]** 51/21
**providing [2]** 62/8 76/22
**Provision [1]** 72/4
**PSC [1]** 73/13
**Ptilghman [1]** 3/8
**pulling [1]** 33/23
**Purdue [5]** 31/25 55/13 79/7 79/9 79/10
**purpose [2]** 35/4 69/7
**purposes [2]** 22/24 61/5
**push [2]** 46/11 50/22
**pushes [1]** 36/9
**pushing [1]** 51/8
**put [7]** 11/15 31/6 48/9 49/12 53/9 56/4 67/23
**putting [1]** 58/17

# Q

**qualifications [1]** 47/11
**question [9]** 11/1 27/12 28/16 28/21 29/6 35/1 35/19 65/20 72/12

**quick [1]** 77/16
**quicker [1]** 10/2
**quickly [1]** 74/20
**quickness [1]** 47/25
**quite [1]** 82/24

# R

**raise [1]** 43/25
**raised [5]** 19/17 21/5 21/15 45/18 72/12
**raising [1]** 27/13
**RALEY [1]** 4/3
**ramification [2]** 58/1 58/3
**rate [1]** 23/19
**reach [2]** 32/3 69/12
**reached [2]** 34/18 35/14
**reaches [1]** 73/8
**read [4]** 63/9 72/3 76/3 76/23
**reading [2]** 63/3 63/5
**ready [6]** 33/15 33/16 48/24 48/25 56/18 58/9
**real [3]** 11/1 77/16 82/24
**really [12]** 10/18 23/20 38/4 55/22 55/22 58/4 65/5 65/6 65/9 73/1 73/19 76/9
**reason [7]** 9/21 17/1 17/2 37/22 72/9 75/21 82/10
**reasonable [1]** 54/22
**reasons [1]** 50/3

R

**REBECCA [1]** 6/15
**rebecca.phillips [1]** 6/18
**recall [1]** 58/14
**receive [1]** 44/8
**receives [1]** 57/14
**recently [1]** 71/8
**recognized [1]** 25/20
**reconsider [2]** 21/10 59/18
**record [7]** 1/2 32/19 47/18 48/2 84/9 84/11 84/15
**red [1]** 32/9
**redo [3]** 19/3 22/6 76/21
**refer [1]** 77/10
**reference [1]** 77/9
**refile [1]** 23/24
**reflect [2]** 10/13 47/18
**reflects [1]** 84/12
**regard [1]** 20/25
**regarding [3]** 20/3 25/17 55/13
**regardless [1]** 30/11
**regards [2]** 8/25 21/7
**rehashing [2]** 21/23 33/5
**reject [1]** 17/10
**related [2]** 17/19 62/24
**relates [3]** 18/13 29/15 75/3
**relating [3]** 50/7

**reliability [1]** 47/11
**relief [1]** 69/21
**relish [1]** 60/21
**remained [1]** 17/22
**remaining [1]** 17/19
**remand [11]** 10/9 14/14 14/15 15/14 15/21 16/12 61/3 63/10 63/11 65/10 71/8
**remanded [1]** 15/24
**remedy [1]** 11/24
**remember [1]** 22/3
**reminding [1]** 68/8
**removable [1]** 10/24
**removal [3]** 14/16 15/15 79/2
**removals [1]** 71/3
**remove [5]** 10/25 11/20 67/21 67/25 68/5
**removed [25]** 9/21 9/23 10/19 11/6 11/8 11/13 11/16 12/6 13/1 13/25 14/1 14/5 14/6 14/7 14/8 14/23 17/1 17/10 17/13 17/15 70/4 78/1 78/16 80/24 81/4
**removing [1]** 10/18
**repetitive [2]** 72/9 73/15
**replacement [2]** 17/2 17/3
**reported [2]** 1/18 84/10
**Reporter [2]** 84/4

**REPORTER'S [4]** 1/2 84/9 84/11 84/15
**Reports [1]** 53/22
**represent [1]** 31/3
**represented [1]** 69/19
**request [3]** 50/16 51/5 51/11
**requested [2]** 75/21 84/7
**require [1]** 42/6
**required [1]** 66/6
**requires [1]** 38/21
**requiring [2]** 26/21 72/10
**resolve [2]** 26/12 45/11
**resolved [5]** 41/14 55/16 72/23 72/24 78/12
**respect [12]** 20/5 23/13 23/16 23/23 28/2 31/25 59/19 68/9 72/2 73/4 74/6 76/17
**respective [1]** 84/13
**respond [6]** 10/2 42/6 48/11 48/13 49/1 49/10
**responded [1]** 17/20
**Responding [1]** 41/16
**response [6]** 22/17 24/1 72/11 76/18 77/3 77/4
**Responses [4]** 20/11

# R

**Responses... [3]**
20/22 42/9 46/1
**responsibility [2]**
58/13 79/11
**Responsible [11]**
13/12 34/19 34/22
35/3 35/21 35/25 36/3
38/6 39/1 68/19 68/19
**rest [2]** 10/16 30/11
**result [1]** 79/2
**Retail [7]** 12/10 12/17
12/20 13/14 15/4 36/16
53/20
**review [2]** 65/3
66/25
**REVISED [1]** 1/2
**revisit [1]** 70/5
**RFD's [1]** 69/2
**RICHARD [3]** 3/18
3/19 3/22
**RICO [5]** 10/23 12/9
12/23 13/15 15/4
**rid [3]** 27/22 27/24
27/25
**right [48]** 8/21 8/24
14/18 17/24 18/10
18/13 19/18 19/25
20/16 29/15 32/6 32/6
32/22 33/3 34/13
36/14 47/8 47/16 48/7
48/19 48/19 48/20
50/2 50/2 51/7 56/18
56/22 56/23 61/3
63/22 64/5 64/23 66/5
66/24 67/2 67/8 67/19

