**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

**MDL NO. 2804**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rule of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, October 29, 2019, I caused to be served a true and correct copy of Plaintiff County of Angelina's Motion to Vacate upon the counsel listed on the attached Service List via the means described therein.

Dated: October 29, 2019

*/s/ Jeffrey B. Simon* _____
Jeffrey B. Simon
Texas Bar No. 00788420
SIMON GREENSTONE PANATIER  PC

1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jsimon@sgptrial.com

*Counsel for Plaintiff County of Angelina*

**SERVICE LIST – Page 1**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF ANGELINA, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION: 19-cv-3590 |
| | § | |
| PURDUE PHARMA L.P., et al., | § | |
| | § | |
| Defendants | § | |

### LIST OF PARTIES AND COUNSEL

| *Counsel For County Of Angelina* | |
|---|---|
| SIMON GREENSTONE PANATIER BARTLESS, P.C.<br>Jeffrey B. Simon<br>TX State Bar No. 00788420<br>JoDee Neil<br>TX State Bar No. 24039848<br>1201 Elm Street, Suite 3400<br>Dallas, Texas 75270<br>Tel: (214) 276-7680<br>Fax: (214) 276-7699<br>jsimon@sgptrial.com<br>jneil@sgptrial.com | PAUL D. HENDERSON, P.C.<br>Paul D. Henderson<br>TX State Bar No. 09426300<br>712 W. Division Ave.<br>Orange, TX 77630<br>Tel: (409) 883-9355<br>Fax: (409) 883-8377<br>pdhendersonlaw@aol.com<br><br>DIES & PARKHURST, L.L.P.<br>David Dies<br>TX State Bar No. 05850800<br>Steven L. Parkhurst<br>TX State Bar No. 00797206<br>1009 Green Avenue<br>Orange, TX 77630<br>Tel: (409) 883-0892<br>Fax: (409) 670-0888<br>ddies@dieslaw.com<br>sparkhurst@dieslaw.com |

| Counsel For Allergan PLC f/k/a Actavis, PLC; Actavis, LLC; Actavis Pharma, Inc. f/k/a A Watson Pharma, Inc. ||
|---|---|
| WARD, SMITH & HILL, PLLC<br>Wesley Hill<br>Texas State Bar No. 24032294<br>Brett F. Miller<br>Tex. Bar No. 24065750<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>(903) 212-3937<br>wh@wsfirm.com<br>bmiller@wsfirm.com | KIRKLAND & ELLIS LLP<br>Donna Welch, P.C.<br>Martin L. Roth<br>Timothy Knapp<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>donna.welch@kirkland.com<br>martin.roth@kirkland.com<br>timothy.knapp@kirkland.com<br><br>KIRKLAND & ELLIS LLP<br>Jennifer G. Levy, P.C.<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>(202) 879-5000<br>jennifer.levy@kirkland.com |
| AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, a wholly-owned subsidiary of AmerisourceBergen Corporation ||
| REED SMITH LLP **<br>Stan Perry<br>Texas State Bar No. 15799920<br>Michael H. Bernick<br>State Bar No. 24078227<br>Mary M. Balaster<br>State Bar No. 24084054<br>811 Main Street Suite 1700<br>Houston, TX 77002-6110<br>(713) 469-3800<br>sperry@reedsmith.com<br>mbernick@reedsmith.com<br>mbalaster@reedsmith.com | GILLAM & SMITH, LLP<br>Melissa R. Smith<br>State Bar No. 24001351<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>(903) 934-8450<br>melissa@gillamsmithlaw.com<br><br>LITZLER LAW<br>James W. Litzler<br>State Bar No. 12434510<br>430 Church Street, P.O. Box 1416<br>Sulphur Springs, Texas 75483<br>(903) 885-1441<br>james@litzlerlaw.com |
| Cardinal Health, Inc. ||
| BAKER & HOSTETLER LLP<br>Michael W. Mengis<br>State Bar No. 13941040<br>Matthew R. Raley<br>State Bar No. 24051224<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>(713) 751-1600<br>mmengis@bakerlaw.com<br>mraley@bakerlaw.com | WILLIAMS & CONNOLLY LLP<br>Enu Mainigi<br>F. Lane Heard<br>Steven M. Pyser<br>Ashley W. Hardin<br>Emily Pistilli<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br>emainigi@wc.com |