77/19 78/9 80/5 80/23
81/11 81/13 81/15
82/20
**rise [2]** 8/1 59/1
**risk [3]** 47/23 74/16
75/9
**Riverway [1]** 7/4
**rmccleary [1]** 7/6
**road [4]** 2/18 66/11
67/1 67/3
**ROBERT [1]** 1/16
**ROBLES [1]** 3/4
**ROGER [1]** 7/2
**role [1]** 80/9
**rolling [12]** 20/21
22/12 22/18 40/16
40/22 40/23 41/3
46/21 47/2 48/15
48/17 49/21
**room [4]** 32/1 32/24
60/25 61/22
**round [1]** 20/10
**rs [1]** 3/22
**rs-law.com [1]** 3/22
**RTP's [1]** 38/23
**rubicon [1]** 65/6
**rule [33]** 18/25 20/6
20/11 21/6 24/25 25/6
28/4 56/25 57/8 61/1
61/9 64/15 64/17
64/18 64/21 64/22
64/23 65/1 65/20
66/25 71/12 71/12
71/18 72/1 72/3 72/5
74/17 74/20 76/8

78/14
**ruled [8]** 20/9 25/3
26/6 26/11 29/13
29/17 72/8 72/25
**Rules [3]** 21/2 60/18
77/8
**ruling [15]** 17/19
25/3 26/24 28/3 28/3
28/17 29/19 55/9
71/22 72/14 72/16 73/5
73/21 79/4 79/6
**rulings [6]** 19/12
19/12 26/16 27/4 27/15
57/17
**run [4]** 47/23 68/24
74/16 77/16
**rushing [1]** 48/3

# S

**Sackett [1]** 7/17
**said [15]** 12/19 16/14
17/18 24/17 26/5 30/8
31/14 32/24 34/3
35/22 36/25 44/8 54/2
67/11 71/20
**Sam [1]** 4/20
**same [17]** 8/18 26/11
27/18 39/3 39/9 42/21
45/2 47/17 49/2 59/21
59/24 61/24 70/11
72/10 72/10 73/6 73/6
**SANFORD [1]** 2/16
**satisfy [1]** 59/17
**SAUCER [1]** 5/9
**save [1]** 9/19
**saves [1]** 76/21

Case TXS/4:19-cv-0800 Document 143-7 Filed 10/29/19 Page 120 of 31

**saw [2]** 81/6 81/10
**say [26]** 10/16 27/15
 27/22 30/5 30/6 40/2
 46/8 46/25 48/8 53/3
 53/8 58/12 61/7 61/13
 64/10 66/1 67/16 71/14
 71/25 73/18 74/17
 74/18 74/19 76/6 76/7
 82/7
**saying [4]** 13/13
 13/17 27/14 77/2
**says [7]** 23/17 25/16
 28/13 50/4 69/11
 69/12 76/16
**SBOT [25]** 2/3 2/10
 2/17 3/3 3/4 3/5 3/12
 3/18 4/3 4/10 4/11
 4/12 4/19 5/3 5/9 5/16
 5/20 6/3 6/9 6/15
 6/20 7/3 7/14 7/15
 7/16
**scenario [1]** 29/21
**SCHAFFER [2]** 1/16
 8/7
**SCHECHTER [11]**
 3/18 3/19 9/25 22/23
 38/18 39/2 50/7 57/22
 59/9 60/21 77/25
**Schechter's [2]** 46/9
 62/16
**schedule [4]** 42/8
 50/17 54/17 56/10
**scheduled [4]** 52/6
 82/1 82/20 82/21
**Scheduling [1]** 67/17

**scheme [2]** 37/18
 51/3
**scope [3]** 30/3 52/4
 80/16
**SCOTT [1]** 4/13
**scottdoug.com [1]**
 4/16
**seat [2]** 8/4 59/3
**second [12]** 16/16
 16/22 17/13 22/20
 26/5 41/11 52/8 62/14
 67/9 75/21 76/7 77/18
**Secondly [1]** 62/19
**seconds [1]** 30/8
**section [1]** 56/25
**see [25]** 10/8 14/15
 15/24 16/12 20/9
 23/24 26/3 35/8
 43/20 49/20 51/24
 52/1 52/2 54/19 58/10
 68/11 69/25 73/16
 75/21 77/4 78/5 78/6
 78/7 80/19 81/6
**seek [1]** 36/10
**seem [1]** 43/2
**seems [4]** 39/11 45/4
 56/25 62/16
**seen [2]** 10/2 46/24
**select [6]** 15/13 16/25
 16/25 17/2 17/2 23/10
**selected [4]** 9/22
 13/3 16/18 23/12
**selection [6]** 14/24
 16/6 16/7 23/15 61/14
 61/20
**send [2]** 74/21 80/2

**sends [1]** 57/7
**sense [3]** 48/15 66/9
 73/17
**senses [1]** 61/20
**sent [2]** 41/23 66/23
**sentence [5]** 75/21
 75/25 76/3 76/7 76/7
**separate [1]** 20/3
**September [11]**
 47/12 47/15 47/16
 47/19 48/12 49/8 52/9
 52/13 52/14 58/7 77/17
**September 30th [1]**
 77/17
**September 4 [1]**
 47/16
**September 4th [5]**
 47/15 47/19 48/12
 49/8 52/13
**serious [1]** 55/23
**served [5]** 17/20
 20/17 20/18 78/22
 78/24
**set [24]** 10/8 10/15
 16/11 16/12 18/6 22/18
 22/18 28/15 29/15
 29/20 31/20 36/2
 44/25 45/4 46/3 50/8
 52/15 59/6 59/11
 60/13 62/13 63/21
 67/25 70/9
**setting [18]** 17/17
 23/13 41/13 42/16
 42/20 42/22 43/1 55/6
 55/25 56/3 56/8 56/8
 56/12 59/10 66/8