|  | lheard@wc.com<br>spyser@wc.com<br>ahardin@wc.com<br>epistilli@wc.com |
|---|---|
| CVS Health Corporation ||
| WEINSTEIN TIPPETTS & LITTLE LLP<br>David B. Weinstein<br>State Bar of Texas No. 21096400<br>Matthew E. Coveler<br>State Bar of Texas No. 24012462<br>Amanda L. Catalani<br>State Bar of Texas No. 241016027500 San<br>Felipe, Suite 500<br>Houston, Texas 77063<br>Tel: 713-244-0828<br>Fax: 713-244-0801<br>david.weinstein@wtllaw.com<br>matthew.coveler@wtllaw.com<br>amanda.catalani@wtllaw.com | ZUCKERMAN SPAEDER LLP<br>Conor B. O'Croinin<br>Daniel P. Moylan<br>J. Michael Pardoe<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>Tel: (410) 332-0444<br>Fax: (410) 659-0436<br>cocroinin@zuckerman.com<br>dmoylan@zuckerman.com<br>mpardoe@zuckerman.com |
| Endo Health Solutions Inc. and Endo Pharmaceuticals, Inc., a wholly-owned subsidiary of Endo Health Solutions Inc. ||
| ARNOLD & PORTER KAYE SCHOLER LLP<br>Hannah D. Sibiski<br>Texas State Bar No. 24041373<br>Andrew Bergman<br>700 Louisiana Street, Suite 4000<br>Houston, TX 77002-2755<br>(713) 576-2400<br>Hannah.Sibiski@arnoldporter.com<br>Andrew.Bergman@arnoldporter.com | ARNOLD & PORTER KAYE SCHOLER LLP<br>Sean Morris<br>John Lombardo<br>777 S. Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017<br>(213) 243-4000<br>Sean.Morris@arnoldporter.com<br>John.Lombardo@arnoldporter.com |
| McKesson Corporation ||
| SMYSER KAPLAN & VESELKA, LLP<br>Craig Smyser, *Attorney-in-Charge*<br>Texas Bar No. 18777575<br>David Isaak<br>Texas Bar No. 24012887<br>Tyler G. Doyle<br>Texas Bar No. 24072075<br>Razvan Ungureanu<br>Texas Bar No. 24085630<br>Kristin E. Adler<br>Texas Bar No. 793233<br>Michelle Stratton<br>Texas Bar No. 24085606<br>700 Louisiana, Suite 2300<br>Houston, Texas 77002<br>713-221-2300 | COVINGTON & BURLING LLP<br>Mark H. Lynch<br>Christian J. Pistilli<br>850 Tenth Street NW<br>Washington, DC  20001<br>202-662-5342<br><br>COVINGTON & BURLING LLP<br>Sonya D. Winner<br>Cortlin H. Lannin<br>One Front Street<br>San Francisco, CA 94111-5356<br>415-591-6000<br>swinner@cov.com |

| | |
|---|---|
| csmyser@skv.com<br>disaak@skv.com<br>tydoyle@skv.com<br>razvan@skv.com<br>kadler@skv.com<br>mstratton@skv.com | |

**_Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc._**

| | |
|---|---|
| SCOTT DOUGLASS & MCCONNICO LLP<br>Stephen E. McConnico*<br>State Bar No. 13450300<br>Asher B. Griffin<br>State Bar No. 24036684<br>John W. Ellis<br>State Bar No. 24078473<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300<br>smcconnico@scottdoug.com<br>agriffin@scottdoug.com<br>jellis@scottdoug.com | O'MELVENY & MYERS LLP<br>Charles C. Lifland<br>_Admitted Pro Hac Vice Pursuant to CMO No. 1_<br>400 South Hope Street<br>Los Angeles, California 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>O'MELVENY & MYERS LLP<br>Stephen D. Brody<br>_Admitted Pro Hac Vice Pursuant to CMO No. 1_<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>sbrody@omm.com |

**_Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company_**

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Noelle M. Reed **<br>Texas State Bar No. 24044211<br>Emily A. von Qualen<br>Alston Walker<br>1000 Louisiana Street, Suite 6800<br>Houston, TX 77002<br>(713) 655-5122<br>Noelle.Reed@skadden.com<br>emily.vonqualen@skadden.com<br>Alston.L.Walker@skadden.com | |

**_Walgreen Co., Walgreens Boots Alliance, Inc. Individually and as Successor-in-Interest to Walgreen Co._**

| | |
|---|---|
| Joel C. Simon<br>State Bar No. 24046850<br>Stephen M. Femelius<br>State Bar No. 06934340<br>FERNELIUS SIMON MACE<br>ROBERTSON PERDUE, PLLC<br>1221 McKinney, Suite 3200<br>Houston, Texas 77010<br>713-654-1200<br>joel.simon@trialattomeytx.com | |

| | |
|---|---|
| steve.femelius@trialattorneytx.com | |
| **_Wal-Mart Inc. f/k/a Walmart Stores, Inc._** ||
| Laura Jane Durfee (Attorney-in-Charge) | Christopher Lovrien* |
| State Bar No. 24069653 | Sarah G. Conway* |
| S.D. Tex. Bar No. 2339164 | JONES DAY |
| JONES DAY | 555 South Flower Street |
| 2727 N. Harwood | Fiftieth Floor |
| Dallas, Texas 75201 | Los Angeles, CA 90071-2452 |
| 214-969-5150 | 213-243-2567 |
| ldurfee@jonesday.com | cjlovrien@jonesday.com |
| | sgconway@jonesday.com |
| **_Morris & Dickson Co., LLC_** ||
| Defendant has not yet appeared in case | |
| **_Par Pharmaceutical, Inc. d/b/a Par Pharmaceutical, Par Pharmaceutical Companies, Inc._** ||
| Defendant has not yet appeared in case | |
| **_SpecGX LLC_** ||
| Defendant has not yet appeared in case | |
| **_Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals, Inc. f/k/a Atlas Holdings, Inc._** ||
| Defendant has not yet appeared in case | |