# S

**setting... [3]** 66/13 66/18 75/25
**settings [2]** 17/14 59/14
**seven [2]** 66/7 66/16
**several [4]** 36/1 68/16 70/1 70/14
**Severance [1]** 79/7
**severed [1]** 79/9
**sgpblaw.com [1]** 2/13
**sgptrial.com [1]** 6/24
**shebang [1]** 31/17
**SHELLY [1]** 2/16
**sheriff's [1]** 36/25
**shocked [1]** 47/20
**short [11]** 33/20 44/20 45/3 45/15 45/18 50/10 50/10 50/17 50/17 53/2 55/23
**shorter [1]** 51/19
**should [19]** 17/11 19/12 20/9 20/10 25/7 27/13 28/9 28/20 35/24 39/6 41/25 44/23 50/5 61/22 63/13 63/13 63/23 64/9 80/21
**shouldn't [3]** 27/4 28/9 28/19
**shown [1]** 75/14
**shows [1]** 40/1
**shut [2]** 42/17 58/6

**side [6]** 15/25 21/9 34/14 61/21 65/25 79/13
**sides [1]** 82/13
**signature [1]** 22/21
**signed [2]** 79/7 79/8
**significant [2]** 53/4 54/1
**signing [1]** 18/3
**similar [3]** 27/1 29/20 40/20
**SIMON [1]** 2/10
**Simon's [1]** 77/17
**SIMONGREENSTO NEPANATIER [2]** 6/16 6/21
**simple [1]** 42/3
**simply [2]** 16/10 67/21
**simultaneous [1]** 43/21
**simultaneously [2]** 16/15 16/18
**since [4]** 18/16 18/16 19/21 37/18
**single [6]** 20/12 20/14 22/14 22/16 22/17 22/18
**sir [3]** 8/9 63/4 78/8
**sit [3]** 13/8 46/10 52/2
**situation [2]** 50/13 65/16
**six [10]** 21/1 21/25 22/3 23/3 49/9 51/5 51/10 54/25 55/3

**skies [1]** 73/14
**skip [1]** 71/12
**skv.com [1]** 3/8
**slide [1]** 12/1
**slightly [1]** 78/14
**slot [1]** 70/17
**slots [2]** 12/1 16/9
**small [1]** 71/11
**smaller [4]** 13/15 15/3 15/8 53/19
**smart [2]** 28/13 58/11
**SMITH [2]** 5/4 7/15
**SMYSER [12]** 3/2 3/5 12/19 13/13 32/14 37/16 46/5 62/12 72/3 81/20 83/6 84/15
**so [132]**
**Sold [1]** 83/3
**solution [5]** 11/11 46/4 62/5 62/8 62/9
**Solvent [1]** 38/12
**solves [1]** 67/22
**some [19]** 14/21 14/21 18/21 21/6 24/19 28/18 37/9 38/9 42/13 43/19 55/13 56/6 60/5 60/8 61/20 65/23 66/7 66/25 79/12
**somebody [3]** 60/24 78/3 79/9
**somehow [1]** 27/16
**someone [2]** 58/10 69/22
**something [13]** 15/1 22/6 26/15 26/22 28/8

**S**

**something... [8]** 28/8 37/20 46/19 67/16 73/18 76/24 80/3 82/21

**sometime [2]** 39/5 67/3

**somewhere [1]** 56/19

**soon [1]** 78/7

**sorry [10]** 8/19 13/21 34/13 40/1 42/24 63/6 65/13 79/4 81/21 81/25

**sound [1]** 42/11

**Southern [1]** 80/24

**SPAEDER [1]** 7/9

**speak [8]** 14/25 15/22 46/20 72/19 72/20 72/21 73/11 75/10

**speaking [2]** 8/18 55/9

**speaks [1]** 69/11

**Special [7]** 60/1 60/2 77/18 77/20 78/10 78/19 82/15

**SPECIALTY [1]** 5/16

**specific [2]** 20/19 33/14

**speedy [1]** 59/18

**spend [2]** 26/21 29/5

**spent [1]** 9/7

**split [1]** 37/21

**split's [1]** 43/17

**Springs [1]** 2/18

**stand [1]** 22/10

**standard [4]** 25/22 29/22 31/22 65/19

**standing [5]** 27/18 28/10 28/11 28/13 31/10

**standpoint [3]** 46/7 46/9 46/20

**start [11]** 10/13 10/15 17/18 42/4 44/15 44/18 53/1 53/16 54/2 76/25 80/18

**started [1]** 8/24

**starting [2]** 51/23 60/11

**STATE [8]** 3/16 8/10 26/21 60/14 61/4 65/9 84/1 84/5

**stated [2]** 17/9 25/17

**statement [2]** 29/6 48/2

**statements [2]** 16/11 21/4

**states [1]** 65/4

**status [6]** 1/11 15/23 17/19 67/4 67/10 67/17

**stay [25]** 17/14 17/25 18/13 18/15 18/21 18/25 20/1 20/17 22/13 22/21 22/24 23/2 23/4 23/7 23/10 23/16 33/11 54/14 54/15 55/10 74/23 74/25 75/2 75/3 75/13

**stayed [5]** 17/22 54/16 55/7 74/2 75/12

**stays [2]** 56/19 74/20

**stead [1]** 9/24

**stenotype [1]** 1/18

**step [1]** 58/16

**steps [1]** 39/16

**STEVE [2]** 4/11 8/12

**still [2]** 40/10 45/11

**stipulation [2]** 74/13 76/16

**Stipulations [1]** 66/16

**story [1]** 10/17

**streamlined [2]** 45/4 45/6

**Street [7]** 4/4 4/13 5/21 6/3 6/21 7/9 7/17

**Strike [2]** 52/20 63/1

**stuff [1]** 36/10

**styled [1]** 84/9

**subject [3]** 74/24 77/20 78/19

**submission [1]** 32/17

**submit [1]** 80/8

**submitted [4]** 12/3 12/7 77/25 79/8

**substantive [1]** 57/17

**substitution [1]** 79/1

**such [1]** 61/5

**sudden [1]** 37/2

**suggest [2]** 9/19 56/7

**suggested [1]** 56/8

**suggestion [1]** 20/24

**Suite [14]** 2/11 2/18 3/6 3/20 4/5 4/14 4/20 5/11 5/22 6/4 6/10 6/22 7/4 7/10

# S

**Suite 3400 [1]** 6/22
**Summary [19]** 26/19
26/19 27/2 27/9 28/7
41/21 41/25 49/1 50/5
52/14 52/16 52/19
53/6 54/22 55/20
56/20 57/2 73/10 77/5
**supped [1]** 31/22
**supplement [1]** 77/1
**support [1]** 25/18
**supposed [5]** 25/19
28/4 28/5 28/17 44/5
**Supreme [27]** 19/11
19/13 24/23 25/17
25/22 26/16 26/17
26/25 27/21 27/23
28/13 28/22 29/5
29/13 29/17 30/1
30/10 55/9 55/12
72/14 72/16 73/5
73/22 74/10 74/21
75/1 75/2
**sure [13]** 13/9 18/22
19/24 21/16 27/14 42/1
52/20 61/16 65/5 66/2
69/9 79/9 81/8
**SURGICAL [1]** 3/9
**surprise [1]** 36/18
**suspect [1]** 78/22
**SWEETEN [3]** 3/11
8/10 8/11
**swept [1]** 14/15
**sworn [1]** 43/24

# T

**table [3]** 26/2 31/6
71/7
**tagalong [1]** 79/4
**Takata [1]** 62/1
**take [16]** 22/4 27/17
43/6 43/7 44/21 46/21
49/7 53/6 54/23 58/20
58/21 58/21 69/19
71/23 74/19 79/11
**taken [4]** 19/10
36/22 38/24 58/25
**takes [1]** 54/18
**taking [9]** 15/7 36/25
42/4 43/14 44/15
44/18 45/1 45/2 59/14
**talk [6]** 9/16 22/10
64/13 71/9 73/5 81/19
**talked [2]** 38/18
49/14
**talking [9]** 17/24
23/5 35/19 46/13
46/16 56/20 56/22
62/3 72/3
**Tax [1]** 63/17
**teaches [1]** 54/8
**telephone [24]** 2/5
2/12 2/19 3/7 3/11
3/14 3/21 4/6 4/11
4/12 4/15 4/21 5/5
5/12 5/18 5/23 6/5
6/11 7/5 7/8 7/11 7/18
7/22 84/22
**tell [3]** 28/14 46/17
66/4
**temperature [1]**

**ten [8]** 40/17 40/17
44/8 44/9 44/13 45/11
47/2 66/14
**tens [2]** 26/22 62/4
**tentative [1]** 59/4
**term [1]** 42/25
**terms [1]** 60/9
**testimony [7]** 43/4
43/8 43/12 43/24
47/10 53/9 66/13
**TEXAS [44]** 1/6 1/6
1/17 2/5 2/12 2/19 3/7
3/14 3/16 3/20 4/5
4/14 4/21 5/5 5/11
5/22 6/4 6/11 6/17
6/22 7/5 7/18 8/10
25/17 25/22 26/21
27/21 27/23 28/13
29/13 29/17 30/1
59/12 65/10 73/21 75/1
75/2 76/8 80/25 84/1
84/5 84/19 84/20
84/21
**TFIBICH [1]** 2/6
**than [15]** 24/7 24/9
27/8 28/15 36/1 36/11
47/2 51/21 52/16 53/12
53/24 57/8 58/5 65/16
66/7
**thank [17]** 8/16
58/24 77/14 78/4 78/6
78/8 78/25 79/16
79/25 80/4 80/5 80/11
81/14 81/16 83/4 83/8
83/9

Case TXS/4:19-cv-03590 Document 54-13 Filed 10/29/19 Page 124 of 131

**T**

**that [437]**

**that every [1]**  11/12

**that's [74]**  9/25 11/9
11/17 11/17 11/23 11/23
13/17 13/19 14/25 15/1
15/6 15/8 16/4 17/4
17/7 18/2 20/6 21/14
21/15 21/20 21/21
22/20 22/21 26/1
26/22 27/1 28/16
28/16 30/4 30/15
30/16 30/16 31/19
32/10 33/3 34/2 34/11
34/15 35/8 40/15
42/25 44/5 45/11 48/3
48/7 49/20 49/25
50/10 50/10 50/10
50/12 50/18 50/25
54/19 54/19 56/4
57/10 61/16 62/4
63/20 64/8 65/16
68/2 70/21 73/9 74/22
75/10 75/11 75/14 76/9
77/25 78/18 81/13
81/15

**the October [1]**
42/20

**their [41]**  9/23 9/24
13/14 17/1 19/11 19/25
24/18 24/18 24/20
24/24 24/25 26/17
27/23 30/16 30/17
32/11 41/15 43/3 43/6
43/9 43/14 43/18
43/20 49/12 51/4

51/17 51/17 51/18 53/3
53/7 53/7 54/6 54/7
54/23 54/24 55/5 69/2
69/14 75/8 75/10
79/20

**theirs [1]**  44/1

**them [29]**  9/23 10/9
10/25 11/20 19/3
19/23 19/24 22/2
25/24 26/18 31/2
31/21 32/9 32/17 35/7
38/9 42/8 48/13 51/15
54/7 55/3 55/5 60/9
60/13 69/1 69/11 73/15
74/6 79/22

**then [41]**  11/8 13/11
17/10 18/12 18/12 20/4
20/20 23/11 23/23
24/24 26/16 26/18
27/3 27/19 28/1 28/19
29/23 31/14 31/20
38/15 39/15 39/16
42/6 42/21 43/20 45/8
49/16 53/7 54/1 55/7
66/14 66/16 66/17
68/21 68/22 69/6 73/9
73/21 74/9 74/21 77/1

**theoretically [1]**
52/21

**theory [1]**  13/25

**there [70]**  8/8 9/14
10/11 11/16 12/20
12/23 15/11 15/12
17/18 18/21 19/20
20/3 20/10 20/23
21/24 25/11 28/10

28/11 28/19 29/14
29/18 29/23 33/3 35/5
36/6 36/18 39/17 40/6
41/8 41/23 42/13 44/4
47/19 47/21 51/7
52/20 54/8 55/12
58/14 58/18 59/13
59/16 60/6 60/25
60/25 61/22 62/10
62/15 62/18 64/22
65/3 65/19 65/22
65/24 67/4 67/6 67/23
68/7 68/8 68/16
68/24 71/13 72/9 73/9
75/21 76/15 78/21
79/17 81/19 82/10

**there's [17]**  10/6
19/19 20/8 25/18 29/7
31/7 33/13 38/11 44/4
51/7 53/4 53/17 54/1
59/23 60/12 73/21
77/2

**these [33]**  10/2 16/1
16/3 16/14 17/14 18/6
27/8 27/15 30/21
33/25 36/22 38/14
41/14 42/4 42/12
42/15 42/15 42/20
44/3 44/21 45/15
46/25 59/21 60/5 62/5
69/3 69/7 69/12 70/11
72/8 72/9 76/10 79/25

**they [94]**

**they're [27]**  14/13
15/5 15/8 15/18 21/19
27/17 27/21 29/25

**they're... [19]** 35/6
39/9 43/7 43/19 48/24
48/24 48/25 49/22
53/8 54/24 54/25 55/1
55/1 68/25 69/2 69/15
76/10 77/8 81/2
**they've [10]** 11/20
17/11 19/10 24/21
24/21 24/23 37/25
39/8 42/7 71/10
**thing [14]** 18/7 25/13
26/8 26/9 26/10 26/13
28/9 31/5 31/14 51/2
70/12 72/10 76/21
77/18
**things [10]** 10/23
32/3 37/18 51/3 61/11
66/17 67/12 77/15
79/25 81/17
**think [62]** 10/2 10/6
14/4 14/13 14/16 16/5
21/2 21/2 21/3 21/9
22/9 22/23 22/24
23/2 23/7 23/18 23/19
25/4 25/7 27/13 29/23
30/11 33/17 34/12
34/18 35/14 36/9
36/12 37/16 44/4
45/17 46/2 47/22
54/20 54/21 56/9
59/13 60/25 61/22
63/12 65/3 65/19 66/6
66/20 66/22 67/12
67/14 68/2 71/12
71/20 72/3 72/21 73/17

75/14 77/2 77/8 77/13
80/21 82/8 82/15
82/18 83/6
**think of [1]** 33/17
**thinking [1]** 58/5
**third [8]** 13/12 34/20
34/22 36/3 38/6 39/1
41/12 68/19
**Third-Party's [1]**
13/12
**this [158]**
**this language [1]**
31/7
**those [55]** 9/22 10/8
10/22 12/1 14/15 15/6
15/24 16/9 17/19 17/23
18/13 19/18 19/25 22/5
22/7 23/2 23/16 23/16
23/20 24/4 25/5 25/7
27/4 27/25 29/13 32/7
32/18 33/10 35/6
41/13 43/22 48/11
53/21 54/3 55/3 57/17
59/12 62/25 67/12
68/18 68/21 68/22
68/24 69/18 70/11
70/13 70/14 71/2 71/3
71/8 72/16 74/22 77/1
80/24 82/3
**though [3]** 9/25
47/18 74/14
**thought [13]** 17/13
19/16 24/16 25/10
30/4 32/24 33/1 48/21
60/21 69/5 71/5 74/4
82/5

**thoughts [1]** 42/2
**thousands [1]** 62/4
**three [9]** 11/5 32/9
33/20 41/8 51/8 52/21
54/14 54/15 82/18
**three-week [2]** 54/14
54/15
**three-weeks [1]**
33/20
**through [12]** 9/14
15/7 42/21 43/24 45/1
53/23 57/1 60/17 61/7
64/19 71/13 77/16
**Thursday [4]** 63/20
63/23 63/24 66/17
**Thus [1]** 13/19
**ticking [1]** 23/20
**tied [1]** 40/11
**till [4]** 16/12 30/8
69/16 70/3
**time [50]** 8/18 9/23
10/16 21/21 22/4
26/22 31/6 36/5 36/6
36/7 37/9 42/18 42/20
42/20 43/15 43/19
43/22 44/24 45/2 45/3
45/16 45/18 45/25
46/24 49/2 49/13 50/7
51/13 51/19 53/2 53/10
54/13 54/18 54/23
54/23 55/3 55/19
55/23 59/13 59/14
66/2 67/15 68/23
68/25 74/2 79/15 82/2
82/5 82/8 82/19
**timeframe [2]** 33/20

# T

**timeframe... [1]**
52/24
**times [1]** 20/18
**timing [2]** 20/1 22/11
**titled [1]** 1/15
**today [9]** 8/20 11/6
11/8 12/5 13/8 32/22
52/5 77/23 79/5
**together [3]** 31/15
41/9 79/12
**top [3]** 35/1 39/13
39/23
**topic [3]** 49/18 49/18
65/4
**topic-by-topic [1]**
49/18
**topics [1]** 51/17
**total [2]** 12/3 84/14
**totally [1]** 46/7
**Toyota [2]** 65/12
65/13
**track [1]** 55/6
**tracking [2]** 53/24
53/24
**tracks [1]** 16/1
**trade [1]** 36/21
**Traditional [1]** 41/25
**transcript [4]** 40/18
43/14 44/13 47/3
**transcription [1]**
84/6
**transcripts [4]**
44/10 44/12 45/25
53/7
**transfer [1]** 61/6

**transferred [1]**
62/24
**translation [1]** 26/3
**TRAVIS [1]** 3/22
**treated [1]** 69/18
**Tremendous [1]** 9/1
**trial [60]** 1/3 10/13
10/15 34/25 37/4
39/15 41/13 42/16
42/20 42/22 43/1
48/24 48/25 48/25
49/23 50/6 50/8 50/11
50/17 52/17 52/22
54/17 55/6 55/18
55/25 56/3 56/7 56/8
56/11 56/18 57/19
58/9 59/5 59/10 60/3
61/1 61/4 61/4 61/8
61/9 61/12 61/16 61/19
61/22 62/14 62/17
62/24 63/1 63/10
63/11 63/13 63/15
63/16 63/17 65/19
66/7 66/12 66/17
66/17 66/22
**trials [1]** 70/1
**tried [3]** 16/22 32/2
32/3
**triple [1]** 53/24
**true [3]** 13/19 78/13
84/6
**truly [1]** 84/12
**truth [1]** 48/3
**try [4]** 10/1 65/15
66/23 80/16
**trying [16]** 16/17

16/21 32/8 33/13
33/22 34/1 41/9 41/13
42/10 48/24 48/24
49/15 53/10 66/21
67/13 82/3
**Tuesday [1]** 34/11
**turn [2]** 41/14 49/23
**twelve [1]** 45/12
**twenty [1]** 45/12
**two [36]** 9/17 9/18
9/23 10/2 10/8 10/13
11/15 12/7 15/25 16/1
16/3 17/6 23/12 33/10
33/11 37/3 38/11 47/14
48/14 49/10 51/7 52/5
55/1 60/3 60/12 67/12
69/7 70/3 70/22 70/25
71/9 75/4 75/23 79/12
82/11 82/15
**TX [1]** 5/17
**type [3]** 27/6 27/7
57/12
**types [1]** 70/11
**typical [1]** 51/9
**typically [1]** 60/14

# U

**unclear [2]** 56/25
71/14
**under [24]** 13/10
15/20 18/21 20/23
20/24 21/2 25/6 28/5
28/10 28/10 31/22
37/7 38/13 39/1 39/6
44/16 48/4 60/13 61/1
61/3 65/1 65/8 76/8
77/8

# U

**underlying [1]** 24/18
**undermine [1]** 65/22
**understand [10]**
25/3 39/8 50/15 50/19
50/21 58/4 66/10
77/22 77/23 77/24
**understanding [9]**
17/22 19/16 23/15
49/11 49/14 57/6
66/24 70/24 71/2
**understood [3]** 31/3
31/21 55/12
**unfair [2]** 11/18
61/20
**Unfortunately [1]**
46/6
**universe [2]** 59/12
59/13
**unless [2]** 23/21
74/22
**unlikely [1]** 21/4
**unopposed [1]** 60/2
**until [16]** 10/8 10/14
13/11 15/23 17/22
36/24 38/15 41/2 41/5
42/5 49/8 52/25 53/1
58/7 68/21 71/7
**up [21]** 10/2 22/10
29/18 32/2 33/25 34/2
36/6 46/4 52/3 53/11
56/9 57/7 61/12 66/6
66/11 69/25 74/19
74/21 78/23 81/18
83/7
**update [1]** 58/22

**upholds [1]** 26/17
**upon [4]** 9/15 26/6
26/11 30/10
**us [19]** 11/24 23/12
27/6 27/15 30/11 38/2
43/2 48/5 51/18 54/18
67/21 68/5 68/8 76/12
76/21 82/1 82/12
82/18 83/2
**use [1]** 45/9
**using [1]** 42/25

# V

**vacancy [1]** 17/11
**vacation [1]** 55/24
**various [2]** 45/21
54/5
**vast [1]** 23/8
**venue [2]** 62/25
64/23
**verbatim [1]** 31/21
**versus [2]** 27/7 65/8
**very [22]** 9/6 21/4
25/11 30/2 30/21
33/20 34/16 42/2
44/25 45/3 45/15
45/15 49/2 54/17
54/22 56/25 57/8
58/24 59/24 64/22
71/6 78/4
**VESELKA [2]** 3/5
84/16
**VIA [1]** 7/22
**view [1]** 21/21
**vigorous [1]** 14/17
**virtually [1]** 46/21
**Volkswagen [2]**

65/11 65/12
**volume [2]** 1/2 84/8
**VOLUMES [1]** 1/2

# W

**wait [7]** 27/3 28/24
48/19 48/23 49/8
49/15 70/18
**waiting [1]** 42/5
**waive [2]** 46/23 47/5
**waived [2]** 19/25
30/23
**Wal [2]** 11/6 11/7
**Wal-Mart [2]** 11/6
11/7
**Walch [1]** 7/23
**Walgreens [1]** 15/12
**WALSH [1]** 3/9
**want [48]** 10/24
11/23 15/25 16/13
16/14 19/2 19/6 21/19
23/23 23/24 26/2 27/2
27/13 30/13 30/17
31/2 31/2 31/16 31/16
31/19 33/7 34/4 34/6
34/6 35/6 36/5 36/6
36/7 36/24 37/10
37/11 43/19 47/18
54/23 61/24 63/16
63/21 64/3 65/22
73/13 73/18 73/19
76/23 76/24 77/9
78/21 82/22 82/25
**wanted [8]** 16/8 26/7
38/18 41/3 44/24
50/14 66/9 78/23
**wanting [2]** 19/24

# W

**wanting... [1]** 32/9
**wants [6]** 26/4 26/9
39/2 42/9 53/15 60/8
**WARD [1]** 5/4
**was [78]** 8/25 11/7
13/1 13/2 13/2 13/6
13/24 13/25 14/1 14/7
14/8 14/16 14/22 16/5
17/12 17/18 17/21 18/5
18/21 22/9 22/13 23/2
23/4 23/10 23/15
23/15 23/16 23/17
23/18 23/20 24/10
24/11 24/14 24/16
25/10 25/10 25/11
29/10 31/5 31/8 31/25
35/22 41/17 44/22
46/13 48/8 48/15
51/12 53/19 55/13 56/1
56/2 56/8 56/9 57/23
58/14 58/14 60/22
62/2 62/18 64/18
64/21 65/8 69/10
70/24 71/2 71/14 76/6
77/23 77/25 79/8 81/4
81/4 81/25 82/4 82/5
82/17 84/15
**wasn't [2]** 32/24 41/5
**waste [3]** 21/21 26/22
26/23
**WATSON [1]** 5/7
**WATTS [1]** 2/17
**wattsguerra.com [1]**
2/20
**wave [1]** 11/4

**way [12]** 14/19 21/23
29/17 42/24 46/15
47/23 48/14 48/15
59/16 61/12 61/15 69/2
**ways [1]** 61/21
**we [349]**
**we'd [3]** 10/8 14/15
56/11
**we'll [1]** 32/17
**we're [66]** 11/13 16/1
16/15 16/16 17/24 19/5
19/6 21/23 22/6 23/5
23/5 23/7 23/7 23/17
25/23 27/14 27/15
27/16 27/18 27/19
30/19 30/22 33/20
33/24 34/1 35/19
36/24 37/18 38/14
41/7 41/9 41/13 42/10
43/3 43/4 43/6 43/25
45/2 46/21 46/22
48/11 49/18 51/22
52/16 52/19 52/24
53/7 53/10 53/23
56/20 56/22 57/11
57/12 59/9 59/10
63/15 66/6 71/22 74/5
74/8 74/8 74/9 74/10
75/17 80/15 80/15
**we've [26]** 12/5 15/1
19/2 20/16 21/1 21/24
22/2 23/21 24/1 30/11
30/12 34/16 34/18
35/18 36/12 36/13
39/18 44/16 46/24
53/16 54/15 54/20

**way [12]** 70/3 70/13 77/15 77/16
**week [6]** 51/2 54/14
54/15 63/21 63/25
80/18
**weekend [1]** 83/9
**weekends [1]** 46/18
**weeks [21]** 32/10
33/20 48/14 49/9
49/10 51/5 51/7 51/8
51/10 52/5 52/22
60/12 60/13 60/13
70/22 71/9 75/4 79/12
82/11 82/15 82/18
**Welch [2]** 8/17 8/19
**welcome [1]** 80/12
**well [41]** 8/20 8/23
11/17 15/3 16/23 17/18
24/8 25/23 29/3 30/4
32/11 33/15 34/12
36/21 36/25 38/3 38/4
38/5 38/24 40/2 42/1
42/10 44/7 44/14
44/16 45/7 46/13 48/5
51/4 58/17 59/11
59/20 62/19 64/5
66/18 67/16 73/19
76/6 76/25 78/15 80/3
**went [1]** 71/13
**were [32]** 9/23 10/5
10/11 12/5 12/7 13/5
13/5 16/6 19/21 19/24
20/17 20/18 23/3
23/21 31/22 36/20
44/5 44/25 54/5 54/16
55/6 56/1 59/12 70/16
70/25 71/7 71/8 71/15

# W

**were... [4]** 74/4
80/24 82/8 84/10
**weren't [3]** 19/17
41/3 71/6
**WESLEY [1]** 5/3
**Wh [1]** 5/6
**what [77]** 8/25 10/8
11/23 12/15 13/17
13/23 14/19 15/3 16/3
16/3 16/12 18/9 18/9
18/19 18/19 18/22 19/5
19/6 20/6 20/12 20/14
21/19 22/2 22/9 24/6
25/8 25/23 27/13 28/3
28/10 28/14 28/17
28/22 29/3 29/5 30/1
30/4 31/19 31/21 32/8
33/17 34/9 37/19
42/25 43/17 43/20
44/5 51/16 51/17 51/18
51/24 52/3 52/3 53/3
53/10 56/16 56/17
64/3 64/25 65/7 66/4
66/10 67/11 67/23
69/7 69/9 70/21 73/19
73/23 75/8 75/11
80/14 80/19 81/2 81/3
81/4 82/5
**what's [13]** 9/17 10/5
10/18 11/18 12/10
32/12 37/13 38/1
39/14 40/24 41/15
49/22 64/13
**whatever [16]** 17/1
17/2 19/12 20/21 22/14

24/4 26/24 27/21
27/25 30/10 32/10
43/15 58/7 62/15
62/15 68/22
**whatsoever [1]** 66/2
**when [37]** 9/14 11/6
13/6 13/25 18/6 20/1
20/16 22/13 23/15
26/2 30/8 32/20 35/2
35/20 40/18 42/9
43/3 43/17 44/15
44/23 44/23 44/23
44/25 46/24 50/5
50/12 52/5 55/24 56/8
56/8 58/16 61/4 66/21
69/2 71/13 76/6 79/11
**where [21]** 11/20
15/6 15/24 16/18 18/7
20/10 23/24 34/2
36/10 36/24 52/2
53/19 54/15 62/18
63/3 63/5 69/14 71/6
71/10 71/15 71/16
**whereas [3]** 10/14
15/11 51/14
**whether [9]** 15/24
25/17 25/19 25/21
30/11 32/21 35/20
56/19 74/5
**which [43]** 9/14 10/4
14/1 14/23 14/23 16/6
16/25 20/21 23/12
24/11 26/4 26/5 26/13
27/10 28/3 29/19
29/22 31/6 31/7 34/21
38/21 39/4 39/5 50/4

52/5 55/9 59/18 60/13
62/18 63/10 64/7
64/24 65/9 67/13
67/23 70/6 71/17 74/4
76/4 76/10 78/21
79/10 84/9
**while [8]** 16/16 16/20
34/24 49/23 55/8
64/22 74/22 81/6
**whipsawed [1]** 27/14
**who [26]** 10/18 10/19
10/19 10/24 11/9 11/19
13/2 21/5 34/23 35/12
36/13 36/20 36/22
37/25 38/3 51/17
53/21 57/7 57/14 58/14
58/15 60/2 60/4 70/14
70/20 79/19
**who they [1]** 38/3
**who's [3]** 36/25 79/11
80/9
**whoever [1]** 69/11
**whole [9]** 19/20 26/8
26/9 26/10 27/3 31/17
32/3 32/8 76/21
**whom [2]** 68/18 81/6
**Whose [1]** 17/4
**why [15]** 23/25 26/1
30/17 31/7 33/13 35/8
39/8 42/4 43/11 50/3
50/25 52/9 53/12 64/6
71/5
**wild [1]** 36/8
**will [81]** 9/15 15/23
17/25 20/20 20/21
21/23 22/15 22/17

# W

**will... [73]** 25/2
26/18 26/20 26/24
29/18 30/1 30/10 31/3
31/20 32/20 33/4 33/6
37/4 37/7 37/14 38/25
40/20 41/1 41/22
41/23 41/23 42/1
42/13 43/9 43/23
44/12 46/17 47/16
47/20 47/20 47/22
48/4 51/21 52/2 53/20
55/2 58/14 59/23
63/25 66/1 66/4 67/8
67/14 67/25 68/8
68/21 70/5 70/6 70/10
71/9 71/23 71/25 72/14
72/15 73/11 73/15
74/23 74/24 75/10
75/13 75/19 75/22
75/25 76/25 78/7
78/23 79/3 79/5 79/14
80/4 80/8 80/18
82/18
**will hold [1]** 15/23
**willing [8]** 27/21 41/1
41/3 60/4 60/8 73/23
74/3 74/13
**wish [1]** 46/6
**within [5]** 40/17 42/7
43/13 52/21 79/25
**without [4]** 11/24
46/19 56/6 77/6
**Witness [1]** 43/1
**witnesses [3]** 54/5
54/9 63/1

**won't [8]** 43/7 43/10
43/11 43/23 44/14
45/21 45/25 48/11
**wonder [1]** 15/3
**Woodlands [1]** 5/17
**Woodloch [1]** 5/17
**word [4]** 32/2 35/16
38/20 58/19
**work [19]** 9/11 9/11
9/11 22/5 33/21 42/19
45/13 45/14 46/8
46/18 53/2 54/11 54/11
54/13 55/22 60/8
60/22 66/7 82/19
**workable [1]** 56/9
**worked [1]** 46/18
**working [5]** 15/18
48/13 52/24 57/4
75/12
**workload [1]** 48/16
**workloads [1]** 48/16
**works [3]** 34/10
46/12 46/15
**world [1]** 36/17
**worried [2]** 45/14
74/8
**worth [1]** 37/17
**would [46]** 9/19 10/6
10/11 10/13 11/20
11/23 11/25 14/23
14/23 21/5 23/19
25/12 26/7 28/14 38/5
39/5 40/13 40/16 43/2
44/10 45/8 46/2 51/13
52/7 56/2 56/5 56/7
56/16 57/13 57/14

57/20 57/21 58/12
59/5 64/7 65/15 66/23
67/21 67/24 68/5
68/17 68/24 70/12
71/2 71/3 79/8
**wouldn't [3]** 36/23
38/15 57/14
**write [1]** 25/20
**writing [1]** 84/7
**written [2]** 66/20
66/22
**wsfirm.com [1]** 5/6

# Y

**y'all [12]** 18/9 37/20
44/5 48/3 50/14 63/16
77/24 79/5 79/25 82/2
82/25 83/9
**Yeah [7]** 24/16 35/18
44/2 60/16 75/5 75/19
76/13
**year [3]** 51/14 59/17
62/5
**years [1]** 57/5
**yellow [1]** 9/13
**yes [28]** 8/9 8/15
11/22 13/18 14/9 14/11
18/14 24/15 29/9
29/16 30/19 33/9 34/7
37/12 40/3 40/8 44/19
52/1 60/20 62/11 63/4
69/24 70/1 70/8 77/20
78/8 81/1 81/15
**yet [9]** 12/12 14/5
15/17 20/4 21/12
25/22 36/22 70/20
71/10

# Y

**you [144]**
**You'll [1]**  80/2
**you're [21]**  13/17
16/20 21/11 28/7 34/13
42/11 42/14 42/17
43/3 44/2 45/7 45/12
45/20 45/24 46/4
50/2 50/2 50/22
63/22 75/8 80/12
**you've [3]**  31/8 52/23
80/10
**your [172]**

# Z

**ZUCKERMAN [1]**
7/9
**zuckerman.com [1]**
7/11